IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| EVA L. HANNA and SHELLEY F. WHITSON | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case Number:   09-CV 2593 JWL/GLR |
| YRC WORLDWIDE, INC. et al. | ) ) | |
| Defendants. | ) ) | |

## **MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I move that Charles C. Jackson, Christopher A. Weals, and Ellen L. Perlioni be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorneys.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavits in support of this motion, along with a proposed order granting this motion.

                Respectfully submitted,

       /s/James D. Griffin
James D. Griffin                KS BAR # 12545
Sean Laferte                   KS BAR # 24041
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112
(816) 983-8000
(816) 983-8080 (facsimile)

*Attorneys for Defendants YRC Worldwide, Inc., The Benefits Administrative Committee, William D. Zollars, and Harold D. Marshall*

Date:  February 3, 2010

## Certificate of Service

       I hereby certify that on <u>February 3, 2010</u> I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Diane A. Nygaard**
The Nygaard Law Firm
11050 Roe Ave., Suite #212
Leawood, KS 66211
913-469-5544
913-469-1561 (fax)
diane@nygaardlaw.com

*Attorneys for Plaintiffs*

                                      /s/James D. Griffin
                                      Attorney