# EXHIBIT C

**3/05/07 DRAFT**
**THIS DOCUMENT CONSTITUTES PART OF A**
**PROSPECTUS COVERING SECURITIES THAT**
**HAVE BEEN REGISTERED UNDER THE**
**SECURITIES ACT OF 1933**

SUMMARY PLAN DESCRIPTION

AND

PROSPECTUS DATED MARCH 1, 2007

FOR THE

YRC REGIONAL TRANSPORTATION, INC. 401(k) RETIREMENT PLAN

---

The securities offered by this Prospectus consist of 600,000 shares of common stock, par value $1.00 per share (the "YRC Stock"), of YRC Worldwide Inc., a Delaware corporation, and an indeterminate number of interests in the YRC Regional Transportation, Inc. 401(k) Retirement Plan.

---

YRCW-000501

# C O N T E N T S

Page

I.      INTRODUCTION...............................................................................................1

II.     ABOUT THIS BOOKLET ..................................................................................1

III.    ADMINISTRATION OF THE PLAN................................................................2

IV.     PLAN PARTICIPATION...................................................................................3

V.      NAMING YOUR BENEFICIARY .....................................................................6

VI.     CONTRIBUTIONS ............................................................................................7

VII.    MAINTENANCE OF ACCOUNTS .................................................................13

VIII.   VESTING .........................................................................................................14

IX.     MILITARY SERVICE .....................................................................................14

X.      INVESTMENT OPTIONS ...............................................................................14

XI.     STOCKHOLDER RIGHTS IN THE YRC STOCK FUND..............................17

XII.    HOW AND WHEN PLAN BENEFITS ARE PAID.........................................18

XIII.   LOANS .............................................................................................................19

XIV.    IN-SERVICE WITHDRAWALS .....................................................................22

XV.     CLAIMS PROCEDURE...................................................................................23

XVI.    YOUR RIGHTS UNDER ERISA .....................................................................25

XVII.   EMPLOYMENT RIGHTS NOT IMPLIED .....................................................26

XVIII.  FACILITY OF PAYMENT...............................................................................27

XIX.    SECTION 16 CONSIDERATIONS FOR DIRECTORS AND OFFICERS.......27

XX.     ASSIGNMENT OF BENEFITS .......................................................................27

XXI.    LOSS OF BENEFITS .......................................................................................27

XXII.   AMENDMENT AND TERMINATION OF THE PLAN ..................................28

XXIII.  MERGER OR CONSOLIDATION...................................................................28

XXIV.   LIMITS ON CONTRIBUTIONS TO YOUR ACCOUNT ...............................28

XXV.    FEDERAL TAX CONSEQUENCES OF PLAN PARTICIPATION ................29

XXVI.   U.S. TREASURY CIRCULAR 230 NOTICE...................................................37

XXVII.     ADDITIONAL INFORMATION ................................................................................37

XXVIII.    PERIODIC REPORTS TO STOCKHOLDERS .................................................38

XXIX.      CERTAIN OTHER INFORMATION.................................................................38

YRCW-000503

## I.   INTRODUCTION

We all plan for the future and look forward to the time when we can retire with a dependable income for the rest of our lives. The YRC Regional Transportation, Inc. 401(k) Retirement Plan (formerly, the USF Employees' 401k Retirement Plan) (the "Plan") is designed to help build financial security for your retirement and thereby to encourage you to make your career with YRC Regional Transportation, Inc. (the "Company"). The Plan originally was effective January 1, 1993, and is intended to be a tax-qualified, discretionary defined contribution and savings plan. The Plan has been amended and restated several times since it was originally effective to comply with various changes in the law and to make certain design and administrative changes.

The principal purpose of the Plan is to promote retirement savings among eligible employees of the participating employers. Currently, the Company, Meridian IQ Services Inc. (formerly USF Distribution Services Inc.), USF Sales Corporation, USF Holland Inc., USF Reddaway Inc., USF Glen Moore, Inc., IMUA Handling, Inc. and USF Technology Services, Inc. are the participating employers (the "Employers") in the Plan. Other subsidiaries of the Company may become participating employers in the future.

The Plan allows you to save for your retirement through pre-tax payroll deductions ("Salary Reduction Contributions") and/or after-tax payroll deductions ("After-Tax Contributions") (collectively, "Employee Contributions"). Under this feature, you will be able to choose to save a portion of your compensation by reducing it by a specified amount that then will be contributed to the Plan on your behalf. The Employers may also, in their discretion, "match" a portion of your pre-tax (but not after-tax) payroll deductions ("Matching Contribution"). In addition, the Employers may make other discretionary contributions in which you may share ("Company Contributions"). Your Employee Contributions and any discretionary Matching Contributions and/or Company Contributions may grow through investment in the investment options available under the Plan. Generally, all contributions under the Plan (other than After-Tax Contributions), and any investment income on all Plan contributions, will not be taxable to you until received.

Then, when funds are needed at retirement, termination of employment, Disability or death, the Plan pays these amounts to you. For purposes of the Plan, you have a "Disability" if you are eligible for and receiving disability benefits under the federal Social Security law, or your Employer's long-term disability plan.

## II.   ABOUT THIS BOOKLET

The information presented in this Summary Plan Description and Prospectus ("SPD/Prospectus") is a summary of the legal documents that govern the Plan. The following pages describe important aspects of the Plan to help you better understand how it can work for you. Please carefully read the information presented here. If you have questions concerning your accounts under the Plan (your "Accounts") or would like to request additional information about the Plan, you should contact the Benefits Administrative Committee (the Plan Administrator), or Fidelity Management Trust Company (the Plan Trustee) or Fidelity Retirement Services, Inc. (the Plan record keeper and an affiliate of the Plan Trustee) (the Plan Trustee and the Plan record keeper are referred to collectively as "Fidelity"), as follows:

Benefits Administrative Committee
YRC Worldwide Inc.
10990 Roe Avenue
Overland Park, KS  66211
Telephone: 1-913-696-6100


Fidelity Management Trust Company or
Fidelity Retirement Services, Inc.
82 Devonshire Street
Boston, MA  02109
Telephone: 1-800-835-5098
Internet:  www.401k.com

You may also get general information about the Plan, as well as the necessary forms for Plan loans, withdrawals, elections and distributions, by contacting Fidelity by telephone or via the Internet.  You can visit the Fidelity Internet site virtually 24 hours per day, 7 days per week, and you can speak to a Fidelity representative at the 800 telephone number from 8:30 a.m. through 8 p.m. (your local time zone in the continental U.S.) each Business Day.  Generally, for purposes of the Plan, a "Business Day" is any day other than a Saturday, Sunday or any other day on which the NASDAQ Stock Exchange and the Trustee are closed (or are authorized to be closed).

You should remember that this SPD/Prospectus is only a summary of the terms of the Plan.  It does not alter the Plan in any way.  The actual text of the Plan controls in all instances, including any instance in which there may be an inconsistency between the contents of this Prospectus and the contents of the Plan.  The Plan document may be examined by you, as a participant, your beneficiaries and your legal representatives by appointment at a mutually convenient time at your corporate Human Resources Department.


## III.    ADMINISTRATION OF THE PLAN

The Plan sponsor is YRC Worldwide Inc.  The Plan Administrator is the Benefits Administrative Committee (the "Administrative Committee").  The Administrative Committee must administer the Plan in accordance with its terms and has the power to resolve all questions arising in connection with the interpretation, administration, and application of the Plan.  The Administrative Committee's determinations are conclusive and binding on all persons.

The Plan is funded through contributions made by the participating employees and the Employers.  All Plan contributions are held in a trust fund (the "Trust Fund").  The Trustee of the Plan is Fidelity Management Trust Company (the "Trustee").  All contributions made by you and on your behalf are invested at your direction among certain investment options, which are described in the Appendix to this SPD/Prospectus.

YRC Regional Plan SPD.DOC

YRCW-000505

The Trustee will set up separate accounts in your name for all contributions made by you and on your behalf (your "Accounts"). Your Accounts, along with the accounts of all other participants, make up the Trust Fund.

The Administrative Committee and the Trustee are selected by the Board of Directors of YRC Worldwide Inc. ("YRC") or the Compensation Committee of YRC's Board of Directors (collectively, the "Board"), in its sole discretion, and serve at the pleasure of the Board. Ongoing expenses of administering the Plan and the Trust may be paid out of the Trust Fund unless paid by the Employers or charged to you. These expenses include those incidents to the functioning of the Administrative Committee, such as, but not limited to, fees of accountants, counsel, and other specialists and their agents, and other costs of administering the Plan. Until paid, the expenses are a liability of the Trust Fund. The Employers may reimburse the Trust Fund for any administrative expenses incurred, which would be paid to the Trust Fund as a reimbursement and not as an Employer contribution.

## IV.   PLAN PARTICIPATION

### A.  Eligibility and Participation

#### 1.     Eligibility

You may begin making Employee Contributions to the Plan on the first day of any calendar month following the date on which you become an "Eligible Employee." You will become an Eligible Employee if you are employed in an eligible job classification and satisfy the service requirements of the Plan.

You are employed in an eligible job classification if you are an employee of an Employer and are not:

- covered by a collective bargaining agreement (unless the agreement specifically allows you to participate in the Plan);

- a nonresident alien deriving no earned income from the Employers which constitutes income from sources in the United States;

- a leased employee;

- classified as an independent contractor; or

- eligible to participate in the New Penn Motor Express, Inc. 401(k) Retirement Plan, the New Penn Motor Express, Inc. Profit Sharing Plan, the Yellow Roadway Corporation Retirement Savings Plan or any other qualified defined contribution plan (except for the Yellow Roadway Corporation Core Retirement Plan) maintained by an Employer or any entity that is under common control with the Company (an "Affiliate").

You will satisfy the service requirements of the Plan if:

- You are a permanent, full-time employee, and you complete 90 consecutive days of employment with any Employer. For this purpose, you are a "full-time employee" if you are regularly scheduled to work at least 40 hours per week for your Employer; or

- You are a temporary or part-time employee of an Employer, and you complete one "Year of Eligibility Service." You will complete one Year of Eligibility Service if you complete 1,000 hours of service with one or more Employers during any 12-month period beginning on your date of hire or any anniversary of your date of hire. However, if you are a temporary or part-time employee hired before January 1, 2005, and did not complete one Year of Eligibility Service before January 1, 2006, you will complete one Year of Eligibility Service if you complete 1,000 hours of service with one or more Employers during any calendar year. For this purpose, you are a "part-time employee" if you are regularly scheduled to work less than 40 hours per week for your Employer.

An hour of service is an hour for which you have a right to be paid by any Employer. To determine how many hours of service you work during a year, count the hours you are actually at work, plus up to 501 hours for hours for which you are entitled to be paid, but are absent from work, such as for vacation, holidays, and sick days.

In no event will you be eligible to share in any Matching Contributions or Company Contributions to the Plan by your Employer until the first day of the first calendar month following your completion of one Year of Eligibility Service.

Examples:

- If you are hired as a permanent, full-time employee in an eligible job classification on March 1, 2006, and you complete 90 consecutive days of employment with an Employer as of May 30, 2006, you will become an Eligible Employee on June 1, 2006, and may begin making Employee Contributions on that date. You will not be eligible to share in any Company Contributions or Matching Contributions, however, until you complete one Year of Eligibility Service.

- If you are hired as a part-time employee in an eligible job classification on March 1, 2006, and you complete 1,000 hours of service by February 28, 2007, you will become an Eligible Employee on March 1, 2007, and may begin making Employee Contributions on that date. You also will be able to share in any Company Contributions or Matching Contributions made after the date you become an Eligible Employee.

  If you fail to complete 1,000 hours of service by February 28, 2007, but you complete 1,000 hours of service during the 12-month period beginning on March 1, 2006 and ending on February 28, 2007, then you will become an Eligible Employee on March 1, 2007. You also will be able to share in any Company Contributions or Matching Contributions made after the date you become an Eligible Employee.

YRCW-000507

### 2. Participation

Upon satisfaction of the eligibility requirements described in Section IV.A.1 above, you may elect to become a Participant by authorizing payroll deductions for Salary Reduction Contributions or After-Tax Contributions or both in accordance with Section VI.A below.  Your election will be effective as soon as administratively practicable after it has been received by Fidelity.

Special automatic participation rules apply if you become an Eligible Employee on or after January 1, 2007.  If you do not file an application to enroll, or an election not to enroll, in the Plan within one month after you become an Eligible Employee or receive a Plan enrollment kit, whichever is later, you will automatically become a Participant on the first administratively practicable date after you satisfy the eligibility requirements described in Section IV.A above, and you will be deemed to have elected to contribute 3% of your Benefits Compensation (as defined in Section VI.A.1 below) as Salary Reduction Contributions to the Plan.  Unless you elect otherwise, those automatic Salary Reduction Contributions will be invested in the Fidelity Freedom Fund appropriate for your age.  The Fidelity Freedom Funds are some of the investment funds available under the Plan.  (See Section X below for a description of the Fidelity Freedom Funds and other investment funds available under the Plan.)

To file an enrollment application, or an election not to enroll in the Plan, you must contact Fidelity and request a Plan enrollment kit.  You may contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

### B. Transfers of Employment

If you are an active Participant and transfer from one Employer to another and you remain an Eligible Employee after your transfer, you will continue to be an active Participant.

If you are an active Participant and have a transfer of employment or a change in job status so that you are no longer working in an eligible job classification, but you remain an employee of an Employer or an Affiliate, then:

- You will become an inactive Participant and will not to be eligible to:
    - to make Employee Contributions to the Plan, or
    - share in the allocation of any Matching Contributions, Company Contributions or Qualified Nonelective Contributions (as defined in Section VI.A below); and
- You will not be eligible for a distribution of your Accounts, and they will continue to be held in, and share in the earnings and losses of, the Trust Fund.  (See Section XII below for information on distributions from the Plan.)

If you transfer employment from an Affiliate to an Employer, or change your employment status with your Employer, so that you begin to work in an eligible job classification, then:

YRC Regional Plan SPD.DOC

YRCW-000508

- You will become an Eligible Employee on (i) the date of your transfer of employment or change in employment status, or (ii) the date on which you satisfy the eligibility requirements described in Section IV.A above (counting your service with the Affiliate and your Employer), whichever is later; and

- You may elect to become a Participant on the first day of any month following the date you become an Eligible Employee.

### C. Termination of Employment

If you terminate employment with the Employers and the Affiliates before you become a Participant and later become reemployed by an Employer in an eligible job classification, you will become an Eligible Employee upon your satisfaction of the eligibility requirements described in Section IV.A above, counting your service prior to your termination of employment only if you are reemployed prior to incurring a Disqualifying Break in Service. For this purpose;

- A "Disqualifying Break in Service" means five or more consecutive Breaks in Service.

- A "Break in Service" means a 12-month measurement period during which you complete less than 501 hours of service. The 12-month measurement period is any 12-month period beginning on your date of hire or any anniversary of your date of hire. However, if you are a temporary or full-time employee hired before January 1, 2005, and did not complete one Year of Eligibility Service before January 1, 2006, the 12-month measurement period is the calendar year.

  You will not incur a Break in Service, however, in the first 12-month measurement period during which you are credited with less than 501 hours of service because of an absence from work due to: (1) your pregnancy; (2) the birth of your child; (3) the placement of a child for adoption with you; or (4) the care of your child immediately following his or her birth or placement for adoption with you. If you are on an unpaid leave of absence pursuant to the terms of the federal Family and Medical Leave Act ("FMLA"), you will be credited with hours of service solely for the purpose of determining whether a Break in Service has occurred, provided that you timely return to active employment with an Employer or an Affiliate after the expiration of your FMLA leave.

If you terminate employment with the Employers and the Affiliates after you become a Participant and later become reemployed as an Employee, you will become a Participant immediately upon your reemployment.

## V.   NAMING YOUR BENEFICIARY

When your Plan participation begins, you will be asked to complete a form on which you name your beneficiary under the Plan ("Beneficiary"). This gives the Administrative Committee a record of

YRCW-000509

whom to pay your Accounts in case of your death.  If you are married and wish to name a Beneficiary other than your spouse, you and your spouse must complete a spousal consent form that is available from the Administrative Committee.  Your spouse generally must consent to the specific Beneficiary you name and the consent must be notarized.  You may name more than one Beneficiary if you wish.  Because personal and family situations change, you may change your Beneficiary at any time by completing a new form.  Your spouse generally must consent to any change of Beneficiary.  Beneficiary designation forms are available from the Administrative Committee.

If you should die before you name a Beneficiary, or if your named Beneficiary should die prior to your death (and you do not complete a new Beneficiary designation form), your Accounts will be paid upon your death to the first of the following Beneficiaries who are then living:

- ° your spouse,
- ° your descendants,
- ° your estate.

If your spouse is your Beneficiary and you and your spouse subsequently divorce, the Administrative Committee will treat your former spouse as having predeceased you unless (1) after the divorce, you file with the Administrative Committee another written instrument executed by you explicitly designating your former spouse as your Beneficiary, or (2) a "Qualified Domestic Relations Order" from a court explicitly requires you to maintain your former spouse as your Beneficiary.  In any case in which your former spouse is treated as having predeceased you, no heir or other beneficiary of your former spouse will receive any benefits from the Plan as a Beneficiary except as otherwise provided in your written Beneficiary designation.

## VI.   CONTRIBUTIONS

As noted in Section I above, the Plan helps you save for your retirement by allowing you to make Salary Reduction Contributions and After-Tax Contributions to the Plan through payroll deduction.  In addition, you may make rollover contributions ("Rollover Contributions") to the Plan, subject to the approval of the Administrative Committee.

The Employers may help you save by making discretionary Matching Contributions or discretionary Company Contributions to the Plan on your behalf.  In addition, the Employers may make discretionary qualified nonelective contributions ("Qualified Nonelective Contributions") to the Plan on behalf of certain nonhighly compensated employees.  (Matching Contributions and Company Contributions are collectively referred to in this SPD/Prospectus as "Employer Contributions," and Employee Contributions, Rollover Contributions, Employer Contributions and Qualified Nonelective Contributions are collectively referred to in this SPD/Prospectus as "Contributions.")

### A.  Employee Contributions

#### 1.   Salary Reduction Contributions

7

YRCW-000510

When you enroll in the Plan, you may elect (as described in Section VI.C below) to have a specified percentage of your eligible cash compensation (your "Benefits Compensation") deducted from your pay each pay period and contributed to the Plan as Salary Reduction Contributions (that is, pre-tax contributions), subject to the maximum limitation imposed by federal tax law. Your Benefits Compensation means the total annual cash pay paid to you while you are an Eligible Employee as reported on your IRS Form W-2 for income tax withholding purposes, plus your Salary Reduction Contributions under this Plan and any other pre-tax contributions you make or made to a cafeteria plan maintained by any Employer or Affiliate. Your Benefits Compensation, however, does not include any compensation you receive from your Employer before you become a Participant. In accordance with IRS limitations, only Benefits Compensation up to $225,000 per year can be considered for purposes of this Plan. This $225,000 limit may be increased for inflation for years after 2007, as prescribed by the IRS.

In calendar year 2007, there is an IRS limitation of $15,500 on the amount you can contribute to the Plan on a pre-tax basis. This limit may be increased for inflation for years after 2007, as prescribed by the IRS. You should be aware that this limit is an aggregate limit that applies to all pre-tax contributions you can make under this Plan and any other cash or deferred arrangement (including other 401(k) plans, tax-sheltered 403(b) annuity contracts and simplified employee pensions in which you may be participating). Generally, if your total pre-tax contributions for a calendar year exceed the annual $15,500 limit, the excess contributions must be included in your income for the year. If you participate in another cash or deferred arrangement and your total pre--tax contributions exceed the annual $15,500 limit, you may request that the excess contributions be returned to you to avoid being taxed a second time when the excess contributions are ultimately distributed from this Plan or the other plan. If you want the excess contributions to be distributed from this Plan, you must communicate this to the Administrative Committee no later than the March 1st following the close of the calendar year in which the excess salary reductions were made. The Administrative Committee then will return the excess contributions and any earnings to you by April 15th.

Each Plan Year, the Plan is required to meet IRS nondiscrimination requirements with respect to Salary Reduction Contributions. If the Plan does not meet these requirements in any Plan Year, (i) the Salary Reduction Contributions of certain "highly compensated employees" (as defined in the Code) ("Highly Compensated Employees") may be limited or refunded (and any related Matching Contributions would be forfeited), or (ii) the Employers may, in their discretion, make "Qualified Nonelective Contributions" on behalf of certain employees who are not Highly Compensated Employees or recharacterize Company Contributions as Salary Reduction Contributions to meet these requirements. To the extent that your Salary Reduction Contributions are refunded to you, they will be withdrawn *pro rata* from each of the Investment Funds (as defined in Section X below) in which they are invested. The Administrative Committee will notify you if you are affected by these nondiscrimination requirements.

Eligible Employees who make the maximum amount of Salary Reduction Contributions for a Plan Year and who are age 50 at any time during the Plan Year may make a special type of Salary Reduction Contribution (that is, a pre-tax contribution) to the Plan known as "Catch-Up Contributions." You may not make Catch-Up Contributions for a Plan Year until you make the maximum permissible Salary Reduction Contribution for the Plan Year. The maximum amount of

YRCW-000511

Catch-Up Contributions you may make for any Plan Year is $5,000. This limit may be increased for inflation for years after 2007, as prescribed by the IRS.

Your Salary Reduction Contributions (including your Catch-Up Contributions) and any Qualified Nonelective Contributions made on your behalf will be credited to your Salary Reduction Contribution Account under the Plan.

### 2. After-Tax Contributions

When you enroll in the Plan you may elect (as described in Section VI.C below) to have a specified percentage of your Benefits Compensation deducted from your pay each period and contributed to the Plan as After-Tax Contributions.

Each Plan Year, the Plan is required to meet IRS nondiscrimination requirements with respect to After-Tax Contributions. If the Plan does not meet these requirements in any Plan Year, the Salary Reduction Contributions of certain Highly Compensated Employees may be limited or refunded. To the extent that your After-Tax Contributions are refunded to you, they will be withdrawn *pro rata* from each of the Investment Funds in which they are invested. The Administrative Committee will notify you if you are affected by these nondiscrimination requirements.

You After-Tax Contributions will be credited to your After-Tax Contribution Account.

### 3. Electing the Amount of Your Salary Reduction, Catch-Up and After-Tax Contributions

If you want to enroll in the Plan, you must make a contribution election as follows.

- You may elect to contribute as Salary Reduction Tax Contributions (excluding Catch-Up Contributions) a percentage, in 1% increments, from 1% to 89% (for example, 1%, 5% or 15%, but not 20.5%) of your Benefits Compensation each pay period, up to $15,500 (this amount may be increased for inflation after 2007).

- You may elect to contribute as Catch-Up Contributions a percentage, in 1% increments, from 1% to 89% (for example, 1%, 5% or 15%, but not 20.5%), of your Benefits Compensation each pay period, up to $5,000 (this may be increased for inflation after 2007).

- You may elect to contribute as After-Tax Contributions a percentage, in 1% increments, from 1% to 15% (for example, 1%, 5% or 13%, but not 11.5%) of your Benefits Compensation each pay period.

- The maximum percentage of combined Salary Reduction Contributions (including Catch-Up Contributions) and After-Tax Contributions you may make during any pay period is 89% of your Benefits Compensation for the pay period. In applying this limitation, if the total percentage of your combined Salary Reduction Contributions and After-Tax Contributions exceeds 89% of your Benefits Compensation for any pay period, your After-Tax Contribution percentage will be reduced, in 1% increments, to ensure that

YRC Regional Plan SPD.DOC

YRCW-000512

the total percentage of your Salary Reduction Contributions (including Catch-Up Contributions) is 75% of your Benefits Compensation for the pay period..

- Your contribution election(s) will apply to any annual bonus paid to you by your Employer, including any annual bonus paid under the YRC pay for performance plan, unless you make a separate election either (1) to contribute a percentage of your annual bonus payment, if any, in 1% increments from 1% to 89%, as a Salary Reduction Contribution, a Catch-Up Contribution and/or an After-Tax Contribution, or (2) to not make any contribution from your annual bonus payment.  In applying this limitation, if the total percentage of your combined Salary Reduction Contributions and After-Tax Contributions exceeds 89% of your annual bonus, your After-Tax Contribution percentage will be reduced, in 1% increments, to ensure that your percentage of Salary Reduction Contributions (including Catch-Up Contributions) is 75% of your annual bonus.  This separate election must be made in October or November and will apply to any bonus paid during the next year (generally in the following February or March).  If you make this separate election, the percentage of annual bonuses that you contribute to the Plan, if any, will not count towards the percentage contribution limits on Salary Reduction Contributions and After-Tax Contributions described above.

You may elect to make Salary Reduction Contributions and/or After-Tax Contributions to the Plan, or increase or decrease (or completely suspend) the amount of those Contributions, by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.  Your election will be effective as soon as administratively practicable after it is received by Fidelity.  However, in the case of an election to increase, decrease or suspend your Salary Reduction Contributions or After-Tax Contributions, you must make your election at least 30 days prior to the first pay period for which you want your election to become effective.

The Administrative Committee has the right to refund amounts designated as Salary Reduction Contributions or After-Tax Contributions (and forfeit any matching contributions attributable to the refunded Salary Reduction Contributions) as necessary to comply with the requirements of the Code, including the limits on contributions described in Section XXIV below and certain rules designed to prevent the Plan from discriminating in favor of Highly Compensated Employees to the extent that your Salary Reduction Contributions or After-Tax Contributions are refunded to you, they will be withdrawn *pro-rata* from each of the Investment Funds in which they are invested.

## 4.     Salary Reduction Contributions versus After-Tax Contributions

Salary Reduction Contributions you make to the Plan are made on a before-tax basis.  This means that no federal income tax is withheld or owed on your Salary Reduction Contributions because they are not considered to be part of your income for federal income tax purposes.  Because no federal income taxes are withheld or owed on Salary Reduction Contributions, the amount you would otherwise "lose" to current federal income tax is kept as part of your savings.  Your Salary Reduction Contributions become taxable only when they are distributed to you.  Social Security and Medicare (FICA) taxes on your Salary Reduction Contributions continue to

YRCW-000513

be withheld. The same treatment, however, may not be available for state or local income tax purposes. You should consult your personal tax advisor regarding the effect of state income taxes on your Salary Reduction Contributions under the Plan.

In contrast to Salary Reduction Contributions, After-Tax Contributions are made on an after-tax basis. As such, the amount of your After-Tax Contributions is considered part of your income, and federal income taxes will be withheld or owed on your After-Tax Contributions. In addition, Social Security and Medicare (FICA) taxes on your After-Tax Contributions will continue to be withheld.

Example:

The following example illustrates how much you can save in federal income taxes by making Salary Reduction Contributions to the Plan instead of After-Tax Contributions.

|  | Salary Reduction Contributions | After-Tax Contributions |
|---|---|---|
| Annual Benefits Compensation | $35,000 | $35,000 |
| Salary Reduction Contributions (4% of Benefits Compensation) | (1,400) | -0- |
| Before tax income | 33,600 | 35,000 |
| Federal income tax (15%) | (5,040) | (5,250) |
| After tax income | 28,560 | 29,750 |
| After-Tax Contributions (4% of Benefits Compensation) | -0- | (1,400) |
| Take home pay | 28,560 | 28,350 |
| Federal tax savings | 210 | -0- |

For employees in higher tax brackets, the benefits of before-tax savings are greater. This is only an example, and your tax situation may be different. Please contact your tax advisor if you have questions regarding the tax benefits of participation in this Plan.

## B. Rollover Contributions

You may make a "Rollover Contribution" to the Plan of any amounts previously distributed to you from another qualified plan, a 403(b) plan or a 457 plan if such prior distribution meets all the applicable IRS requirements to qualify for rollover treatment, as determined by the Administrative Committee. The Plan will not, however, accept after-tax employee contributions as Rollover Contributions. You may make a Rollover Contribution at any time so long as you are an employee of an Employer in an eligible job classification, even if you are not an Eligible Employee. If you make a Rollover Contribution to the Plan, you will be considered to be a Participant, but if you are not an Eligible Employee, you will not be permitted to make Employee Contributions or share in any Employer Contributions. (See Section IV.A. for eligibility requirements.) Rollover Contributions will be credited to your Rollover Contribution Account.

YRC Regional Plan SPD.DOC

YRCW-000514

For more information on making Rollover Contributions to the Plan, please contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

### C. Employer Contributions

#### 1.    Matching Contributions

If you make Salary Reduction Contributions to the Plan during a Plan Year, the Employers may make a discretionary Matching Contribution to the Plan on your behalf equal to a specified percentage of your Salary Reduction Contributions for the Plan Year. Matching Contributions, if any, will be made in the Employers' sole discretion and will not be made with respect to any After-Tax Contributions or Rollover Contributions. The Employers will make Matching Contributions in cash or YRC Stock.

Any Matching Contributions made on your behalf to the Plan will be credited to your Matching Contribution Account.

#### 2.    Company Contributions

In addition to Matching Contributions, you may receive a share of any discretionary Company Contributions that the Employers, in their sole discretion, may make to the Plan for any calendar quarter during a Plan Year. To be eligible to share in Company Contributions to the Plan, you must:

- have completed at least one Year of Eligibility Service (as described in Section IV above, "Plan Participation"); and

- be employed by an Employer on the last Business Day of the calendar quarter.

Your share of any Company Contribution is based on the ratio that your Benefits Compensation for the calendar quarter for which the Company Contribution is made bears to the total Benefits Compensation for that calendar quarter of all eligible Participants. For example, assume that the Company Contribution to the Plan in a calendar quarter is $100,000. If the amount of your Benefits Compensation for that calendar quarter is 1% of the total Benefits Compensation of all eligible Participants for that calendar quarter, your share of the Company Contribution will be $1,000 ($100,000 x .01). YRC reserves the right to change the timing of Company Contributions from quarterly to annually. You will be notified if this change is made. The Employers will make Company Contributions in cash or YRC Stock.

Any Company Contributions made on your behalf to the Plan will be credited to your Company Contribution Account.

#### 3.    Nondiscrimination Rules

Each Plan Year, the Plan is required to meet certain IRS nondiscrimination requirements with respect to Matching Contributions. If the Plan does not meet these requirements in any Plan Year, (i) the Matching Contributions of certain Highly Compensated Employees may be limited, or, in certain cases, may be forfeited, or (ii) the Employers may, in their discretion, make Qualified Nonelective Contributions on behalf of certain employees who are not Highly Compensated

YRCW-000515

Employees or recharacterize Company Contributions as Salary Reduction Contributions or Matching Contributions to meet these requirements.

### D. Special Limits on Contributions

Federal law imposes a limit on the total amount of contributions that may be credited to your Accounts each Plan Year. This limit is the lesser of $45,000 or 100% of your total compensation from the Employers for the Plan Year. The $45,000 limit may be increased for inflation for years after 2007, as prescribed by the IRS. You will be notified if your contributions to the Plan are affected by this limit.

### E. Top-heavy Rules

A plan is considered to be top-heavy when the account balances of key employees are more than 60% of the account balances of all employees. Key employees are certain officers and shareholders of the Employers. If the Plan becomes top-heavy in any year, non-key employees may be entitled to certain minimum contributions. Currently, the Plan is not top-heavy, and it is not expected to become top-heavy, but if it does, you will be notified.

## VII.   MAINTENANCE OF ACCOUNTS

The Administrative Committee will establish the following separate Accounts in your name under the Plan:

- a Salary Reduction Contribution Account (which will include your Catch-Up Contributions, if any, Qualified Nonelective contributions, if any, made on your behalf and your pre-tax contributions under a Prior Plan, if any);

- an After-Tax Contribution Account (which will include your after-tax contributions under a Prior Plan, if any);

- a Rollover Contribution Account (which will include your rollover contributions under a Prior Plan, if any);

- a Matching Contribution Account;

- a Company Contributions Account;

As of each "Valuation Date" (generally, each Business Day), your Accounts will be adjusted to reflect all contributions, withdrawals, distributions, income earned or accrued, and any increase or decrease in the value of investments since the immediately preceding Valuation Date. Your share of the earnings or losses is based on the ratio of your Account balances invested in the respective Investment Fund(s) to the total Account balances of all Participants invested in those Investment Funds. Your share will then be allocated to your Accounts.

Like all investments, earnings on Trust Fund investments can change each year depending on economic conditions. You should be aware that earnings on Trust Fund investments are not guaranteed.

YRCW-000516

You will be able to review the balances of, and activity in, your Accounts at any time by accessing the Fidelity web site at www.401k.com, and Fidelity will send you quarterly written statements of your Accounts by mail.

## VIII.   VESTING

Vesting is the technical term for gaining ownership of the money in your Accounts.  To the extent your Accounts are vested, they cannot be forfeited when you terminate employment with the Employers and the Affiliates.  You are 100% vested and have a nonforfeitable interest in all your Accounts at all times.

## IX.   MILITARY SERVICE

Generally, if you take a leave of absence for qualified military service and timely return to employment with an Employer when your military service ends, you will have the right:

- To make additional Employee Contributions to the Plan to make up for the Employee Contributions you did not make during your military leave;

- To receive certain additional Matching Contributions, if any, on your additional Employee Contributions (excluding Catch-Up Contributions) to the extent your Employer made Matching Contributions during the period of your military leave; and

- To receive certain additional Company Contributions and Qualified Nonelective Contributions, if any, to the extent you would have received an allocation of these contributions had you not been on military leave.

The level of additional Contributions made by you or on your behalf to the Plan when you return to employment from military service is subject to the limitations of the Plan and Code.  If you take a military leave of absence, please contact your corporate Human Resources Department for more information on your rights under the Plan.

## X.   INVESTMENT OPTIONS

### A. Investment Funds

Your Employer will forward Contributions made by you and on your behalf to Fidelity for investment in one or more of the Plan's investment funds (the "Investment Funds"), which consist of several mutual funds and the YRC Stock Fund  The Administrative Committee selects the mutual funds offered as Investment Funds available under the Plan, and it may add one or more new Investment Funds, or freeze or liquidate one or more existing Investment Funds, at any time.

A brief description of the Investment Funds is set forth in Appendix A of this Prospectus.  You will be provided more detailed information about the Investment Funds in the enrollment kit and the quarterly statements you receive from Fidelity.  In addition, for each of the Investment Funds (other than for the YRC Stock Fund), you may request the latest prospectus and annual report,

14

YRCW-000517

investment performance history, share value and the most recent annual operating expenses by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. You should review these materials carefully before making any decisions about investing your Accounts under the Plan in any of the Investment Funds.

### B. Choosing Investments

Generally, you may invest future Contributions made by you and on your behalf, and your existing Account balances, in any of the Investment Funds, except that the following rules and restrictions apply to the YRC Stock Fund.

- You may not direct the investment of future Contributions made by you or on your behalf into the YRC Stock Fund;

- 50% of the Matching Contributions, if any, made on your behalf will be automatically invested in the YRC Stock Fund;

- You may not transfer any portion of your Account balances invested in another Investment Fund into the YRC Stock Fund;

- You may transfer all or a portion of your Account balances invested in the YRC Stock Fund at any time into another Investment Fund.

### C. Making Your Investment Elections

To the extent that you may direct the investment of future Contributions made by you or on your behalf and your existing Account balances, you must instruct Fidelity as to how you would like to invest those amounts. You may do so by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com and directing that those future Contributions and existing Account balances be allocated among the Investment Funds in 1% increments. This means that you may allocate 1%, 2%, 5%, etc., up to 100% of those future Contributions or existing Account balances to the Investment Fund(s) of your choice. Your existing Account balances may be allocated among the Investment Funds differently than future Contributions made by you and on your behalf.

To make an election to change the allocation of future Contributions made by you or on your behalf among the Investment Funds, you may contact Fidelity at any time by telephone at 1-800-835-5098 or via the Internet at www.401k.com, and the change will become effective as soon as administratively practicable after your new investment election is received by Fidelity.

To change the allocation of your existing Account balances among the Investment Funds, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, and the change will become effective as follows:

- If you contact Fidelity before 4 p.m. Eastern time (or, if the NASDAQ Stock Exchange closes at any earlier time, the earlier closing time) on any Business

15

YRCW-000518

Day, your investment instruction will become effective by the close of
business on that Business Day.

- If you contact Fidelity after 4 p.m. Eastern time on any Business Day (or any
  day that is not a Business Day), your investment instruction will become
  effective by the close of business of the next Business Day. If the NASDAQ
  Stock Exchange closes at any earlier time on a Business Day (*i.e.*, before
  4 p.m. Eastern time), then the earlier closing time will apply for providing
  investment instructions on that Business Day.

To change the allocation of your existing Account balances from the YRC Stock Fund to any of
the Investment Funds, you must contact Fidelity by telephone at 1-800-835-5098 or via the
Internet at www.401k.com, and the change will become effective as soon as administratively
practicable after the receipt of your request. The amount transferred out of the YRC Stock Fund
will be based on the value of your Accounts under the YRC Stock Fund as of the Valuation Date
coincident with or immediately preceding the date on which Fidelity receives your election.
Generally, if Fidelity receives a request for a transfer or distribution from the YRC Stock Fund
before 4:00 pm Eastern time on a Business Day, the request can be processed on the same
Business Day, and in that instance the transfer or distribution would be based on the value of
your Matching Contribution Account interest in the YRC Stock Fund on that date. However,
there is no guarantee that such a request will always be processed on the same day, as
circumstances may arise which would prevent processing the request on the same day received.

If you fail to provide investment instructions to Fidelity, all future Contributions made by you
and on your behalf (other than Matching Contributions initially invested in the YRC Stock
Fund), and all your existing Account balances (to the extent not already invested in the YRC
Stock Fund) will be invested in the Fidelity Freedom Fund appropriate for your age. (See the
Appendix to this SPD/Prospectus for a description of the Fidelity Freedom Funds, which are
Investment Funds available under the Plan.) If you are enrolled in the Plan under the Plan's
automatic enrollment feature, your Salary Reduction Contributions will be invested in the
Fidelity Freedom Fund appropriate for your age, unless you direct otherwise.

### D. Self-Directed Brokerage Services

You have the option of opening a Fidelity BrokerageLink Account to invest your existing
Account balances in mutual funds other than the Investment Funds. The maximum amount that
you may invest through a BrokerageLink Account is 25% of the total amount of your existing
Account balances (including those Account balances invested in the YRC Stock Fund). You
may not invest future Contributions directly into your BrokerageLink Account.

You may not make any investment through your BrokerageLink Account unless the terms and
conditions of the investment are satisfied.

To request an application to open a BrokerageLink Account, you must contact Fidelity by
telephone at 1-800-835-5098 or via the Internet at www.401k.com. Once you have been
approved, you may initially fund your BrokerageLink Account by contacting Fidelity at its 800
telephone number to request a transfer of funds from one or more of the Investment Funds in

which your existing Account balances are invested. Your initial transfer to your BrokerageLink Account must be at least $2,500, but not more than 25% of the total of your existing Account balances (including those Account balances invested in the YRC Stock Fund) as of the date of transfer. After that, you may increase or decrease the balance in your BrokerageLink Account by contacting Fidelity at its 800 telephone number and requesting a transfer of funds (with a $1,000 transfer minimum), to your BrokerageLink Account from an Investment Fund or vice-versa.

Your BrokerageLink Account will be charged with any brokerage or other fees relating to transactions involving your BrokerageLink Account.

If the value of your BrokerageLink Account ever exceeds 25% of the total of your existing Account balances (including those Account balances invested in the YRC Stock Fund), you will not be permitted to transfer any amounts into your BrokerageLink Account until its value decreases to 25% or less of the total value of your existing Account balances.

To transfer funds to or from your BrokerageLink Account or to buy or sell investments within your BrokerageLink Account, you must contact Fidelity by telephone at 1-800-835-5098 for directions to carry out these transactions and information on the timing of these transactions.

### E. ERISA Section 404(c)

The Plan is intended to constitute a plan described in Section 404(c) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). This means, as mentioned above, that the Plan lets you choose your investments, and you can (and have the responsibility to) decide for yourself how to invest the assets in your accounts under the Plan. By operating under ERISA Section 404(c), YRC, the Company, the Administrative Committee and others responsible for the operation of the Plan (the "Plan's fiduciaries") are relieved of liability for any losses that are the direct and necessary result of your exercise of control over the investment of assets in your accounts under the Plan.

## XI.   STOCKHOLDER RIGHTS IN THE YRC STOCK FUND

You may exercise voting rights over shares of YRC Stock held in the YRC Stock Fund and allocable to your Accounts by directing the Trustee as to how to vote those shares. Before each annual or special stockholders' meeting, the Trustee will furnish you with proxy solicitation materials that are generally sent to YRC stockholders, together with instructions as to how you may direct the Trustee to vote your shares. Upon timely receipt of your properly made instructions, the Trustee will vote shares of YRC Stock allocable to your Accounts in accordance with your voting instructions. The Trustee will vote all shares of YRC Stock held in the YRC Stock Fund for which the Trustee has not received timely voting instructions from Participants, in the same proportion as it votes those shares of YRC Stock for which it has received timely and properly made voting instructions from Participants.

In addition, you will have the same right, to the extent of shares of YRC Stock allocable to your Accounts, to direct the Trustee as to how to respond to a tender or exchange offer made with respect to those shares. The Trustee will use its best efforts to distribute or cause to be

distributed to each Participant the information that will be distributed to YRC stockholders in connection with the tender or exchange offer. Upon timely receipt of your properly made directions, the Trustee will respond to a tender or exchange offer as directed by you with respect to the shares of YRC Stock allocable to your Accounts. The Trustee will not tender any shares of YRC Stock held in the YRC Stock Fund for which it does not receive timely and properly made directions.

Information relating to the purchase, holding, and sale of YRC Stock, and the directions received by the Trustee from any individual Participant relating to the Participant's proxy voting and tender offer directions are held by the Trustee in strict confidence and will not be divulged to any person, including directors, officers or employees of YRC or related corporations or entities, except as may otherwise be required by law.

Generally, the Trustee will exercise all voting and tender rights with respect to all the other Investment Funds, and you have no voting or tender rights with respect to the investment of your Accounts in the other Investment Funds.

## XII.   HOW AND WHEN PLAN BENEFITS ARE PAID

When you terminate employment with the Employers and Affiliates for any reason, you (or your Beneficiary in the case of your death) will be entitled to receive a distribution of all your Account balances in one single cash payment. Single sum distributions may be eligible to be transferred directly to an Individual Retirement Account, other qualified retirement plan, a 403(b) or 457 plan. (See Section XXV below, "Federal Tax Consequences of Plan Participation"). If you were receiving distributions under the Plan prior to January 1, 2003, in one of the periodic forms of payment previously permitted under the Plan, however, you may continue to receive your distributions in that form.

Payment of your distribution will be made as soon as possible after you make your request for a distribution, but not later than 60 days after the later of:

° the close of the Plan Year in which you attain (or would have attained) age 65, or

° the close of the Plan Year in which you terminate your employment with the Employers and the Affiliates.

If the total of all your Account balances (excluding your Rollover Contribution Account balance) at the time you become eligible for a distribution exceeds $5,000, you must consent in writing to receive payment of your Accounts before you reach age 65 -- in other words, you will not be forced to receive a distribution before you reach age 65, even if you terminate your employment before then. If you are entitled to receive payment, but do not consent in writing to receive payment after you are so eligible, you will receive your distribution within 60 days after the end of the Plan Year during which you turn age 65.

If the total of all your Account balances is $5,000 or less (excluding your Rollover Contribution Account balance) as of the date you terminate employment with the Employers and the Affiliates, your Accounts will be distributed as follows:

- If the total of your Account balances (including your Rollover Contribution Account balance) is greater than or equal to $1,000, the total of your Account balances (including your Rollover Contribution Account balance) will automatically be transferred to an eligible retirement plan or an individual retirement account (collectively, an "IRA") *if* you do not timely elect a cash distribution or a direct rollover to an IRA. The Administrative Committee will select the IRA for the transfer. The funds transferred to the IRA will be invested in an investment product designed to preserve the principal and to provide a reasonable rate of return and liquidity. Fees and expenses associated with the IRA will be deducted from the balance in the IRA. For further information concerning this automatic rollover feature, contact the Administrative Committee.

- If the total of your Account balances (including your Rollover Contribution Account balance) is less than $1,000, you will receive a lump sum cash payment of the total of your Account balances as soon as administratively practicable after you terminate employment, unless you elect to directly roll this amount over to an IRA.

In no event will distribution of your Accounts be made later than April 1 of the year following the year in which you reach age 70½ or retire, whichever is later. If you are a "5% owner" (as defined in the Code), however, you must receive a distribution of your Accounts no later than the April 1 of the year following the year in which you reach age 70 1/2. If you are not a 5% owner and reached age 70 1/2 before 1997 and began receiving in-service distributions from your Accounts because of the federal tax rules in effect prior to 1997, you may elect to suspend those distributions until April 1 of the year following the year in which you retire.

You should contact the Administrative Committee if you have any questions about any of your distribution options.

## XIII.  LOANS

### A.  Terms and Conditions

If you are an active employee of an Employer or an Affiliate, the Plan permits you to borrow from the following Accounts: your Rollover Contribution Account, your After-Tax Contribution Account and your Salary Reduction Contribution Account. The following terms and conditions apply to Plan loans:

- Your loan will bear interest at 1% plus the prime lending rate, as that rate is reported in the <u>Wall Street Journal</u> for the 15th day of the month immediately preceding the month in which your loan is disbursed (or if that date is not a Business Day, the next succeeding Business Day).

- To obtain a loan from your Accounts, you must sign a promissory note evidencing the loan, and you must pledge 50% of your Account balances as

YRCW-000522

security for the loan.  The promissory note will be treated as one of your Account investments.

- You must pay off your loan(s) with after-tax dollars through regular payroll deductions.

- You must pay off your loan(s) over a period not to exceed 5 years, except that, if you obtained a loan from your Accounts before January 1, 2006, and that loan was used to purchase your principal residence, you may pay off that loan over a period not to exceed 30 years or the number of years remaining until you reach age 65, whichever is less.

- The maximum aggregate amount of any loan(s) is the lesser of $50,000, as adjusted pursuant to provisions of the Plan, or 50% of the total amount of your Account balances as of the date your loan is approved.

- The minimum amount of any loan is $1,000.

- You can have only one loan outstanding at any time.

- You will be charged a $50 application fee related to the processing of a loan.

- If, in any pay period, the amount of your pay is less than your required loan repayment, you must make up the difference by a certified or cashier's check payable to the Trustee.

- You may prepay your loan in full at any time without penalty; partial prepayments are not permitted.

- If you terminate employment with the Employers and Affiliates and your loan(s) remains outstanding, you must repay the outstanding loan balance(s) at that time or your loan(s) will go into default, and you will realize taxable income on your outstanding loan balances.

- If you remain employed by an Employer or an Affiliate after the date of default of a loan, your defaulted loan will continue to be treated as an outstanding loan, interest will continue to accrue, and your outstanding loan balance (including the accrued interest) will count against any future loan request.  You may repay your defaulted loan in one balloon payment, and this payment will increase your tax basis in your Accounts.

- Funds for your loan will be withdrawn first from your Rollover Contribution Account, then your After-Tax Contribution Account and then your Salary Reduction Contribution Account.  Within each of these Accounts, funds for your loan will be withdrawn *pro rata* from each of the Investment Funds in which the Account is invested.

YRC Regional Plan SPD.DOC

YRCW-000523

- • Special loan rules may apply to you if, after you terminate service with the Employers and the Affiliates, you are a party-in-interest (as defined in ERISA) with respect to the Plan. Contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, or your corporate Human Resources Department to determine if these special rules apply to you.

A summary of the tax consequences of a loan default accompanies all loan applications, and you should review this information carefully before applying for a loan.

All loans under the Plan will be granted and administered in accordance with the requirements of ERISA, the Code and any procedures and rules established by the Administrative Committee and Trustee.

### B. Military Leaves of Absence

If you take a military leave of absence, you may elect to suspend your loan repayments and your suspension period may be as long as the entire period of your military leave. If you make this election, your loan will continue to accrue interest during the suspension period, and loan payments must resume when your military service ends and you return to work with an Employer or an Affiliate. When you resume making loan payments, you may either (1) extend your loan term for a period not exceeding the original term of your loan plus the period of your military leave, provided that the frequency and amount of your loan repayments are not less than the frequency and amount of your pre-military leave loan repayments, or (2) make one lump-sum payment equal to the missed loan repayments plus accrued interest and resume making regularly schedule loan repayments.

### C. Applying for a Loan

You may apply for a loan from the Plan by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. An application fee of $50 will be deducted ratably from the Accounts from which your loan funds are withdrawn. Your loan application will be processed, and your loan will be disbursed, as soon as administratively practicable after Fidelity receives your loan application. If you are married, then your spouse must consent in writing to any loan from your Accounts within the 90-day period before the loan is made.

All loans under the Plan will be granted and administered in accordance with the requirements of the Code, ERISA and any procedures and rules established by the Administrative Committee or Trustee.

### D. Loans under a Merged Plan

If you were a participant in a plan that merged into the Plan and you had an outstanding loan transferred from the merged plan to this Plan, the loan will be treated as a loan under this Plan and will be subject to this Plan's loan requirements to the extent required by the Administrative Committee.

21

YRCW-000524

## XIV.   IN-SERVICE WITHDRAWALS

### A.  Hardship Withdrawals

If you suffer a financial hardship, you may be granted a hardship withdrawal of all or any part of your Salary Reduction Contributions (excluding Qualified Nonelective Contributions and earnings on all your Salary Reduction Contributions).

Funds for a hardship distribution will be withdrawn *pro rata* from each of the Investment Funds in which your Salary Reduction Contributions Account is invested.

To apply for a hardship withdrawal, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.  If you are married, then your spouse must consent in writing to any hardship withdrawal from your Accounts within the 90-day period before the hardship withdrawal is made.  As soon as administratively practicable after you submit your application for a hardship withdrawal to Fidelity, Fidelity will approve or deny your request for a hardship withdrawal.  It will do so based on your application, which must show that your financial hardship arises from any of the following:

- The purchase of your primary residence (excluding mortgage payments);

- A medical expense not covered by your Employer's medical plan and deductible under IRS Code Section 213(d) for you, your spouse or your dependents;

- The need to prevent your eviction or foreclosure on the mortgage of your principal residence;

- Payment of tuition and related educational fees for the next 12 months of post-secondary education for you, your spouse or your dependents;

- Payment of burial or funeral expenses for your deceased parent, spouse or dependent;

- Payment of expenses for the repair of damage to your principal residence that would qualify for the casualty deduction under Code Section 165 (determined without regard to whether the loss exceeds 10% of your adjusted gross income); or

- Any other emergency that the Administrative Committee, pursuant to a uniform and nondiscriminatory policy and in accordance with guidelines issued by the IRS, deems a bona fide financial emergency.

Fidelity will treat a withdrawal as necessary to satisfy your financial need only if the following requirements are satisfied:

- The withdrawal does not exceed the amount required to relieve your financial need;

- Your financial need cannot be satisfied from other resources that are reasonably available to you;

YRC Regional Plan SPD.DOC

22

- You first obtain all other distributions or loans available to you under the Plan and all other plans maintained by the Employers and Affiliates, and

- You agree to cease making Employee Contributions under the Plan and employee contributions under all other plans maintained by the Employers and Affiliates (other than welfare plans) for six months after the withdrawal.

Participants may be charged a processing fee relating to a hardship withdrawal.

Hardship withdrawals will be paid as soon as administratively practicable following Fidelity's approval of your application for a hardship withdrawal. However, in no event will Fidelity approve a hardship withdrawal if granting the hardship withdrawal would have adverse tax consequences for the Plan.

### B. Other Withdrawals

By contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, you may request an in-service withdrawal of amounts from the following Accounts in the following order:

- Your Rollover Contribution Account or After-Tax Contribution Account at any time.

- If you are age 59½ or older, your Salary Reduction Contribution Account.

You must obtain your spouse's consent to withdraw any amounts from your Rollover Contribution Account, After-Tax Contribution Account or Salary Reduction Contribution Account (after age 59 1/2) attributable to Contributions credited to those Accounts after July 17, 2006.

### C. Tax Consequences of Withdrawals

The tax consequences of any withdrawal from your Accounts are significant. You should make sure you understand the tax consequences before making any withdrawal decision. A general description of the federal income tax treatment of in-service withdrawals is set forth in Section XXV below, "Federal Tax Consequences of Participation in the Plan.

## XV.   CLAIMS PROCEDURE

### A. Denial of Claim

As noted above, to request a distribution of your Accounts, you (or your Beneficiary) must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

If your request for benefits (your "claim for benefits") under the Plan is wholly or partially denied, the Administrative Committee will furnish you with a written notice, within a reasonable period of time (no later than 90 days) after Fidelity receives your claim for benefits, setting forth:

- The specific reasons for the denial;

23

YRCW-000526

- The Plan provisions on which the denial is based;

- Any additional materials or information necessary for your claim for benefits
  to be valid and an explanation of why this additional material or information
  is necessary; and

- A description of the Plan's review procedures and the time limits applicable to
  those procedures, including a statement of your right to bring a civil action
  under ERISA Section 502(a) following an adverse decision on review by the
  Administrative Committee.

If the Administrative Committee determines that special circumstances require an extension of
time beyond the initial 90-day period, the Administrative Committee will provide to you, within
the initial 90-day period, a written notice of the extension indicating the special circumstances
requiring the extension and the date by which the Administrative Committee expects to make its
determination (which date will not be later than 90 days from the end of the initial 90-day
period).

## B. Review of Denied Claim

Within 60 days after receipt of the notice of denial of your claim for benefits, you may request,
upon written application to the Administrative Committee, a review by the Administrative
Committee of its decision denying your claim. The Administrative Committee will provide you
the opportunity to submit written comments, documents, records and other information relating
to your claim for benefits, and will provide you, upon request and free of charge, reasonable
access to and copies of pertinent documents. The Administrative Committee will make a full
and fair review and make its decision by taking into account all comments, documents, records
and other information submitted by you, regardless of whether these comments, documents,
records and other information were considered by the Administrative Committee when it initially
denied your claim for benefits.

The Administrative Committee will issue its decision with respect to your request for review of
your denied claim for benefits within a reasonable period of time, but not later than 60 days after
receipt of the review request. This 60-day period may be extended for another 60 days if the
Administrative Committee finds that special circumstances require an extension of time for
processing and the Administrative Committee provides to you, within the initial 60-day period, a
written notice of this extension indicating the special circumstances requiring the extension and
the date by which the Administrative Committee expects to make its determination (which date
will not be later than 60 days from the end of the initial 60-day period). However, if the
Administrative Committee grants an extension due to your failure to submit information
necessary to decide your claim, the period for making the decision on review will be tolled from
the date on which the Administrative Committee sends the notice of extension to you until the
date on which you respond to the request for additional information.

The final decision of the Administrative Committee will be in writing, and if the decision is
adverse, the notice of denial will:

YRCW-000527

- Give specific reasons for the decision;

- Make specific references to the pertinent Plan provisions on which the final decision is based;

- State that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents and other information relevant to your claim for benefits; and

- Contain a statement of your right to bring a civil action under ERISA Section 502(a).

Your authorized representative may represent you at any time during the claims process.

## XVI.   YOUR RIGHTS UNDER ERISA

As a participant in the Plan, you are guaranteed certain rights and protections under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). ERISA provides that all Plan participants shall be entitled to:

### A. Receive Information About Your Plan and Benefits

- Examine, without charge, at the Administrative Committee's or your Employer's office, all Plan documents, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Pension and Welfare Benefit Administration. However, you may not inspect materials containing confidential information about other participants.

- Obtain, upon written request to the Administrative Committee, copies of documents governing the operation of the Plan, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Administrative Committee may make a reasonable charge for the copies.

- Receive a summary of the Plan's annual financial reports. The Administrative Committee is required by law to furnish each participant with a copy of this summary annual report.

- Obtain a statement telling you what your vested benefit under the Plan would be if you stop working now. This statement must be requested in writing and is not required to be given more than once every 12 months. The Administrative Committee must provide the statement to you free of charge.

YRCW-000528

### B. Prudent Actions by Plan Fiduciaries

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.

No one, including the Employer or any other person, may fire you or discriminate against you to prevent you from obtaining a benefit or exercising your rights under ERISA.

### C. Enforce Your Rights

If your claim for benefits is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Administrative Committee and do not receive them within 30 days, you may file suit in Federal court. In such a case, the court may require the Administrative Committee to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrative Committee. If you have a claim for benefits that is denied or ignored, in whole or in part, you may file a suit in a state or Federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in a Federal court. If it should happen that the Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file a suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

### D. Assistance With Your Questions

If you have any questions about the Plan, you should contact the Administrative Committee at (913) 696-6100 or Fidelity at (800) 835-5098. If you have any questions about this statement or your rights under ERISA, you should contact the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

## XVII. EMPLOYMENT RIGHTS NOT IMPLIED

YRC Regional Plan SPD.DOC

YRCW-000529

Participation in the Plan does not give you the right to be retained in our employ, nor does it give you a right or claim to any benefit you have not accrued under the terms of the Plan.

## XVIII. FACILITY OF PAYMENT

If the Administrative Committee determines that a person entitled to a benefit is legally disabled, a minor or incompetent, and therefore unable to manage his or her own financial affairs, the Administrative Committee may direct payments to that person's guardian, conservator, spouse or anyone who is responsible for that person's care.

## XIX.  SECTION 16 CONSIDERATIONS FOR DIRECTORS AND OFFICERS

Directors and officers of YRC should be aware that, under certain circumstances, transactions under the Plan involving the YRC Stock Fund could result in liability to YRC for any profits realized under Section 16(b) of the Securities Exchange Act of 1934 (the "Exchange Act").  In particular, an officer's or director's election (1) to take a withdrawal funded in whole or in part by a reduction of his or her interest in the YRC Stock Fund, or (2) to reallocate Contributions previously invested under the Plan into or out of the YRC Stock Fund, may be deemed to be a discretionary transaction under the rules of the Securities and Exchange Commission (the "SEC").  Any discretionary transaction under the Plan that occurs within six months of a prior discretionary transaction under the Plan or any other YRC employee benefit plan constituting an opposite way transaction, would not be exempt from Section 16(b) liability.  The rules in this area are complicated.  Directors and executive officers are encouraged to consult with the General Counsel of YRC, before effecting transactions in Company Stock.  You may contact the General Counsel by writing to 10990 Roe Avenue, Overland Park, KS  66211.  Telephone inquires may be directed to (913) 696-6100.

## XX.  ASSIGNMENT OF BENEFITS

As required by federal tax law, the Plan provides that your Accounts may not be voluntarily or involuntarily assigned, or subject to any of your obligations or liabilities prior to distribution, except that the IRS may levy against your Account balances for federal taxes that you owe and have failed to pay and for payments under a qualified domestic relations court order ("QDRO").  Generally a QDRO is a domestic relations court order assigning some or all of a your Accounts to a spouse, former spouse, child or other dependent to satisfy your family support or marital property obligations.  You can obtain a copy of the Plan's QDRO procedures at no charge to you upon written request to the Administrative Committee.

## XXI.  LOSS OF BENEFITS

There are ways in which your benefits under the Plan may be lost or delayed.  For example:

- If any of the investment options in which your Accounts are invested experience a loss; or

- If an Employer is unable to locate you or your Beneficiary at the time you of your Beneficiary are entitled to receive a distribution of your Accounts.

27

YRCW-000530

## XXII. AMENDMENT AND TERMINATION OF THE PLAN

Although YRC expects the Plan to be permanent, YRC reserves the right to amend or terminate the Plan, in whole or in part, at any time, by action of its Board of Directors (or the Compensation Committee of its Board of Directors); provided that no such amendment or termination shall authorize or permit any part of the Trust Fund (other than such part as is required to pay taxes and administration expenses) to be used for or diverted to purposes other than for the exclusive benefit of Plan Participants and Beneficiaries. No amendment shall cause any reduction in the amount credited to the Accounts of any Participant or cause or permit any portion of the Trust Fund to revert to or become the property of YRC, the Company or any of the Employers.

A complete discontinuance of an Employer's contributions to the Plan shall be deemed to constitute a termination of the Plan as to that Employer. An Employer may also terminate its participation in the Plan by resolution of its Board of Directors.

Benefits under certain types of retirement plans are insured to a certain extent by the Pension Benefit Guaranty Corporation, a federal agency, in the event a plan terminates. However, this insurance is not applicable to a profit sharing plan, such as the Plan.

## XXIII. MERGER OR CONSOLIDATION

The Plan and Trust may be merged or consolidated with, or its assets and/or liabilities may be transferred to, any other plan and trust, only if the benefits which could be received by you, in the event of a termination of the Plan immediately after such transfer, merger, or consolidation, are at least equal to the benefits you would have received if the Plan had terminated immediately before the transfer, merger or consolidation.

## XXIV. LIMITS ON CONTRIBUTIONS TO YOUR ACCOUNT

Federal tax law imposes the following limits on the amount of Contributions that may be made by you or on your behalf to the Plan during a Plan Year.

### A. Annual Salary Reduction Contributions

Federal tax law limits the amount of Salary Reduction Contributions (excluding Catch-Up Contributions) that you may make to the Plan each year. For 2007, the limit is $15,500, and it may be adjusted after 2007 for cost-of-living increases. The dollar limit is reduced by the amount of any other pre-tax contributions you made under any other qualified retirement plan, whether or not maintained by the Employers. The Administrative Committee will monitor your Salary Reduction Contributions throughout the Plan Year and may, as necessary, reduce your Salary Reduction Contributions if the annual dollar limit will be exceeded.

If the Administrative Committee determines that your Salary Reduction Contributions have exceeded the dollar limit for a Plan Year, the excess amount, and any income allocable to the excess amount, will be withdrawn from your Salary Reduction Contribution Account and distributed to you no later than April 15 following the Plan Year for which the excess Salary Reduction Contributions were made. In addition, any Matching Contributions attributable to

28

YRCW-000531

your excess Salary Reduction Contributions, including income allocable to the Matching Contributions, will be forfeited and used to reduce future Matching Contributions. The return of your excess Salary Reduction Contributions (and income thereon), and the forfeiture of your Matching Contributions (and income thereon), will be accomplished by a proportionate reduction in the Investment Funds in which your Salary Reduction Contribution Account and Matching Contribution Account are invested.

If you are at least age 50 at any time during a Plan Year and you contribute the maximum amount of Salary Reduction Contributions permitted under the Plan during that Plan Year, you are entitled to make additional Pre-Tax Contributions in the form of Catch-Up Contributions during that Plan Year up to $5,000 for 2007. This limit may be adjusted after 2007 for cost-of-living increases.

### B.  Limits on Benefits Compensation

Federal tax law also limits the annual amount of Benefits Compensation upon which Contributions (other than Rollover Contributions) to the Plan are based. For 2007, the limit on Benefits Compensation is $225,000. The annual dollar limitation may be adjusted after 2007 for cost-of-living increases.

### C.  Limits on Annual Contributions to the Plan

Federal tax law also limits the total amount of contributions (other than Rollover Contributions or Catch-up Contributions) that may be made on your behalf each year to all qualified defined contribution plans maintained by the Employers and Affiliates. For 2007, this limit is equal to the lesser of $45,000 or 100% of your Benefits Compensation (subject to the $225,000 annual compensation limit described in Section XXIV.C above) during the year. The $45,000 limit may be adjusted after 2007 for cost-of-living increases. You will be notified if Contributions to the Plan made by your or on your behalf will be limited by this rule.

### D.  Other Limits

The Administrative Committee has the right to refund amounts you have designated as Salary Reduction Contributions or After-Tax Contributions, and forfeit Matching Contributions attributable to refunded Salary Reduction Contributions (and earnings on any refunded or forfeited Contributions), as necessary to comply with certain rules that prevent the Plan from discriminating in favor of Highly Compensated Employees.

Other federal tax laws (which could require additional Employer Contributions to the Plan) apply if the value of benefits payable to certain "key employees" exceeds a certain percentage of the total benefits payable under the Employer's qualified retirement plans. In the unlikely event that these rules ever apply, you will be notified.

## XXV.  FEDERAL TAX CONSEQUENCES OF PLAN PARTICIPATION

All distributions (including withdrawals) from the Plan (other than distributions of After-Tax Contributions) are taxable. How a distribution is taxed depends on when and why it is made.

### A.  Contributions to the Plan

29

YRC Regional Plan SPD.DOC

Under federal income tax laws, your Salary Reduction Contributions (including Catch-Up Contributions) and Rollover Contributions to the Plan are not includible in your income for federal income tax purposes at the time they are contributed. Similarly, any Employer Contributions credited to your Accounts under the Plan are not included in your income for federal income tax purposes at the time they are made or credited.

### B.  Limitation on Contributions

Federal tax law limits the annual amount of Contributions to your Accounts as described in Section XXIV above.

### C.  General Distribution Rules

A distribution you receive from the Plan is subject to tax as ordinary income in the year of receipt and, as described below, may be subject to an additional 10% penalty tax. However, to the extent that your distribution consists of After-Tax Contributions, that portion of your distribution is not included in your income and is not subject to tax. In addition, if all or a portion of your distribution qualifies as an "eligible rollover distribution," you may defer current taxes on all or a part of the taxable portion of the distribution by rolling it over to a traditional IRA or to another employer's plan, as described below. You also may roll over all or a portion of any After-Tax Contributions distributed from the Plan that qualify as an "eligible rollover distribution," as described below. A distribution that qualifies as a "lump sum distribution" is subject to special tax rules, as described below.

### D.  Eligible Rollover Distributions

Certain distributions from the Plan may be "eligible rollover distributions," which means that they can be rolled over to a traditional IRA or an "eligible employer plan." A rollover is a payment by you or the Administrative Committee of all or part of your Accounts to a traditional IRA or another eligible employer plan that allows you to continue to postpone taxation of that distribution until it is paid to you. A traditional IRA does not include a Roth IRA, a Simple IRA or a Coverdell Education Savings Account (formerly known as an education IRA), and thus, you cannot roll over any portion of your distribution to one of these types of IRA. An "eligible employer plan" includes a plan qualified under Section 401(a) of the Code, including a 401(k) plan, a profit-sharing plan, a defined benefit plan, a stock bonus plan, or a money purchase plan; a Section 403(a) annuity plan; a Section 403(b) tax-sheltered annuity; and an eligible Section 457(b) plan maintained by a governmental employer (a "governmental 457 plan") that accepts rollovers. The Administrative Committee should be able to tell you what portion of your distribution from the Plan is an "eligible rollover distribution."

An eligible employer plan is not legally required to accept a rollover, so if you decide to roll over your distribution to another eligible employer plan, you should find out whether the plan accepts rollovers, and, if so, what types of distributions may be rolled over into the eligible employer plan. You should also find out about any documents you may be required to complete before the receiving plan will accept a rollover. Even if a plan accepts rollovers, it might not accept certain types of distributions, such as after-tax amounts. If this is the case, and your distribution includes After-Tax Contributions, you may wish to roll your distribution over into a

30

YRCW-000533

traditional IRA or split your rollover amount between the eligible employer plan in which you will participate and a traditional IRA.  You should also be aware that if an eligible employer plan accepts your rollover, the plan may restrict subsequent distributions of the rollover amount or may require your spouse's consent for any subsequent distribution.  A subsequent distribution from the plan that accepts your rollover may also be subject to different tax treatment than distributions from this Plan.  Check with the administrator of the eligible employer plan that is to receive your rollover prior to making the rollover.

### 1.  Distributions That Can and Cannot Be Rolled Over

Except as provided in (b) below, your distribution from the Plan, including any distribution of your After-Tax Contributions, is an eligible rollover distribution.  Special rules apply to rollovers of After-Tax Contributions.  These rules are described in (a) below.

(a) **After-Tax Contributions.**  Except as provided in (b) below, a distribution of your After-Tax Contributions may be rolled over to a traditional IRA or certain eligible employer plans that accept rollovers of After-Tax Contributions.  The following rules apply to rollovers of After-Tax Contributions:

(i) **Rollover of After-Tax Contributions into a Traditional IRA** – You can roll over your After-Tax Contributions distributed from the Plan to a traditional IRA either directly or indirectly.  The Administrative Committee should be able to tell you how much of your distribution is the taxable portion and how much is the after-tax portion.  If you roll over After-Tax Contributions to a traditional IRA, it is your responsibility to keep track of, and report to the IRS on the applicable forms, the amount of these After-Tax Contributions.  This will enable the nontaxable amount of any future distributions from the traditional IRA to be determined.  Once you roll over your After-Tax Contributions to a traditional IRA, those amounts CANNOT later be rolled over to an eligible employer plan.

(ii) **Rollover of After-Tax Contributions into an Eligible Employer Plan** – You can roll over After-Tax Contributions distributed from the Plan to an eligible employer plan that is a Section 401(a) qualified plan, a Section 403(a) annuity plan, or a Section 403(b) tax sheltered annuity using a direct rollover if the eligible employer plan provides separate accounting for amounts rolled over, including separate accounting for the After-Tax Contributions and earnings on those contributions.  You CANNOT roll over After-Tax Contributions distributed from the Plan to a governmental 457 plan.

If you want to roll over your After-Tax Contributions to an eligible employer plan that accepts these rollovers, you cannot have the After-Tax Contributions paid to you first.  You must instruct the Administrative Committee to make a direct rollover on your behalf.  Also, you cannot first roll over After-Tax Contributions to a traditional IRA and then roll over that amount into an eligible employer plan.

### (b) Distributions that Cannot Be Rolled Over.

The following types of distributions from the Plan cannot be rolled over:

31

YRC Regional Plan SPD.DOC

(i) **Distributions Spread over Long Periods** – You cannot roll over a distribution if it is part of a series of equal (or almost equal) distributions that are made at least once a year and that will last for the following periods:

- your lifetime (or a period measured by your life expectancy), or

- your lifetime and your Beneficiary's lifetime (or a period measured by your joint life expectancies), or

- a period of ten years or more.

(ii) **Required Minimum Distributions** – Beginning when you retire or reach age 70½, whichever is later, a certain portion of your distribution cannot be rolled over because it is a "required minimum distribution" that must be paid to you. Special rules apply if you own 5% or more of any Employer.

(iii) **Hardship Distributions** – A distribution made on account of financial hardship cannot be rolled over.

(iv) **Corrective Distributions** – A distribution that is made to correct a failed nondiscrimination test or because legal limits on certain contributions were exceeded cannot be rolled over.

(v) **Loans Treated as Distributions** – The amount of a Plan loan that becomes a taxable deemed distribution because of default cannot be rolled over. However, a loan-offset amount is eligible for rollover, as discussed below. Ask the Administrative Committee if distribution of your loan qualifies for rollover treatment.

The Administrative Committee should be able to tell you if your distribution from the Plan includes amounts which cannot be rolled over.

## 2. Direct Rollovers

A direct rollover is a direct payment of the amount of your Plan distribution to a traditional IRA or an eligible employer plan that will accept it. You can choose a direct rollover of all or any portion of your distribution that is an eligible rollover distribution, as described in Section XXV.D.1 above. You are not taxed on any taxable portion of your distribution for which you choose a direct rollover until you later take it out of the traditional IRA or eligible employer plan. In addition, no income tax withholding is required for any taxable portion of your Plan distribution for which you choose a direct rollover. The Plan might not let you choose a direct rollover if your distributions for the year are less than $200.

(a) **Direct Rollover to an IRA.** You can open a traditional IRA to receive your direct rollover. If you choose to have your distribution made directly to a traditional IRA, contact an IRA sponsor (usually a financial institution) to find out how to have your distribution made in a direct rollover to a traditional IRA at that institution. If you are unsure of how to invest your distribution, you can temporarily establish a traditional IRA to receive your

32

YRCW-000535

distribution. However, in choosing a traditional IRA, you may wish to make sure that the traditional IRA you choose will allow you to move all or a part of your distribution to another traditional IRA at a later date without penalty or other limitations. See IRS Publication 590, "Individual Retirement Arrangements," for more information on traditional IRAs (including limits on how often you can roll over between IRAs).

**(b) Direct Rollover to an Eligible Employer Plan.** If you go to work for a new employer that has an eligible employer plan, and you want to make a direct rollover to that plan, ask the plan administrator of that plan whether it will accept your rollover. An eligible employer plan is not legally required to accept rollovers. If your new employer's plan does not accept rollovers, you can choose a direct rollover to a traditional IRA. If the eligible employer plan accepts your rollover, the plan may provide restrictions on the circumstances under which you may later receive a distribution of the rollover amount or may require spousal consent to any subsequent distribution. Check with the plan administrator of that plan before making your decision.

**(c) Direct Rollover of a Series of Payments.** If you receive a distribution that can be rolled over to a traditional IRA or an eligible employer plan that will accept it, and it is paid in a series of payments for less than 10 years, your choice to make or not make a direct rollover for one payment will apply to all later payments in the series until you change your election. You are free to change your election for any later payment in the series.

**(d) Change in Tax Treatment Resulting from a Direct Rollover.** The tax treatment of any distribution from the traditional IRA or eligible employer plan receiving your direct rollover might be different than if you received your benefit in a taxable distribution directly from the Plan. For example, if you were born before January 1, 1936, you might be entitled to ten-year averaging or capital gain treatment, as explained in Section XXV.D.3(d) below. However, if you have your distribution rolled over to a Section 403(b) tax-sheltered annuity, a governmental 457 plan, or a traditional IRA in a direct rollover, your distribution will no longer be eligible for that special treatment. See Section XXV.D.3(d) below, "Special Tax Treatment if You Were Born Before January 1, 1936."

### 3.  Rollover of Distributions Made to You

If you choose to have an eligible rollover distribution from the Plan paid to you in cash, the taxable portion of the distribution is subject to 20% federal income tax withholding (state tax withholding may also apply). The distribution is taxed in the year you receive it unless, within 60 days, you roll it over to a traditional IRA or an eligible employer plan that accepts rollovers. If you do not roll it over, special tax rules may apply.

#### (a) Income Tax Withholding

(i)      **Mandatory Withholding** - If any portion of your distribution is an eligible rollover distribution and you do not elect to make a direct rollover, the Plan is required by law to withhold 20% of the taxable amount of the eligible rollover distribution. This amount is sent to the IRS as federal income tax withholding. For example, if you receive a taxable eligible rollover distribution of $10,000, only $8,000 will be distributed to you because the Plan

33

YRCW-000536

must withhold $2,000 as income tax.  However, when you prepare your income tax return for the year, unless you make a rollover within 60 days (see "*60-Day Rollover Option*" below), you must report the full $10,000 as a taxable distribution from the Plan.  You also must report the $2,000 as tax withheld, and it will be credited against any income tax you owe for the year.  There will be no income tax withholding if your distributions for the year are less than $200.

        **(ii)**    **Voluntary Withholding** – If any portion of your distribution is taxable, but is not an eligible rollover distribution, the mandatory withholding rules described above do not apply to that portion.  In this case, you may elect not to have voluntary withholding apply to that portion.  If you do nothing, 10% will be taken out of this portion of your distribution for federal income tax withholding.  To elect out of withholding, ask the Administrative Committee for the election form and related information.

        **(b) 60-Day Rollover Option.**  If you have an eligible rollover distribution paid to you, you can still decide to roll over all or part of it to a traditional IRA or an eligible employer plan that accepts rollovers.  If you decide to roll over your distribution, you must contribute the amount of the distribution you received to a traditional IRA or eligible employer plan within 60 days after you receive the distribution.  The taxable portion of the distribution that is rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

You can roll over up to 100% of your eligible rollover distribution, including an amount equal to the 20% of the taxable portion that was withheld.  If you choose to roll over 100%, you must find other money within the 60-day period to contribute to the traditional IRA or the eligible employer plan to replace the 20% that was withheld.  On the other hand, if you roll over only the 80% of the taxable portion that you received, you will be taxed on the 20% that was withheld.

        Example: The taxable portion of your eligible rollover distribution is $10,000, and you choose to have it paid to you.  You will receive $8,000, and $2,000 will be sent to the IRS as federal income tax withholding.  Within 60 days after receiving the $8,000, you may roll over the entire $10,000, to a traditional IRA or an eligible employer plan.  To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (your savings, a loan, etc.)  In this case, the entire $10,000 is not taxed until you take it out of the traditional IRA or the eligible employer plan.  If you roll over the entire $10,000, when you file your income tax return you may get a refund of all or part of the $2,000 withheld.

        If, on the other hand, you roll over only the $8,000, the $2,000 you did not roll over is taxed as income to you in the year it was withheld, and you will have a $2,000 credit for the federal income tax withheld and submitted to the IRS.  When you file your income tax return you may get a refund of part of the $2,000 withheld.  (However, any refund is likely to be larger if you roll over the entire $10,000.)

34

YRCW-000537

**(c) Additional 10% Tax If You Are under Age 59½.** If you receive a distribution before you reach age 59½ and you do not roll it over, then, in addition to the regular income tax, you may have to pay an extra tax equal to 10% of the taxable portion of the distribution. The additional 10% tax generally does not apply to (1) distributions that are paid after you separate from service with your employer during or after the year you reach age 55, (2) distributions that are paid because you retire due to Disability, (3) distributions that are paid as equal (or almost equal) payments over your life or life expectancy (or your and your Beneficiary's lives or life expectancies), (4) distributions that are paid directly to the government to satisfy a federal tax levy, (5) distributions that are paid to an alternate payee under a qualified domestic relations order, or (6) distributions that do not exceed the amount of your deductible medical expenses. See IRS Form 5329 for more information on the additional 10% tax.

**(d) Special Tax Treatment if You Were Born Before January 1, 1936.** If you receive an eligible rollover distribution from the Plan and you do not roll it over to a traditional IRA or an eligible employer plan, the taxable portion of the distribution will be taxed in the year you receive it. However, if the distribution qualifies as a "lump sum distribution," it may be eligible for special tax treatment. A lump sum distribution is a distribution, within one year, of your entire Account balances under the Plan (and certain other similar plans of the Employers) that is payable to you after you have reached age 59½ or because you have separated from service with the Employers. For a distribution from the Plan to be treated as a lump sum distribution, you must have been a Participant for at least five years before the year in which you received the distribution. The special tax treatment for lump sum distributions that may be available to you is described below.

**(i) <u>Ten-Year Averaging</u>**. If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to figure the tax on the distribution by using ten-year averaging (using 1986 tax rates). Ten-year averaging often reduces the tax you owe.

**(ii) <u>Capital Gain Treatment</u>**. If you receive a lump sum distribution and you were born before January 1, 1936 and you were a Participant before 1974, you may elect to have the part of your distribution that is attributable to your pre-1974 participation in the Plan taxed as long-term capital gain at a rate of 20%.

There are other limits on the special tax treatment for lump sum distributions. For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year. You may not elect this special tax treatment if you rolled over amounts into the Plan from a Section 403(b) tax-sheltered annuity contract or from an IRA not originally attributable to a qualified employer plan. If you have previously rolled over a distribution from the Plan (or certain other similar plans of the Employers), you cannot use this special tax treatment for later distributions from the Plan. If you roll over your distribution to a traditional IRA, a governmental 457 plan, or a 403(b) tax-sheltered annuity, you will not be able to use this special tax treatment for later distributions from the traditional IRA, plan or annuity. Also, if you roll over only a portion of your distribution to a traditional IRA, a governmental 457 plan, or a Section 403(b) tax-sheltered annuity, this special tax treatment is not available for the rest of the distribution. See IRS Form

YRC Regional Plan SPD.DOC

YRCW-000538

4972 for additional information on lump sum distributions and how you elect this special tax treatment.

      **(e) Repayment of Plan Loans.** If your employment ends and you have an outstanding loan from the Plan, your balance in the Plan may be reduced (or "offset") by the amount of the loan you have not repaid. The amount of your loan offset is treated as a distribution to you at the time of the offset and will be taxed unless you roll over an amount equal to the amount of your loan offset to another qualified employer plan or traditional IRA within 60 days of the date of the offset. If the amount of your loan offset is the only amount you receive or are treated as having received, no amount will be withheld from it. If you receive other payments of cash or property from the Plan, the mandatory 20% withholding amount will be based on the entire amount paid to you, including the amount of the loan offset. The amount withheld will be limited to the amount of other cash or property paid to you. The amount of a defaulted Plan loan that is a taxable deemed distribution cannot be rolled over.

### 4. Surviving Spouses, Alternate Payees, and Other Beneficiaries

In general, the rules summarized above that apply to distributions to employees also apply to distributions to surviving spouses of employees and to spouses or former spouses who are "alternate payees." You are an alternate payee if your interest in the Plan results from a "qualified domestic relations order," which is an order issued by a court, usually in connection with a divorce or legal separation.

If you are a surviving spouse or an alternate payee, you may choose to have an eligible rollover distribution paid in a direct rollover to a traditional IRA or an eligible employer plan or paid to you. If you have the distribution paid to you, you can keep it or roll it over yourself to a traditional IRA or an eligible employer plan that accepts rollovers. Thus, you have the same choices as the employee.

If you are a designated Beneficiary other than a surviving spouse or an alternate payee, you cannot roll over the distribution yourself nor can you choose a direct rollover to an eligible retirement plan. However, to the extent the distribution satisfies the requirements for an eligible rollover distribution (except for the fact that it is payable to a nonspouse Beneficiary), and you choose a direct trustee-to-trustee transfer of the distribution to an IRA established to receive the distribution on your behalf as a designated Beneficiary:

- The distribution will not be includable in your gross income in the year of the distribution;

- The IRA will be treated as an inherited IRA; and

- The rolled over distribution cannot be again rolled over.

Generally, the Plan provisions for determining when you, as a nonspouse Beneficiary, are required to start receiving distributions from the Plan apply to the timing of distributions to you from the IRA.

YRC Regional Plan SPD.DOC

YRCW-000539

If you are a surviving spouse, an alternate payee or another Beneficiary, your distribution is generally not subject to the additional 10% tax described in Section XXVI.D.3(c) above, even if you are younger than age 59½.

If you are a surviving spouse, an alternate payee, or another Beneficiary, you may be able to use the special tax treatment for lump sum distributions as described in Sections XXVI.D.3(d) above. If you receive a distribution because of the employee's death, you may be able to treat the distribution as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had 5 years of participation in the Plan.

### 5. Federal Estate Taxes

The balances in your Accounts must be included in your gross estate for federal estate tax purposes upon your death. If the distributee is your spouse, to the extent of the amount included in the Participant's gross estate, an unlimited marital deduction may be available.

### 6. Tax Consequences to the Employers

The Employer is entitled to a federal income tax deduction with respect to amounts it contributes to the Plan.

### 7. Employees Should Consult Their Tax Advisor

This discussion of federal tax consequences is only a summary, does not purport to be complete and, among other things, does not cover state and local tax treatment of participation in the Plan. In addition, the rules regarding taxation of distributions and withdrawals are complicated, change periodically and contain many conditions and exceptions that are not included in this discussion. Differences in Participants' financial situations may cause federal, state and local tax consequences of participation in the Plan to vary. Therefore, you should consult your own accountant, legal counsel or other financial advisor regarding the tax consequences of participation in the Plan.

## XXVI. U.S. TREASURY CIRCULAR 230 NOTICE

Any federal tax advice contained in this SPD/Prospectus (including any appendix) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax penalties. All discussion of federal taxes herein was written to support the promotion or marketing of the transactions or matters addressed in this SPD/Prospectus. Prospective investors should seek advice based on their particular circumstances from an independent tax advisor.

## XXVII.    ADDITIONAL INFORMATION

The name of the Plan is:

YRC Regional Transportation, Inc. 401(k) Retirement Plan

The type of Plan is:

A defined contribution Plan subject to the participation, vesting, funding and fiduciary provisions of ERISA.

YRCW-000540

The Plan Year is:

> January 1 - December 31.

The Plan number is:

> 007

The name, address and telephone number of the Plan Sponsor is:

> YRC Worldwide Inc.
> 10990 Roe Avenue
> Overland Park, KS 66211
> 1-913-696-6100

The Employer Identification Number of the Plan Sponsor is:

> 48-0948788

The name, address and telephone number of the Administrative Committee is:

> Administrative Committee
> YRC Regional Transportation, Inc. 401(k) Retirement Plan
> 10990 Roe Avenue
> Overland Park, KS 66211
> 1-913-696-6100

The name, address and telephone number of the Plan Trustee and Agent for Service of Legal Process is:

> Fidelity Management Trust Company ,
> 82 Devonshire Boulevard
> Boston, Massachusetts  02109-3614
> (617) 563-5700

Service of legal process may also be made on the Plan Administrator.

## XXVIII.      PERIODIC REPORTS TO STOCKHOLDERS

YRC furnishes stockholders with annual reports containing audited financial statements and with quarterly reports containing unaudited financial statements for each quarter of each fiscal year. Copies of these documents, and any other communications sent to YRC's stockholders generally, will also be furnished to all Participants.

## XXIX. CERTAIN OTHER INFORMATION

YRC Regional Plan SPD.DOC

YRCW-000541

YRC has filed with the SEC a Registration Statement on Form S-8 under the Securities Act with respect to the interests in the Plan and the YRC Stock offered hereunder.  The number of shares of YRC Stock offered hereunder will be adjusted to reflect stock splits, stock dividends or similar transactions.  This SPD/Prospectus does not contain all the information set forth in the Registration Statement, certain portions of which have been omitted pursuant to the rules and regulations of the SEC.

The following documents filed by YRC or the Plan with the SEC under the Exchange Act are incorporated by reference in the Plan's Registration Statement and are incorporated in this SPD/Prospectus by reference:

(a)     YRC's Annual Report on Form 10-K, as amended, for the year ended December 31, 2005.

(b)     YRC's Quarterly Reports on Form 10-Q, for the quarterly periods ended March 31, 2006, June 20, 2006 and September 30, 2006.

(c)     Current reports on Form 8-K filed on January 3, 2006, January 26, 2006, March 10, 2006, March 2, 2006, May 17, 2006, May 22, 2006, July 25, 2006 October 31, 2006 and December 19, 2006.

(d)     The description of the Company's common stock, $1.00 par value per share, contained in YRC's Registration Statement on Form 10 filed pursuant to Section 12 of the Securities Exchange Act of 1934, as amended, and any amendment or report filed for the purpose of updating such description.

YRC will provide without charge to any person, including a beneficial owner, to whom this SPD/Prospectus is delivered, upon written or oral request, a copy of any and all documents incorporated in this Prospectus by reference (other than certain exhibits to such documents), YRC's most recent annual report to stockholders and the Plan's most recent annual report filed pursuant to Section 15(d) of the Exchange Act.  Written requests should be directed to the Investor Relations Department of YRC.  Telephone requests may be directed to (913) 696-6100.

In addition, YRC's most recent annual report is available via the Internet at www.YRC.com.

All documents filed by YRC and the Plan after the date of this Prospectus pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Exchange Act, prior to the filing of a post-effective amendment which indicates that all securities offered hereby have been sold or which deregisters such securities then remaining unsold, will be deemed to be incorporated in this SPD/Prospectus by reference and to be a part of this SPD/Prospectus from the date of filing such documents. Any statement contained in a document incorporated or deemed to be incorporated by reference in this Prospectus will be deemed to be modified or superseded for purposes of this SPD/Prospectus to the extent that a statement contained in this SPD/Prospectus or in any other subsequently filed document which also is or is deemed to be incorporated by reference in this SPD/Prospectus modifies or supersedes such statement.  Any such statement so modified or superseded will not be deemed, except as so modified or superseded, to constitute a part of this SPD/Prospectus.

39

YRCW-000542

This SPD/Prospectus does not constitute an offer to sell, or a solicitation of an offer to buy, any of the securities offered hereby in any jurisdiction to any person to whom it is unlawful to make such offer in such jurisdiction.  No person has been authorized to give any information or to make any representation, other than as contained in this SPD/Prospectus, in connection with the offer contained in this SPD/Prospectus, and, if given or made, such information or representation must not be relied upon as having been authorized.  Neither delivery of this SPD/Prospectus nor any sale made pursuant hereto will, under any circumstances, create any implication that there has been no change in the information set forth herein.

This SPD/Prospectus will not be available for reoffers or resales of YRC Stock acquired by affiliates of YRC upon distribution of such YRC Stock held in their Accounts under the Plan.  An "affiliate" is generally defined as a person that directly, or indirectly, through one or more intermediaries, controls, or is controlled by, or is under common control with, YRC.  Such affiliates may reoffer or resell such YRC Stock only pursuant to a separate prospectus filed in accordance with the applicable rules and regulations of the SEC or pursuant to appropriate exemptions from the registration requirements of the Securities Act of 1933, as amended ("Securities Act").

You should retain this SPD/Prospectus for future reference.

YRC Regional Plan SPD.DOC

YRCW-000543

## APPENDIX A

## INVESTMENT FUNDS

THIS DOCUMENT CONSTITUTES PART OF A PROSPECTUS
COVERING SECURITIES THAT HAVE BEEN REGISTERED
UNDER THE SECURITIES ACT OF 1933.

YRC REGIONAL TRANSPORTATION, INC.
401(K) RETIREMENT PLAN

Prospectus dated March 1, 2007
Appendix dated March 1, 2007

This Appendix provides certain current information regarding the Plan identified above, which is fully described in the Prospectus to which this Appendix relates, and the Investment Funds in which participants may invest pursuant to the Plan. Capitalized terms in this Appendix have the same meaning assigned to them in the Prospectus.

More detailed information about each of the Discretionary Investment Funds described below is contained in each Discretionary Investment Fund's prospectus and annual report. You may obtain a copy of the most recent prospectuses and annual reports for the Discretionary Investment Funds by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. You should read these materials carefully before making a decision to invest in a particular Discretionary Investment Fund.

**Investment Funds**

The following Investment Funds are offered under the Plan. The Investment Funds are listed in fund categories (as designated by the headings in bold type), and the fund categories are listed in order of categories that have potentially more inflation risk and less investment risk to categories that have potentially less inflation risk and more investment risk. For example, the Money Market category has potentially the most inflation risk and the least investment risk, while the YRC Stock Fund category has potentially the least inflation risk and the most investment risk. Within each fund category, the listed Investment Funds are of similar risk.

### Money Market

Fidelity Managed Income Portfolio II (Class 2)

### Bond Intermediate-Term

PIMCO Total Return Fund (Institutional Class)

### Bond High Yield

PIMCO High Yield Fund (Administrative Class)

1

**Domestic Equities – Large Cap**

Large Cap Value Equity

American Beacon Large Cap Value Fund (PlanAhead Class)

Large Cap Core/Blend Equity

Spartan® U.S. Equity Index Fund (Investor Class)

Large Cap Growth Equity

American Funds® Growth Fund of America® (Class R5)
Fidelity Contrafund®

**Domestic Equities – Mid Cap (Value)**

Artisan Mid Cap Value Fund (Investor Class)

**Domestic Equities – Small Cap**

Small Cap Value Equity

Wells Fargo Advantage Small Company Value Fund (Administrator Class)

Small Cap Blend Equity

Neuberger Berman Genesis Fund® (Trust Class)
Fidelity Low Priced Stock Fund[1]

Small Cap Growth Equity

Baron Small Cap Fund

**International Equities**

American Funds® Euro Pacific Growth® Fund (Class A)
Fidelity Diversified International Fund

**Investment Fund Primarily Holding Employer Securities**

YRC Stock Fund

**Fidelity Freedom Investment Funds**

In addition, the following Fidelity Freedom asset allocation mutual funds are offered as Investment Funds under the Plan. Generally, the assets in an asset allocation mutual fund are selected based on the fund's target date. The Fidelity Freedom Funds are listed in order of funds that have potentially more inflation risk and less investment risk to funds that have potentially less inflation risk and more investment risk.

Fidelity Freedom Income Fund®
Fidelity Freedom 2000 Fund®
Fidelity Freedom 2005 Fund®

---

[1] The Fidelity Low Priced Stock Fund is closed to new investments. This means that you may transfer amounts out of this Fund to other Discretionary Investment Funds, as described in Section IV.B of the SPD/Prospectus, but you may not transfer any amounts into this Fund.

2

YRCW-000545

Fidelity Freedom 2010 Fund®
Fidelity Freedom 2015 Fund®
Fidelity Freedom 2020 Fund®
Fidelity Freedom 2025 Fund®
Fidelity Freedom 2030 Fund®
Fidelity Freedom 2035 Fund®
Fidelity Freedom 2040 Fund®
Fidelity Freedom 2045 Fund<sup>SM</sup>
Fidelity Freedom 2050 Fund<sup>SM</sup>

All of the Investment Funds, other than the YRC Stock Fund, are mutual funds. A mutual fund pools the money of various investors (individuals, savings plans, pension plans, etc.). Professional managers use this money to buy investments for the mutual fund's portfolio according to the fund's specific objectives.

**Unlike bank deposits, investments in mutual funds and other investments are not insured by the Federal Deposit Insurance Corporation or otherwise protected by the U.S. government, and they are not bank deposits or other obligations of, or guaranteed by, YRC, Fidelity or the Trustee. All mutual funds and other investments are subject to investment risks, including possible loss of the principal amount invested.**

Each Discretionary Investment Fund in which you may choose to invest and the YRC Stock Fund are described briefly below. You should carefully read the Prospectus, as supplemented by this Appendix, and the prospectuses for the Discretionary Investment Funds prior to determining the Discretionary Investment Funds in which you will invest future Contributions and amounts already in your Account (to the extent you are able to direct the investment of such amounts). See Section IV of the Prospectus for a description of your right to direct the investment of future Contributions made by you and on your behalf and amounts already in your Accounts.

**Description of Investment Funds:**

**Money Market**

*Fidelity Managed Income Portfolio II (Class 2).* The goal of this mutual fund is to preserve your principal investment while earning interest income. The portfolio will try to maintain a stable $1 unit price. However, the portfolio cannot guarantee this stable unit price, and its yield will fluctuate. This mutual fund invests in investment contracts issued by insurance companies and other financial institutions, and in fixed income securities as further described below. A portion of the portfolio is invested in a money market fund to provide daily liquidity. Investment contracts provide for the payment of a specified rate of interest to the portfolio and for the repayment of principal when the contract matures. Participant withdrawals and exchanges are paid at book value (principal and interest accrued to date) during the term of the contract. Some investment contracts are structured solely as a general debt obligation of the issuer. Other investment contracts ("wrap contracts") are purchased in conjunction with an investment by the portfolio in fixed income securities, which may include U.S. Treasury bonds, corporate bonds, mortgage-backed securities, asset-backed securities, and bond funds. There is

3

YRCW-000546

no immediate recognition of investment gains and losses on the fixed income securities. Instead, the gain or loss is recognized over time by adjusting the interest rate credited to the portfolio under the wrap contract. All investment contracts and fixed income securities purchased for the portfolio must satisfy the credit quality standards of the Trustee. The investment contract and fixed income security commitments are backed solely by the financial resources of the issuer. In addition, investment contract issuers may impose a contract penalty on withdrawals or exchanges from the portfolio caused by an extraordinary corporate event (layoff, sale of a line of business, etc.). Units of the portfolio are not guaranteed by the Trustee, YRC, or insured by the FDIC. You should consult the prospectus for the Fidelity Managed Income Portfolio II (Class 2) before making an investment in this Investment Fund.

### Bond Intermediate-Term

*PIMCO Total Return Fund (Institutional Class)*. The goal of this mutual fund is to provide maximum total return. This mutual fund invests in all types of bonds, including US Government, corporate, mortgage and foreign. The fund maintains an average portfolio duration of three to six years. Investments may include short- and long-term maturity bonds. **There is a short-term trading fee of 2% to fund shares held less than seven days**. Assets are allocated across different market sectors and ranges of maturity. In general, bond prices rise when interest rates fall, and vice versa. This effect is usually more pronounced for longer-term securities. Share price and return will vary. You should consult the prospectus for the PIMCO Total Return Fund (Institutional Class) before making an investment in this Investment Fund.

### Bond High Yield

*PIMCO High Yield Fund (Administrative Class)*. The goal of this mutual fund is to provide a combination of high current income and capital growth. This mutual fund invests primarily in U.S. dollar–denominated bonds of domestic and foreign issuers rated below investment grade, but at least Caa. PIMCO focuses its investments on the relatively higher-quality securities within the "junk bond" ratings. These investments may provide greater potential for higher earnings, but they may also have an increased risk of failure to repay principal or make interest payments. **There is a short-term trading fee of 2% for shares held 30 days or less.** Share price and return will vary. You should consult the prospectus for the PIMCO High Yield Fund (Administrative Class) before making an investment in this Investment Fund.

### Domestic Equities – Large Cap

Large Cap Value Equity

*American Beacon Large Cap Value Fund (PlanAhead Class)*. The goal of this mutual fund is to provide current income and long-term growth of capital. This mutual fund invests primarily in equity securities of US companies that have market capitalizations similar to the market capitalizations of the companies in the Russell 100 Index. These equity securities may include common and preferred stocks, convertible securities, US dollar denominated American Depository Receipts and US dollar denominated foreign stocks trading on US exchanges. Share

4

YRCW-000547

price and return will vary. You should consult the prospectus for the American Beacon Large Cap Value Fund (Plan Ahead Class) before making an investment in this Investment Fund.

### Large Cap Core/Blend Equity

*Spartan® U.S. Equity Index Fund (Investor Class)*. The goal of this mutual fund is to provide investment results that correspond to the total return (*i.e.*, the combination of capital changes and income) performance of common stocks publicly traded in the United States. The fund normally invests at least 80% of its assets in common stocks included in the S&P 500® Index, which broadly represents the performance of common stocks publicly traded in the United States. Share price and return will vary. You should consult the prospectus for the Spartan® U.S. Equity Index Fund (Investor Class) before making an investment in this Investment Fund.

### Large Cap Growth Equity

*American Funds® Growth Fund of America® (Class R5)*. The goal of this mutual fund is to increase the value of your investment over the long term through capital growth. This mutual fund invests in a diversified portfolio consisting primarily of common stocks. The fund may also invest in convertible securities, nonconvertible preferred stocks, and stocks of issuers outside the United States. The fund has the flexibility to invest wherever the best growth opportunities appear to be. Share price and return will vary. You should consult the prospectus for the American Funds® Growth Fund of America® (Class R4) before making an investment in this Investment Fund.

*Fidelity Contrafund®*. The goal of this mutual fund is to provide capital appreciation. This mutual fund invests primarily in common stocks, and may invest in securities of US and foreign issuers whose values the fund's manager believes are not fully recognized by the public. The fund may invest in "growth" and/or "value" stocks. Share price and return will vary. You should consult the prospectus for the Fidelity Contrafund before making an investment in this Investment Fund.

### **Domestic Equities – Mid Cap Value Equity**

*Artisan Mid Cap Value Fund (Investor Class)*. The goal of this mutual fund is to provide maximum long-term capital appreciation. This mutual fund invests in stocks of medium-sized US companies that Artisan believes are undervalued, in solid financial condition and provide a controlled level of risk. The fund purchases a stock at a price that is below Artisan's estimate of the value of the business. The focus is on the individual companies rather than on trends in the economy or securities markets. Investments in medium-sized companies may involve greater risks than those in larger, more well known companies, but may be less than investments in smaller companies. Share price and return will vary. You should consult the prospectus for the Artisan Mid Cap Value Fund before making an investment in this Investment Fund.

### **Domestic Equities – Small Cap Value Equity**

*Wells Fargo Advantage Small Company Value Fund (Administrative Class)*. The goal of the mutual fund is to provide long-term capital appreciation. This fund primarily invests under

5

YRCW-000548

normal circumstances at least 80% of its assets in small capitalization securities, defined as those with market capitalizations equal to or lower than the company with the largest market capitalization in the Russell 2000 Index. The fund will attempt to identify the least expensive small cap stocks across various sectors, looking to identify those securities that appear to be the most undervalued relative to their peer group. Investments in smaller companies may involve greater risks than those in larger, more well known companies. Share price and return will vary. You should consult the prospectus for the Wells Fargo Advantage Small Company Value Fund (Class A) before making an investment in this Investment Fund.

### Domestic Equities – Small Cap Blend Equity

*Neuberger Berman Genesis Fund*® *(Trust Class)*. The goal of this mutual fund is to provide growth of capital. This mutual fund invests mainly in common stocks of small cap companies (those with market capitalizations of up to $1.5 billion at the time of investment), using the value-oriented investment approach. The portfolio looks for growth potential by investing in strong companies with solid performance histories and proven management. The portfolio diversifies among many companies and industries to help reduce risk. Investments in smaller companies may involve greater risk than those in larger, better-known companies. Past performance is no guarantee of future results. Share price and return will vary. You should consult the prospectus for the Neuberger Berman Genesis Fund (Advisor Class)® before making an investment in this Investment Fund.

### Fidelity Low Priced Stock  Fund

The goal of this mutual fund is to provide capital appreciation. This fund primarily invests in low-priced stocks (those priced at or below $35 per share), which can lead to investments in small and medium-sized companies. The fund may potentially invest in stocks not considered low priced, in securities of domestic and foreign issuers and in "growth" or "value" stocks, or both. Investments in smaller companies may involve greater risk than those of larger, more well known companies. **If you sell any of your shares after holding them for less than 90 days, the fund will deduct a short-term trading fee from your account equal to 1.5% of the value of the shares sold**. Share price and return will vary. Effective July 30, 2004, the Fidelity Low-Priced Stock Fund is closed to new investments.

### Domestic Equities – Small Cap Growth Equity

*Baron Small Cap Fund*. The goal of this fund is to provide long-term capital appreciation. This fund primarily invests in common stocks selected for their capital appreciation potential. At least 80% of the fund's total assets are invested in the securities of smaller companies based on the market size of the investment at the time of purchase. A small sized company is defined as having a market value of under $2.5 billion. Investments in smaller companies may involve greater risk than those in larger, better-known companies. Share price and return will vary. You should consult the prospectus for the Baron Small Cap Fund before making an investment in this Investment Fund.

6

YRCW-000549

### International Equities

*American Funds® Euro Pacific Growth® Fund (Class A)*.  The goal of this mutual fund is to increase the value of your investment over the long term through capital growth.  This mutual fund invests primarily in stocks of companies that do most of their business outside the United States.  Normally, at least 80% of the fund's total assets will be invested in securities of companies from Europe or the Pacific Basin.  The fund can invest in many types of companies, ranging from large multinational corporations located in major world markets, to smaller companies located in developing countries.  Securities of companies in developing (or emerging market) countries may be subject to more frequent and greater price changes than securities of companies in more developed countries.  Foreign investments, especially in developing countries, involve greater risk and may offer greater potential returns than U.S. investments.  These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations.  There are additional risks associated with those funds that concentrate their investments in one geographic location.  Share price and return will vary.  You should consult the prospectus for the American Funds® Euro Pacific Growth® Fund (Class A) before making an investment in this Investment Fund.

*Fidelity Diversified International Fund*.  The goal of this mutual fund is to provide capital growth.  This mutual fund normally invests primarily in foreign securities.  The fund normally invests primarily in common stocks.  Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments.  This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation.  **If you sell your shares after holding them for 30 days or less, the fund will deduct a short-term trading fee from your account equal to 1% of the value of the shares sold.**  Share price and return will vary.  You should consult the prospectus for the Fidelity Diversified International Investment Fund before making an investment in this Investment Fund.

### Investment Fund Holding Primarily Employer Securities

*YRC Stock Fund.*  This is a fund that pools your money with that of other participants to purchase shares of YRC Stock and an amount of short-term investments designed to allow buying and selling without the usual trade settlement period for individual stock transactions.  Its goal is to increase the value of your investments over the long term by investing in YRC Stock.

The Trustee will acquire shares of YRC Stock, either in the open market or in privately negotiated transactions with YRC or others, but will not do so at a cost greater than that of acquiring YRC Stock at the then prevailing price in the open market.  YRC Stock purchased from YRC may be from YRC's treasury or from its authorized but unissued shares.  As determined by the Administrative Committee, appropriate adjustments in Account balances will be made in the event of stock splits, combinations, reclassifications, recapitalizations, stock dividends, mergers, consolidations, reorganizations and similar events affecting the YRC Stock.

### Fidelity Freedom Investment Funds

The percentages of investment allocations below represent the anticipated target asset allocation at September 30, 2006.

YRCW-000550

*Fidelity Freedom Income Fund.*® The goal of this mutual fund is to provide high current income and, as a secondary objective, some capital appreciation for those already in retirement. Primarily invests approximately 20% in domestic equity funds, 37% in investment grade fixed income funds, and 3% in high yield fixed income mutual funds. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom Income Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2000 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to have retired around the year 2000. Primarily invests approximately 27% in domestic equity funds, 1% in international equity funds, 3% in high yield fixed-income funds and 37% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2000 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2005 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2005. Primarily invests approximately 40% in domestic equity funds, 9% in international equity income funds, 5% in high yield fixed income funds and 11% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2005 Fund[SM] before making an investment in this Investment Fund.

*Fidelity Freedom 2010 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2010. Primarily invests approximately 40% in domestic equity funds, 10% in international equity funds, 5% in high yield fixed income funds and 10% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2010 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2015 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2015. Primarily invests approximately 47% in domestic equity funds, 12% in international equity funds, funds, 6% in high yield fixed income funds, and 5% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2015 Fund[SM] before making an investment in this Investment Fund.

*Fidelity Freedom 2020 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2020. Primarily invests approximately 55% in domestic equity funds, 14% in international equity funds, and 7% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2020 Fund® before making an investment in this Investment Fund.

YRC Regional Plan SPD.DOC

YRCW-000551

*Fidelity Freedom 2025 Fund.* ® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2025. Primarily invests approximately 58% in domestic equity funds, 14% in international equity funds, and 8% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2025 Fund<sup>SM</sup> before making an investment in this Investment Fund.

*Fidelity Freedom 2030 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2030. Primarily invests approximately 66% in domestic equity funds, 16% in international equity funds, and 8% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2030 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2035 Fund.* ® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2035. Primarily invests approximately 66% in domestic equity funds, 17% in international equity funds, and 8% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2035 Fund<sup>SM</sup> before making an investment in this Investment Fund.

*Fidelity Freedom 2040 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2040. Primarily invests approximately 68% in domestic equity funds, 17% in international equity funds, and 10% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2040 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2045 Fund.*<sup>SM</sup> This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2045. Primarily invests approximately 69% in domestic equity funds, 19% in international equity funds, and 10% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2045 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2050 Fund.*<sup>SM</sup> This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2050. Primarily invests approximately 70% in domestic equity funds, and 20% in international equity funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2050 Fund® before making an investment in this Investment Fund.

## Historical Performance Data

The following chart sets forth the historical performance for each of the Investment Funds available under the Plan:[2]

| Investment Fund | Average Annual Total Returns | | | | | | Inception Date |
|---|---|---|---|---|---|---|---|
| | Year-To-Date Through 12/31/06 | 1 Year Period Ending 12/31/06 | 3 Year Period Ending 12/31/06 | 5 Year Period Ending 12/31/06 | 10 Year Period Ending 12/31/06 | Life of the Fund (LOF) Through 12/31/06 | |
| **Money Market** | | | | | | | |
| Fidelity Managed Income Portfolio II | 4.18% | 4.18% | 3.96% | 4.29% | 5.19% | 5.42% | 4/20/1993 |
| **Bond Intermediate Term** | | | | | | | |
| PIMCO Total Return Fund (Institutional Class) | 3.99% | 3.99% | 4.01% | 5.53% | 6.84% | 8.32% | 5/11/1987 |
| **Bond High Yield** | | | | | | | |
| PIMCO High Yield Fund (Administrative Class) | 9.17% | 9.17% | 7.54% | 8.71% | 6.82% | 8.26% | 1/16/1995 |
| **Domestic Equities – Large Cap** | | | | | | | |
| Large Cap Value Equity American Beacon Large Cap Value Fund (PlanAhead Class) | 19.18% | 19.18% | 15.9% | 12.05% | 9.76% | 11.86% | 7/17/1987 |
| Large Cap Core/Blend Equity Spartan® U.S. Equity Index Fund (Investor Class) | 15.72% | 15.72% | 10.34% | 6.07% | 8.26% | 11.68% | 2/17/1988 |
| Large Cap Growth Equity | | | | | | | |
| American Funds® Growth Fund of America® (Class R5) | 11.24% | 11.24% | 12.66% | n/a | n/a | 10.33% | 5/15/2002 |
| Fidelity Contrafund® | 11.54% | 11.54% | 14.26% | 11.52% | 11.01% | 13.32% | 5/17/1967 |

[2] **Current performance information is available for each Investment Fund at www.401k.com.**

| Investment Fund | Average Annual Total Returns | | | | | | |
|---|---|---|---|---|---|---|---|
| | Year-To-Date Through 12/31/06 | 1 Year Period Ending 12/31/06 | 3 Year Period Ending 12/31/06 | 5 Year Period Ending 12/31/06 | 10 Year Period Ending 12/31/06 | Life of the Fund (LOF) Through 12/31/06 | Inception Date |
| Domestic Equities – Mid Cap Value | | | | | | | |
| Artisan Mid Cap Value Fund (Investor Class) | 14.2% | 14.2% | 18.5% | 16.96% | n/a | 15.91% | 3/28/2001 |
| Domestic Equities - Small Cap Value Equity | | | | | | | |
| Fidelity Low-Priced Stock Fund | 17.76% | 17.76% | 16.08% | 15.63% | 15.34% | 17.47% | 12/27/1989 |
| Wells Fargo Advantage Small Company Value Fund (Administrative Class) | 13.25% | 13.25% | 15.34% | n/a | n/a | 15.59% | 1/31/2002 |
| Domestic Equities – Small Cap Core/Blend Equity | | | | | | | |
| Neuberger Berman Genesis Fund® (Trust Class) | 7.26% | 7.26% | 13.97% | 13.58% | 13.86% | 14.77% | 8/26/1993 |
| Domestic Equities - Small Cap Growth Equity | | | | | | | |
| Baron Small Cap Fund | 11.83% | 11.83% | 13.96% | 13.17% | n/a | 12.19% | 9/30/1997 |
| International Equities | | | | | | | |
| American Funds® Euro Pacific Growth® Fund (Class A) | 21.87% | 21.87% | 20.89% | 15.2% | 11.23% | 14.1% | 4/16/1984 |
| Fidelity Diversified International Fund | 22.52% | 22.52% | 19.78% | 17.27% | 13.16% | 12.46% | 12/21/1991 |
| Investment Fund that Primarily Invest in Employer Securities | | | | | | | |
| YRC Stock Fund[3]* | -15.26% | -15.26% | 1.46% | 11.68% | n/a | 11.82% | 1/2/1997 |

---

[3]  The annual returns on investments in the YRC Stock Fund listed above include dividends (and earnings thereon) paid on YRC Stock held in the YRC Stock Fund, which dividends are then reinvested in the YRC Stock Fund.  The Administrative Committee currently anticipates that dividends paid on YRC Stock held in the YRC Stock Fund will continue to be so reinvested.  Returns for the YRC Stock Fund prior to December 11, 2003, are with respect to Yellow Corporation.

YRC Regional Plan SPD.DOC

YRCW-000554

| Investment Fund | Average Annual Total Returns | | | | | | |
|---|---|---|---|---|---|---|---|
| | Year-To-Date Through 12/31/06 | 1 Year Period Ending 12/31/06 | 3 Year Period Ending 12/31/06 | 5 Year Period Ending 12/31/06 | 10 Year Period Ending 12/31/06 | Life of the Fund (LOF) Through 12/31/06 | Inception Date |
| Fidelity Freedom Investment Funds | | | | | | | |
| Fidelity Freedom Income Fund® | 6.37% | 6.37% | 4.67% | 4.19% | 5.83% | 5.89% | 10/17/1996 |
| Fidelity Freedom 2000 Fund® | 6.76% | 6.76% | 5.08% | 4.47% | 6.78% | 6.88% | 10/17/1996 |
| Fidelity Freedom 2005 Fund® | 9.23% | 9.23% | 7.28% | n/a | n/a | 7.92% | 11/6/2003 |
| Fidelity Freedom 2010 Fund® | 9.46% | 9.46% | 7.53% | 6.29% | 8.27% | 8.41% | 10/17/1996 |
| Fidelity Freedom 2015 Fund® | 10.36% | 10.36% | 8.61% | n/a | n/a | 9.43% | 11/6/2003 |
| Fidelity Freedom 2020 Fund® | 11.61% | 11.61% | 9.63% | 7.26% | 8.75% | 8.91% | 10/17/1996 |
| Fidelity Freedom 2025 Fund® | 11.84% | 11.84% | 9.97% | n/a | n/a | 10.97% | 11/6/2003 |
| Fidelity Freedom 2030 Fund® | 12.9% | 12.9% | 10.71% | 7.58% | 8.69% | 8.85% | 10/17/1996 |
| Fidelity Freedom 2035 Fund® | 12.94% | 12.94% | 10.95% | n/a | n/a | 12.05% | 11/6/2003 |
| Fidelity Freedom 2040 Fund® | 13.49% | 13.49% | 11.27% | 7.74% | n/a | 1.61% | 9/6/2000 |
| Fidelity Freedom 2045 Fund[SM] | 7.07%[4] | n/a | n/a | n/a | n/a | n/a | 6/1/2006 |
| Fidelity Freedom 2050 Fund[SM] | 7.17%[4] | n/a | n/a | n/a | n/a | n/a | 6/1/2006 |

The historical performance information set forth above relating to the Investment Funds, other than the YRC Stock Fund, has been provided by Fidelity. In each of these cases, YRC has not made any independent review of the accuracy of this information and, accordingly, makes no warranty or representation concerning this information. Performance information for the

---

[4] The returns for the Fidelity Freedom 2045 Fund[SM] and the Fidelity Freedom 2050 Fund[SM] are for the three-month period ended December 31, 2006.

Investment Funds will be updated periodically.  Current performance information is available at www.401k.com (Fidelity Management Trust Company's, the Plan Trustee's, web site).

The performance data provided above represents past performance, which is no guarantee of future results.  Any investment involves a degree of risk.  The market value of mutual fund shares, stock and other securities can be volatile based on factors such as the performance of companies, general economic and business conditions and political events.  There can be no assurance that the market value of the securities in any Investment Funds will, at any time subsequent, equal or exceed the purchase price of the securities in Investment Funds or that the total amount distributable to or subject to withdrawal by you from the Investment Funds will be equal to or greater than the amount of Contributions to the Investment Funds by you or on your behalf.  You assume the risk of any decrease in the market value of the Investment Funds you select for investing the amounts in your accounts.

4

YRCW-000556