# EXHIBIT D

# YRC Worldwide Inc Defined Contribution Plans Investment Policy
## Formerly Adopted for the Yellow Roadway Retirement Savings Plan

**POLICY & GUIDELINES**

Adopted: June 8, 2004

I. **Introduction**

This policy is designed to provide a framework within which to manage the investments of the Trust which was established in accordance with the Yellow Corporation Retirement Saving Plan ("Plan") and is intended to constitute a funding policy under Section 402(b) of the Internal Revenue Code of 1986 (IRC).

The Plan is designed to encourage and provide employees with a tax-advantaged vehicle for use in building retirement savings. The Plan is intended to constitute a plan described in section 404(c) of the Employee Retirement Income Security Act of 1974 (ERISA), such that the fiduciaries of the Plan may be relieved of liability for any losses which are the direct and necessary result of investment instructions given by participants or beneficiaries. To constitute a "Section 404(c) Plan" each Plan must provide a participant or beneficiary an opportunity to choose, from a broad range of investment alternatives, the manner in which some or all of the assets in such participant's individual account are invested.

The Board of Directors of Yellow Roadway Corporation (the"Board") recognizes that the assets in the Trust must be managed for the sole benefit of the Plan' participants and that a high level of care must be taken to insure that the funds offered for investment in the Trust are selected prudently and in accordance with U. S. Department of Labor (DOL) regulations issued under ERISA section 404(a)(1). To exercise its responsibility the Board delegates the authority for the oversight and management of the Plan' investments within the parameters set forth below to the Yellow Roadway Corporation Benefits Administration Committee (the"Committee"). Each appointed Committee member is to serve until their successor is named.

The duties of the Committee include, without limitation, the establishment of an investment management structure (e.g., number and styles of managers or funds), performance benchmarks and other evaluation criteria for the Plan, as well as for individual investment managers or funds; retaining, terminating and monitoring investment managers or funds and negotiating investment management fees and other expenses. The Committee also has oversight for participant education and communications.

The following "Investment Policy and Guidelines" (Policy) provides the framework established by the Committee. In developing the Policy, the Board gave due consideration

1

**CONFIDENTIAL**　　　　　　　　　　　　　　　YRCW-000787

to diversification of investment options, and diversification within options to limit risk to market levels, the establishment of an investment structure (i.e., the number and type of investment options required under DOL regulations for a section 404(c) plan), appropriate performance benchmarks, and other evaluation criteria.

## II. Policy Statement

The Trust intends to provide employees with a reasonable number of tax deferred investment options, commensurate with administrative practicality and expense that will allow employees to construct an investment portfolio consistent with their individual risk preferences. Such options are to range from relatively low expected return/low risk to relatively high-expected return/high risk. Consistent with prudent asset management, the objective of each investment option is to provide asset class investment return consistent with the risk profile of each option and taking into account participants' liquidity requirements, including their ability to do daily transactions with amounts held in their accounts.

It is intended that such investment options will comply with Section 404(c) of ERISA, and the Plan' investment options will be reviewed and structured to so operate.

Assets must be managed with the care, skill, prudence and diligence that a prudent expert in similar circumstances would exercise. Assets must be invested solely for the benefit of participants and beneficiaries. Investment practices must comply with the limitations and restrictions of ERISA and any other applicable laws and regulations.

A. Performance Objective

For each actively managed investment option, the return earned (net of fees and expenses) should exceed an appropriate benchmark over the Measurement Period and outperform the median of a universe of similar managers and funds as more fully described in Article V. C. Monitoring Investment Performance For each passive investment option, the return earned (before fees and expenses) should have minimum tracking error against the benchmark index over the Measurement Period. The benchmark should be representative of the universe of investments used in each portfolio. The Measurement Period is defined as rolling three-year periods (twelve consecutive quarters) within a complete market cycle A market cycle is defined as a period containing one sub-period each of positive security returns and of negative security returns. Market cycles usually last for periods of 3-5 years. For example, a market cycle occurring over five years would include twenty such rolling three year periods as follows: Three years ending with quarter one, three years ending with quarter two, three years ending with quarter three, etc.

B. Option Selection Considerations

2

**CONFIDENTIAL**                                                                                                   YRCW-000788

1. Each 401(k) investment option should be sufficiently liquid to accommodate normal transfers between investment options, participant withdrawals, and loans as allowed by the Plan.

2. Each 401(k) investment option with the exception of the Unitized Stock Fund should be adequately diversified to minimize the risk of a large loss from a single investment.

3. Portfolios must be managed by either an investment advisor registered as an investment adviser under the Investment Advisers Act of 1940 (or exempt from registration under such act under Section 203(A)(a) thereof and qualified to act as an investment manager for the Trust under Section 3(38) and 402(c)(3) of ERISA) or a bank or insurance company as defined in that Act.

4. The Trust may invest in commingled funds maintained by the Trustee or other third parties having corporate trust powers, in mutual funds or in qualifying employer securities pursuant to Section 407 of ERISA.

## III. Investment Option Guidelines and Objectives

In the aggregate, the Plan' investment options should:

- Cover a risk/return spectrum of appropriate asset classes.
- Be distinguishable and have distinct risk/return characteristics.
- Charge fees that are reasonable for the asset class and investment style.
- Provide the participant with the opportunity to structure a portfolio with risk and return characteristics at any point within a normally appropriate range of investment strategies for a retirement plan.

Acceptable investment options include but are not limited to the following:

### Money Market Option

This option seeks to obtain maximum current income, consistent with preservation of capital and liquidity through investment in money market instruments. Instruments to be used include, but are not limited to, certificates of deposit, prime commercial paper, time deposits, banker's acceptances, repurchase agreements and other short-term obligations including U.S. Treasury and Agency obligations. Maturity of the holdings will be under one year. <u>Performance Objectives</u> are to outperform 90-day Treasury bills and to provide returns in the above median (not consistent with above median performance on previous page) of a universe of similar short-term funds.

### Stable Value Option

3

This option seeks to obtain maximum current income, consistent with preservation of capital and liquidity through investment in a diversified portfolio of investment contracts issued by insurance companies and banks and other very high quality fixed income investments. Investment contracts may be held directly by the Trustee or in a commingled fund. The investments should provide liquidity in accordance with plan provisions and be responsive to changing interest rate environments.

<u>Performance Objectives</u> are to maintain a predictable investment return for at least a one-year time horizon, to outperform the Lehman Brothers 1-3 year Government/Credit Index(Fidelity uses iMoney Net's MFR Instl First Tier), and to provide returns in the above median of a universe of similar managers or managed funds.

### Bond Option

This option seeks to obtain a high level of income together with safety of principal by investing primarily in investment grade fixed income securities including U.S. Treasury, government agency and corporate notes, and bonds, with an average duration in the 3 to 5 year range. <u>Performance Objectives</u> are to outperform the Lehman Government Corporate Intermediate Bond Index(Depends on the fund and the industry standards are the LB Aggregate or the LB Government/Credit Index), and to returns in the above median of a universe of similar managers or managed fund

### US Equity Index Options

These options seek to obtain the performance and risk profile of well recognized and highly diversified broad equity market indices (before fees and expenses), such as the S&P 500 Index, and may include separate funds for core, growth and value styles, as well as, large, mid and small capitalization companies.   <u>Performance Objective</u> is to achieve minimum tracking error to the chosen index (before fees and expenses).

### US Equity Actively Managed Options

These options seek to obtain long-term growth of capital through capital appreciation and dividend income by investing primarily in well-diversified portfolios of publicly traded US Equity securities. Multiple options within this category should provide for core, growth and value styles, as well as, large, mid and small capitalization portfolios. <u>Performance Objectives</u> are to outperform the appropriate benchmark Index (after fees and expenses) depending on the fund's style and capitalization, and to provide returns in the above median of a universe of appropriately selected equity managers or managed funds also based on style and capitalization.

4



YRC Worldwide Inc.
10990 Roe Avenue / 66211-1213
PO Box 7563 / 66207-0563
Overland Park, KS
yrcw.com

### Non US Equity Options

These options seek to provide exposure to long term capital growth opportunities of foreign markets and the diversification benefits of investing across a wide range of securities, industries, sectors and countries. Multiple options within this category may include actively managed and index funds for developed and emerging markets, as well as global funds. Performance Objectives for actively managed funds are to outperform the appropriate benchmark index after (fees and expenses) and to provide returns in the above median of a universe of similar Non-US or global managers or managed funds. Performance Objectives for index funds are to achieve minimum tracking error to the chosen index (before fees and expenses).

### Balanced/Life Style Options

This option seeks to provide participants with a complete investment strategy in a single fund by incorporating broad, diversified exposure to multiple asset classes (equities, fixed income, and cash). Multiple options within this category should provide a range of risk/return profiles (conservative, moderate and more aggressive). Each option should have a clearly defined investment objective and restrictions including asset allocation ranges and permissible security investments. Performance Objectives are to outperform a customized index consisting of a combination of appropriate capital market indices weighted in the same proportions as the neutral asset allocation for the option and to provide returns in the above median of a universe of similar managers or funds.

### Employer Stock Option

This option seeks to provide participants with an ownership interest in the company funded through employer contributions. This is a non-diversified Fund, and therefore, riskier than other well diversified equity options available under the Plan. The fund's value will fluctuate depending on performance, as well as, stock market fluctuations and general economic conditions. To provide liquidity for participants, a unitized stock fund will be used. The Board will establish a target cash balance after reviewing participant activity with the Trustee. The Trustee will monitor and manage the cash balance to the agreed upon target as outlined in Attachment A - Liquidity Contingency Plan for Unitized Stock Fund (subject to ERISA fiduciary limitations) on a daily basis and provide information to the Board at the quarterly meetings or on a more frequent basis as requested by the Board.

### IV. Communications to Participants

The Committee will take reasonable steps to communicate the characteristics of the various investment options to participants. These communications will include a description of the risk associated with each option. Also, the Committee will describe the administrative rules and procedures that apply to the investment alternatives as required under the ERISA regulations. Participants will be furnished the following information by the Plan as part of or in addition to the summary plan description.

**CONFIDENTIAL**  YRCW-000791



YRC Worldwide Inc.
10990 Roe Avenue / 66211-1213
PO Box 7563 / 66207-0563
Overland Park, KS
yrcw.com

- An explanation that the plan are intended to qualify as ERISA Section 404(c) plan;

- Descriptions of the options offered;

- The investment objectives of the different investment options; and the risk and return characteristics of the options; and the identity of any investment managers;

- An explanation of the circumstances under which investment instructions may be given, including applicable restrictions on transfers;

- Copies of mutual fund prospectuses and descriptions of any transaction fees (commissions, sales loads, etc.) charged against participant accounts.

- General investment education resources designed to aid participants in making informed decisions regarding their investment alternatives and achieving their long term retirement goals, including but not limited to: 1) descriptions of major asset classes and their expected long term risk and return characteristics, 2) tools for modeling the appropriate savings rate necessary for individuals to attain their retirement objectives, and 3) asset allocation modeling capabilities for establishing long term investment strategies.

At least quarterly, participants will receive a statement of their account from the Trustee, showing the activity in their account and the rates of return that have been credited to the various investment options. Other information may be included in the statement which will help the participants make informed decisions regarding their investment alternatives.

## V. Miscellaneous

### A. Contract Authorization

Actions by the Committee shall be by majority vote or unanimous written consent. Members of the Committee are each authorized, singly, to execute any documents in form and substance satisfactory to him or her pursuant to grants of authority for this purpose by the Committee, including but not limited to, contracts with consultants and investment managers for providing services.

### B. Investment Manager Selection

The Committee is authorized to select one or more investment managers or funds for investment of the assets of the Trust. The members of the Committee are designated as "named fiduciaries" within the meaning of ERISA for the purpose of selecting investment managers or funds.

CONFIDENTIAL

YRC Worldwide Inc.
10990 Roe Avenue / 66211-1213
PO Box 7563 / 66207-0563
Overland Park, KS
yrcw.com



### C.  Monitoring Investment Options

The Committee will review the investment performance of the selected investment options on a quarterly basis and fully review the investment options at least annually. The annual review will include, but not be limited to, evaluations of the following:

- Historical performance results as measured by:
    1. One, three, five and ten year absolute, benchmark, peer and risk (standard deviation) relative returns (where available).
    2. Sharpe Ratio, Information Ratio, R Squared, Alpha and Beta.
    3. Up and down market Capture Ratios
    4. Tracking error to the benchmark.
    5. Rolling three year batting average.
    6. Median market capitalization.
    7. Sector Allocation.
    8. Style Analysis.
    9. Correlation Table.
- Any changes in process, philosophy and/or personnel of the service organization
- Fees and expense levels

Each investment option will be compared to a recognized, appropriate benchmark index and within a universe of investment managers and investment options of similar styles. Performance will be measured on rolling three-year periods over a full market cycle.

In general, it is intended that each actively managed investment option provide returns above median of a universe of similar investment alternatives as well as out perform the appropriate benchmark index over the Measurement Period defined in Article II. A. Performance Objective.

Specific performance criteria for actively managed options are as follows:

- Equity Investment Options

1. Each actively managed equity option is expected to exceed its benchmark market index as determined by the style and average market capitalization of the portfolio.
2. Each actively managed equity option is expected to provide risk adjusted returns (net of fees and expenses) in the above median of a universe of similar managers or funds over the Measurement Period.

3. Each actively managed equity option is expected to provide above median Sharpe Ratio and Information Ratio scores compared to a universe of similar managers or funds over the Measurement Period.

7



YRC Worldwide Inc.
10990 Roe Avenue / 66211-1213
PO Box 7563 / 66207-0563
Overland Park, KS
yrcw.com

- Fixed Income Options

1. Each actively managed fixed income option is expected to provide risk adjusted returns (net of fees and expenses) in the above median of a universe of similar managers or funds over the Measurement Period.

2. Each actively managed fixed income option is expected to provide above median Sharpe ratio and Information ratio scores compared to a universe of similar managers or funds over the Measurement Period.

3. Should an investment option fail to satisfy the Board's performance criteria over the Measurement Period, or should some other material change prompt concerns as to the appropriateness of the fund to continue to serve as an investment option to the Plan, the Board may take any or all of the following actions:

- Establish a probationary period not to exceed four consecutive quarters during which the manager or fund will be placed on a watch list for the purpose of assessing any area of concern and, if necessary, correcting same.. If at the end of the probationary period if the Board is not satisfied with the performance of the manager or fund placed on the watch list the Board may take any or all actions listed below.
- Supplement the investment option(s) for that category.
- Replace the investment option(s) with one or more alternative investment option(s) for that category.
- Eliminate the investment option.
- Any other action the Board deems necessary or desirable.

In addition, the Board will periodically survey the marketplace to determine if new investment products are suitable or desirable and select new funds if circumstances indicate a change is desirable.

### D. Proxy Voting

Proxy voting on the Company Stock Fund will be passed through to be voted by the individual participants. This proxy voting will be subject to any ERISA limitations that might apply.

The proxy vote attached to a security has a value and is therefore an asset of the Trust. All proxies are to be voted solely in the interest of the participants of the Plan and their beneficiaries for the exclusive purpose of providing benefits and

CONFIDENTIAL                                                                    YRCW-000794

**YRC Worldwide Inc.**
10990 Roe Avenue / 66211-1213
PO Box 7563 / 66207-0563
Overland Park, KS
yrcw.com



with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character. Proxies should be voted for issues that enhance shareholder economic value, maintain or improve shareholder rights, are not dilutive and provide reasonable accountability for management.

In the event separate account investment managers are utilized in connection with any participant investment option, other than the Employer Stock Fund, each investment manager is directed to vote all proxies in accordance with these guidelines, and to provide an accounting of their proxy votes and an analysis of proxies voted on behalf of the Trust. With regard to international securities, the manager is allowed to weigh the benefits to be gained in terms of increased shareholder value against the costs of informed voting. The Company will not attempt to influence the investment managers in any vote.

To the extent the Trust invests in pooled or commingled funds or mutual funds, the Company assents to the proxy voting guidelines adopted by the investment managers of these funds.

### E. Securities Lending

Securities held by the Trustee may be loaned to others, only in compliance with the U.S. Department of Labor's Class Exemption relating to securities lending. Guidelines will be determined by the Board and given to the Trustee. Individual investment managers are not authorized to lend securities.

### F. Shareholder Activism

It is not anticipated that the Board will be active in monitoring or influencing the management of corporations in which the Plan own stock. However, investment managers acting in their fiduciary capacity may take such actions when there is a reasonable expectation that such activities are likely to enhance the value of the Plan investment after taking into account the anticipated holding period for the investment and cost.

### G. Acknowledgement and Tenure

The Committee reserves the right to amend or terminate this policy at its discretion. Any authority not delegated by this policy remains with the Board including, but not limited to, changing acceptable investment options.

The Committee shall review this policy statement at least annually and revise or confirm as appropriate.

The Committee shall utilize this policy statement in making decisions concerning investment options for the Plan.

**CONFIDENTIAL**　　　　　YRCW-000795