# EXHIBIT H

**3/5/07 DRAFT**
**THIS DOCUMENT CONSTITUTES PART OF A**
**PROSPECTUS COVERING SECURITIES THAT**
**HAVE BEEN REGISTERED UNDER THE**
**SECURITIES ACT OF 1933**

**SUMMARY PLAN DESCRIPTION and**

**PROSPECTUS DATED MARCH 1, 2007**

**FOR THE**

**YELLOW ROADWAY CORPORATION**
**RETIREMENT SAVINGS PLAN**

The securities offered by this Prospectus consist of 1,000,000 shares of common stock, par value $1.00 per share (the "Company Stock"), of YRC Worldwide Inc., a Delaware corporation, and an indeterminate number of interests in the Yellow Roadway Corporation Retirement Savings Plan.

An electronic version of this Prospectus is available on YRC's Intranet web sites.

YRCW-000557

## TABLE OF CONTENTS

**Page**

I.   **THE PLAN** ...................................................................................................... 1

    A.   *Introduction* ........................................................................................ *1*

    B.   *Administration of the Plan* ............................................................... *2*

II.   **ELIGIBILITY TO PARTICIPATE** ........................................................ 2

    A.   *Eligibility and Participation* ............................................................ *2*

    B.   *Termination of Employment* ............................................................. *5*

III.   **EMPLOYEE AND EMPLOYER CONTRIBUTIONS TO THE PLAN** ......... 6

    A.   *Employee Contributions to the Plan* ............................................... *6*

    B.   *Rollover Contributions* ................................................................... *10*

    C.   *Transfer Contributions* ................................................................... *10*

    D.   *Employer Contributions* .................................................................. *10*

    E.   *Maintenance of Accounts* ................................................................ *11*

    F.   *Vesting* ............................................................................................. *13*

    G.   *Military Service* .............................................................................. *13*

IV.   **INVESTMENT OPTIONS** .......................................................................... 13

    A.   *Investment Funds* ............................................................................ *13*

    B.   *Choosing Investments; Changes in Investment Allocation* ............ *14*

    C.   *Self-Directed Brokerage Services* ................................................. *16*

    D.   *ESOP Loans* .................................................................................... *16*

    E.   *Pass-Through of Dividends* ............................................................ *17*

V.   **STOCKHOLDER RIGHTS IN THE COMPANY STOCK FUND** ............... 17

VI.   **LOANS** ......................................................................................................... 18

    A.   *Loan Eligibility* .............................................................................. *18*

    B.   *Interest Rate* .................................................................................... *19*

    C.   *Security* ........................................................................................... *19*

    D.   *Repayments* ..................................................................................... *19*

    E.   *Loan Default* ................................................................................... *19*

    F.   *Military Leaves of Absence* ............................................................ *20*

    G.   *Applying for a Loan* ........................................................................ *20*

    H.   *Loans under a Merged Plan* .......................................................... *20*

i

YRC Retirement Savings Plan SPD.DOC

YRCW-000558

**TABLE OF CONTENTS**

**Page**

VII.    IN-SERVICE WITHDRAWALS .................................................................................21

    A.    *Non-Hardship Withdrawals* ....................................................................... 21

    B.    *Hardship Withdrawals* .............................................................................. 22

    C.    *Tax Consequences of Withdrawals* ........................................................... 24

VIII.    SECTION 16 CONSIDERATIONS FOR DIRECTORS AND OFFICERS .........................24

IX.    DISTRIBUTION OF ACCOUNTS .........................................................................25

    A.    *General Rules* ........................................................................................... 25

    B.    *Forms of Distribution* ............................................................................... 25

    C.    *Notice of Distribution Options* .................................................................. 26

    D.    *Waiver of QJSA* ........................................................................................ 28

    E.    *Distribution of Company Stock* ................................................................. 28

X.    DEATH .........................................................................................................28

    A.    *General Rules* ........................................................................................... 28

    B.    *Distribution to Non-Spouse Beneficiary* ................................................... 29

    C.    *Distribution to Spousal Beneficiary* .......................................................... 29

    D.    *Special Rule for Account Balances Not Exceeding $5,000* .......................... 30

    E.    *Distribution of Company Stock to Beneficiary* ........................................... 30

XI.    ROLLOVER TO AN IRA OR TO ANOTHER ELIGIBLE PLAN .....................................30

XII.    APPEAL PROCEDURES ....................................................................................31

    A.    *Denial of Claim* ........................................................................................ 31

    B.    *Review of Denied Claim* ............................................................................ 31

XIII.    AMENDMENT AND TERMINATION ...................................................................32

XIV.    LIMITS ON CONTRIBUTIONS TO YOUR ACCOUNT .............................................32

    A.    *Annual Pre-Tax Contributions* ................................................................... 33

    B.    *Compensation* .......................................................................................... 33

    C.    *Limits on Annual Contributions to the Plan* .............................................. 33

    D.    *Other Limits* ............................................................................................. 33

XV.    FEDERAL TAX CONSEQUENCES OF PLAN PARTICIPATION ..................................34

ii

YRC Retirement Savings Plan SPD.DOC

YRCW-000559

**TABLE OF CONTENTS**

**Page**

A.    *Contributions to the Plan* ...................................................................................................................... 34

B.    *Limitation on Contributions* ................................................................................................................. 34

C.    *General Distribution Rules* .................................................................................................................. 34

D.    *Eligible Rollover Distributions* ............................................................................................................ 34

E.    *Federal Estate Taxes* ............................................................................................................................. 42

F.    *Tax Consequences to the Employer* ..................................................................................................... 42

G.    *Employees Should Consult Their Tax Advisor* ................................................................................. 42

XVI.     **U.S. TREASURY CIRCULAR 230 NOTICE** ......................................................................... 43

XVII.    **SECTION 404(c) OF ERISA** ..................................................................................................... 43

XVIII.   **ASSIGNMENT OF BENEFITS** .................................................................................................. 43

XIX.     **ADDITIONAL INFORMATION** ................................................................................................ 43

XX.      **PERIODIC REPORTS TO STOCKHOLDERS** ...................................................................... 44

XXI.     **CERTAIN OTHER INFORMATION** ........................................................................................ 44

iii

## I.    THE PLAN

### A.    Introduction

The Yellow Roadway Corporation Retirement Savings Plan (the "Plan") was established by YRC Worldwide Inc. (formerly Yellow Roadway Corporation) ("YRC"), effective January 1, 1995, by the consolidation of three separate defined contribution plans, the Yellow Freight System, Inc. Employee Stock Ownership Trust (the "Prior PAYSOP"), the Yellow Freight Profit-Sharing Trust (the "Prior Profit Sharing Plan"), and the Yellow Freight Stock Sharing Plan (the "Prior Stock Sharing Plan") (collectively, the "Prior Plans").  Effective December 31, 2003, and January 1, 2005, the Meridian IQ 401(k) Savings Plan (the "Meridian Plan") and the Roadway LLC 401(k) Stock Savings Plan (the "Roadway Plan"), respectively, merged with and into the Plan.  YRC has amended the Plan several times since it established the Plan, most recently in December 2005, to reflect changes in the law applicable to the Plan and to make certain design changes.

The Plan is currently maintained by YRC for the benefit of employees (and their beneficiaries) of YRC and its participating affiliates (the "Employers").  The Plan is intended to be a qualified plan under Section 401(a) of the Internal Revenue Code of 1986, as amended (the "Code") with a qualified cash or deferred arrangement under Section 401(k) of the Code.  In addition, the Participant Performance-Based Contribution Accounts and Prior Profit Sharing "A" Accounts, which are invested in the Company Stock Fund, are intended to constitute an employee stock ownership plan ("ESOP") under the Code.

The information presented in this Summary Plan Description and Prospectus ("SPD/Prospectus") is a summary of the legal documents that govern the Plan.  The following pages describe important aspects of the Plan to help you better understand how it can work for you.  Please carefully read the information presented here.  If you have questions concerning your accounts under the Plan (your "Accounts") or would like to request additional information about the Plan, you should contact the Benefits Administrative Committee, which is the Plan Administrator, or Fidelity Management Trust Company, which is the Plan Trustee, or Fidelity Retirement Services, Inc., the Plan record keeper and an affiliate of the Plan Trustee (the Plan Trustee and the Plan record keeper are referred to collectively as "Fidelity"), as follows:

Benefits Administrative Committee
Yellow Roadway Corporation Retirement Savings Plan
10990 Roe Avenue
Overland Park, KS  66211
Telephone: 1-913-696-6100


Fidelity Management Trust Company or
Fidelity Retirement Services, Inc.
82 Devonshire Street
Boston, MA  02109
Telephone: 1-800-835-5098
Internet:  www.401k.com

1

YRC Retirement Savings Plan SPD.DOC

You may also get general information about the Plan, as well as the necessary forms for Plan loans, withdrawals, elections and distributions, by contacting Fidelity by telephone or via the Internet. You can visit the Fidelity Internet site virtually 24 hours per day, 7 days per week, and you can speak to a Fidelity representative at the 800 telephone number from 8:30 a.m. through 8 p.m. (your local time zone in the continental U.S.) each Business Day. Generally, for purposes of the Plan, a "Business Day" is any day other than a Saturday, Sunday or any other day on which the NASDAQ Stock Exchange and the Trustee are closed (or are authorized to be closed).

You should remember that this SPD/Prospectus is only a summary of the terms of the Plan. It does not alter the Plan in any way. The actual text of the Plan controls in all instances, including any instance in which there may be an inconsistency between the contents of this Prospectus and the contents of the Plan. The Plan document may be examined by you, as a participant, your beneficiaries and your legal representatives by appointment at a mutually convenient time at your corporate Human Resources Department.

### B.    Administration of the Plan

The Plan sponsor is YRC. The Plan is administered by the Administrative Committee, which consists of at least three members appointed by the Board of Directors of YRC or the Compensation Committee of the Board of Directors of YRC (collectively, the "Board of Directors"). The Administrative Committee has the discretionary authority to interpret the Plan and to make all other determinations necessary for the operation and administration of the Plan. The Administrative Committee may designate other persons to carry out its day-to-day responsibilities in operating and administering the Plan. For purposes of this SPD/Prospectus, the term "Administrative Committee" refers to the Benefits Administrative Committee itself or to any other person to whom the Administrative Committee has delegated responsibility.

The assets of the Plan are held in a trust (the "Trust"). The trustee of the Plan is Fidelity Management Trust Company (the "Trustee"). The Trustee has exclusive authority to manage, control and invest the assets held in the Trust pursuant to the terms of the Plan and your investment elections.

## II.    ELIGIBILITY TO PARTICIPATE

Participation in the Plan is completely voluntary. However, to be entitled to receive an allocation of Matching Contributions under the Plan from your Employer, you must elect to make Pre-Tax Contributions to the Plan (see Section III.A below).

### A.    Eligibility and Participation

#### 1.    Eligibility

Participation in the Plan is generally available to any employee of an Employer who is classified as an office, clerical, sales or supervisory (including executive) employee (an "Employee"). For this purpose, you are not considered to be an "Employee" if you are:

YRC Retirement Savings Plan SPD.DOC

YRCW-000562

- Covered by a collective bargaining agreement that does not expressly permit you to participate in the Plan;

- Classified as working on a permanent basis outside the U.S. and are being paid in other than U.S. currency;

- A nonresident alien with no U.S. source income;

- A leased employee;

- Classified as an independent contractor; or

- Eligible to participate in the New Penn Motor Express, Inc. 401(k) Retirement Plan, the New Penn Motor Express, Inc. Profit Sharing Plan, the YRC Regional Transportation, Inc. 401(k) Retirement Plan (formerly the USF Employees' 401(k) Retirement Plan) or any other qualified defined contribution plan (except for the Yellow Roadway Corporation Core Retirement Plan) maintained by an Employer or an entity that is under common control with YRC (an "Affiliate").

If you are an Employee, you will become eligible to participate in the Plan (an "Eligible Employee") as follows:

- If you are a Full-Time Employee, you will become an Eligible Employee on the one-month anniversary of your employment with an Employer, and you may elect to become a participant in the Plan (a "Participant") on the first day of any month coincident with or next following the date on which you become an Eligible Employee.  For purposes of the Plan, you are a "Full-Time Employee" if you are a permanent Employee and are regularly scheduled to work at least 40 hours per week.

- If you are an Employee other than a Full-Time Employee, you will become an Eligible Employee as of the last day of the first Eligibility Computation Period (as defined below) in which you are credited with at least 1,000 Hours of Service (as defined below), and you may elect to become a Participant on the first day of any month coincident with or next following the date on which you become an Eligible Employee.

  - An "Hour of Service" generally means each hour you work for which you are either paid or entitled to payment by an Employer or an Affiliate.  You may receive credit for up to 501 Hours of Service during periods of absence from the Employers for reasons like vacation and maternity leave.

  - An "Eligibility Computation Period" is a 12-month period beginning with (1) the date on which you are first credited with an Hour of Service or any anniversary of that date, or (2) if you incur a Disqualifying Break in Service (as defined below), the date on which you are first credited with an Hour of Service following your reemployment by an Employer or an Affiliate or any anniversary of that date.

3

YRCW-000563

- A "<u>Disqualifying Break in Service</u>" means five or more consecutive Breaks in Service (as defined below).

- A "<u>Break in Service</u>" means an Eligibility Computation Period during which you are credited with less than 501 Hours of Service. You will not incur a Break in Service, however, in the first Eligibility Computation Period during which you are credited with less than 501 Hours of Service because of an absence from work due to: (1) your being pregnant; (2) the birth of a child; (3) the placement of a child for adoption with you; or (4) your care of a child immediately following the birth or placement for adoption of the child. If you are on an unpaid leave of absence pursuant to the terms of the federal Family and Medical Leave Act ("<u>FMLA</u>"), you will be credited with Hours of Service solely for the purpose of determining whether a Break in Service has occurred, provided that you timely return to active employment with an Employer or an Affiliate after the expiration of your FMLA leave.

If you were eligible to participate in the Roadway Plan on December 31, 2004, you automatically became an Eligible Employee on January 1, 2005, if you were an Employee on that date.

**2.     Participation**

Upon satisfaction of the eligibility requirements described in Section II.A.1 above, you may elect to become a Participant by authorizing payroll deductions for Pre-Tax Contributions or After-Tax Contributions or both in accordance with Section III.A below. Your election will be effective as soon as administratively practicable after it has been received by Fidelity.

If you were a participant in the Roadway Plan on December 31, 2004, you automatically became a Participant on January 1, 2005, if you were an Employee on that date.

Special automatic participation rules apply if you become an Eligible Employee on or after January 1, 2004 (January 1, 2000, in the case of an employee of Roadway LLC or one of its subsidiaries). If you do not file an application to enroll, or an election not to enroll, in the Plan within one month after you become an Eligible Employee or receive a Plan enrollment kit, whichever is later, you will automatically become a Participant on the first administratively practicable date after you satisfy the eligibility requirements described in Section II.A.1 above, and you will be deemed to have elected to contribute 3% of your Benefits Compensation (as defined in Section III.A.1 below) as Pre-Tax Contributions to the Plan. Unless you elect otherwise, these automatic Pre-Tax Contributions will be invested in the Fidelity Freedom Fund appropriate for your age. The Fidelity Freedom Funds are some of the investment funds available under the Plan. See Section IV below for a description of the Fidelity Freedom Funds and other investment funds available under the Plan.

To file an enrollment application, or an election not to enroll in the Plan, you must contact Fidelity and request a Plan enrollment kit. You may contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

4

YRCW-000564

3.       **Transfers of Employment**

If you are an active Participant and transfer from one Employer to another and you remain an Employee after your transfer, you will continue to be an active Participant.

If you are an active Participant and you have a transfer of employment that results in your ceasing to be an Employee, but you remain an employee of an Employer or an Affiliate, then:

- You will become an inactive Participant and will no longer be eligible to:
    - to make Pre-Tax Contributions and After-Tax Contributions to the Plan, and
    - share in the allocation of Employer Matching Contributions and Qualified Nonelective Contributions (as defined in Section III.D below) to the Plan; and
- You will not be eligible for a distribution of your Accounts, and they will continue to be held in, and share in the earnings and losses of, the Trust. (See Section IX below for information on distributions from the Plan.)

If you have a transfer of employment from an Affiliate to an Employer, or a change in employment status, that results in your becoming an Employee, then:

- You will become an Eligible Employee on the date of your transfer of employment, or change in employment status, or the date on which you satisfy the eligibility requirements described in Section II.A.1 above (counting your service with the Affiliate and your Employer), whichever is later; and
- You may elect to become a Participant on the first day of any month coincident with or next following the date you become an Eligible Employee.

Notwithstanding the rules described immediately above, if you are an active participant in a registered retirement plan for employees in Canada maintained by an Employer or an Affiliate and, as a result of a transfer of employment, you become an Employee, you will become an Eligible Employee on the date of your transfer.

B.       **Termination of Employment**

If you terminate employment with the Employers and the Affiliates before you become a Participant and later become reemployed by an Employer as an Employee, you will become an Eligible Employee upon your satisfaction of the eligibility requirements described in Section II.A.1 above. In determining whether you have satisfied those requirements, your service prior to your termination of employment will be counted only if you are reemployed prior to incurring a Disqualifying Break in Service.

If you terminate employment with the Employers and the Affiliates after you become a Participant and later become reemployed as an Employee, you will become a Participant immediately upon your reemployment.

5

YRCW-000565

### III.    EMPLOYEE AND EMPLOYER CONTRIBUTIONS TO THE PLAN

The Plan helps you save for your retirement by allowing you to make pre-tax payroll savings contributions ("Pre-Tax Contributions") and after-tax payroll savings contributions ("After-Tax Contributions") (collectively, "Employee Contributions") to the Plan.  In addition, you may make rollover contributions ("Rollover Contributions") and transfer contributions ("Transfer Contributions") to the Plan, subject to the approval of the Administrative Committee.

The Employers help you save by making nondiscretionary matching contributions ("Nondiscretionary Matching Contributions") to the Plan on your behalf.  In addition, the Employers may make discretionary matching contributions ("Discretionary Matching Contributions") and discretionary qualified nonelective contributions ("Qualified Nonelective Contributions") to the Plan on your behalf.  (Nondiscretionary Matching Contributions and Discretionary Matching Contributions are collectively referred to in this SPD/Prospectus as "Matching Contributions," and Employee Contributions, Rollover Contributions, Transfer Contributions, Matching Contributions and Qualified Nonelective Contributions are collectively referred to in this SPD/Prospectus as "Contributions.")

#### A.    Employee Contributions to the Plan

##### 1.    Pre-Tax Contributions

When you enroll in the Plan, you may elect (as described in Section III.A.3 below) to have a specified percentage of your eligible pay (that is, your Benefits Compensation, as defined below, deducted from your pay each pay period and contributed to the Plan as Pre-Tax Contributions.  The Code limits your Pre-Tax Contributions to $15,500 per calendar year (this amount may be adjusted after 2007 for cost-of-living increases).

Your "Benefits Compensation" is your W-2 pay (before any reduction for your contributions to this Plan or any other Employer pension or welfare plan), except that your Benefits Compensation does not include the following amounts you receive from an Employer:

- Severance pay;
- Compensation received pursuant to any stock option or stock bonus plan or stock appreciation plan;
- Employer contributions to this Plan and/or any other Employer pension, welfare, stock bonus, stock ownership or other qualified or nonqualified plan;
- Non-cash compensation;
- Pay for services other than personal services (for example, moving expenses or automobile allowances); or
- Pay received when you are not an active Participant.

Your Benefits Compensation does, however, include any pay you receive while an active participant in a registered retirement plan for employees in Canada maintained by an Employer or Affiliate during the Plan Year in which you become a Participant.  Your Canadian pay will be

YRC Retirement Savings Plan SPD.DOC

YRCW-000566

converted into U.S. dollars by applying the U.S.-Canada currency exchange rate in effect as of the last Business Day of the year in which your transfer of employment occurs.

Your Benefits Compensation is limited by the Code to $225,000 per calendar year (this amount may be adjusted after 2007 for cost-of-living increases). Once your Benefits Compensation reaches $225,000, your Pre-Tax Contributions and After-Tax Contributions, and Matching Contributions made on your behalf, will cease for the remainder of the Plan Year.

In addition, if you are age 50 or older at any time during a Plan Year, you may make a separate election to contribute an additional amount of Pre-Tax Contributions (called "Catch-Up Contributions") during that Plan Year up to $5,000 (this amount may be adjusted after 2007 for cost-of-living increases). Your Pre-Tax Contributions will not be treated as Catch-Up Contributions until you have already contributed the maximum amount of Pre-Tax Contributions permitted under the Plan. You may elect to make Catch-Up Contributions by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

Your Pre-Tax Contributions, including your Catch-Up Contributions, will be credited to your Pre-Tax Contribution Account.

### 2.  After-Tax Contributions

When you enroll in the Plan you may elect (as described below) to have a specified percentage of your Benefits Compensation deducted from your pay each period and contributed to the Plan as After-Tax Contributions. Unlike with Pre-Tax Contributions, however, you will not be deemed to have elected to contribute any percentage of your Benefits Compensation as After-Tax Contributions without making an actual election to do so.

Your After-Tax Contributions will be credited to your After-Tax Contribution Account.

### 3.  Electing the Amount of your Pre-Tax, Catch-Up and After-Tax Contributions

If you want to enroll in the Plan, or if you are automatically enrolled but wish to designate a contribution percentage for Pre-Tax Contributions other than the default percentage of 3%, or if you want to make After-Tax Contributions to the Plan, you must affirmatively make a contribution election as follows.

- You may elect to contribute as Pre-Tax Contributions (excluding Catch-Up Contributions) a percentage, in 1% increments, from 1% to 89% (for example, 1%, 5% or 15%, but not 20.5%) of your Benefits Compensation each pay period, up to $15,500 for 2007 (this amount may be adjusted after 2007 for cost-of-living increases).

- You may elect to contribute as Catch-Up Contributions a percentage, in 1% increments, from 1% to 89% (for example, 1%, 5% or 15%, but not 20.5%), of your Benefits Compensation each pay period, up to $5,000 for 2007 (this may be adjusted after 2007 for cost-of-living increases).

7

YRC Retirement Savings Plan SPD.DOC

- You may elect to contribute as After-Tax Contributions a percentage, in 1% increments, from 1% to 15% (for example, 1%, 5% or 13%, but not 11.5%) of your Benefits Compensation each pay period.

- The maximum percentage of combined Pre-Tax Contributions (including Catch-Up Contributions) and After-Tax Contributions you may make during any pay period is 89% of your Benefits Compensation for the pay period. In applying this limitation, if the total percentage of your combined Pre-Tax Contributions and After-Tax Contributions exceeds 89% of your Benefits Compensation for any pay period, your After-Tax Contribution percentage will be reduced, in 1% increments, to ensure that the total percentage of your Pre-Tax Contributions (including Catch-Up Contributions) is 75% of your Benefits Compensation for the pay period.

- Your contribution election(s) will apply to any annual bonus paid to you by your Employer, including any annual bonus paid under the YRC pay for performance program, unless you make a separate election either (1) to contribute a percentage in 1% increments, from 1% to 89%, of your annual bonus payment as a Pre-Tax Contribution, a Catch-Up Contribution and/or an After-Tax Contribution, or (2) to not make any contribution from your annual bonus payment. The maximum percentage of combined Pre-Tax Contributions (including Catch-Up Contributions) and After-Tax Contributions is 89% of your annual bonus. In applying this limitation, if the total percentage of your combined Pre-Tax Contributions and After-Tax Contributions exceeds 89% of your annual bonus, your After-Tax Contribution percentage will be reduced, in 1% increments, to ensure that your percentage of Pre-Tax Contributions (including Catch-Up Contributions) is 75% of your annual bonus. This separate election must be made in October or November and will apply to any bonus paid during the next year (generally in the following February or March). If you make this separate election, the percentage of annual bonuses that you contribute to the Plan, if any, will not count towards the percentage contributions limit on Pre-Tax Contributions and After-Tax Contributions described above.

You may elect to make Pre-Tax Contributions and/or After-Tax Contributions to the Plan, or increase or decrease (or completely suspend) the amount of those Contributions, by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. Your election will be effective as soon as administratively practicable after it is received by Fidelity. However, in the case of an election to increase, decrease or suspend your Pre-Tax Contributions or After-Tax Contributions, you must make your election at least 30 days prior to the first pay period for which you want your election to become effective.

The Administrative Committee has the right to refund amounts designated as Pre-Tax Contributions or After-Tax Contributions (and forfeit any Matching Contributions attributable to the refunded Pre-Tax Contributions) as necessary to comply with the requirements of the Code, including the limits on Contributions described in Section XIV below and certain rules that

8

YRCW-000568

prevent the Plan from discriminating in favor of "highly compensated employees" (as defined in the Code) ("Highly Compensated Employees").

To the extent that your Pre-Tax Contributions or After-Tax Contributions are refunded to you, they will be withdrawn *pro rata* from each of the Investment Funds in which they are invested.

### 4.     Pre-Tax versus After-Tax Contributions

Pre-Tax Contributions you make to the Plan are made on a before-tax basis. This means that no federal income tax is withheld or owed on your Pre-Tax Contributions because they are not considered to be part of your income for federal income tax purposes. Because no federal income taxes are withheld or owed on Pre-Tax Contributions, the amount you would otherwise "lose" to current federal income tax is kept as part of your savings. Your Pre-Tax Contributions become taxable only when they are distributed to you. Social Security and Medicare (FICA) taxes on your Pre-Tax Contributions continue to be withheld. The same treatment, however, may not be available for state or local income tax purposes. You should consult your personal tax advisor regarding the effect of state income taxes on your Pre-Tax Contributions under the Plan.

In contrast to Pre-Tax Contributions, After-Tax Contributions are made on an after-tax basis. As such, the amount of your After-Tax Contributions is considered part of your income, and federal income taxes will be withheld or owed on your After-Tax Contributions. In addition, Social Security and Medicare (FICA) taxes on your After-Tax Contributions will continue to be withheld.

The following example illustrates how much you can save in federal income taxes by making Pre-Tax Contributions to the Plan instead of After-Tax Contributions.

| | Pre-Tax Contributions | After-Tax Contributions |
|---|---|---|
| Annual pay | $35,000 | $35,000 |
| Pre-Tax Contributions (4% of annual pay) | (1,400) | -0- |
| Before tax income | 33,600 | 35,000 |
| Federal income tax (15%) | (5,040) | (5,250) |
| After tax income | 28,560 | 29,750 |
| After-Tax Contributions (4% of annual pay) | -0- | (1,400) |
| Take home pay | 28,560 | 28,350 |
| Federal tax savings | 210 | -0- |

For employees in higher tax brackets, the benefits of before-tax savings are greater. This is only an example, and your tax situation may be different. Please contact your tax advisor if you have questions regarding the tax benefits of participation in this Plan.

9

YRC Retirement Savings Plan SPD.DOC

YRCW-000569

## B.     Rollover Contributions

Subject to the approval of the Administrative Committee, you may contribute to the Plan all or a portion of an eligible rollover distribution that you receive from another qualified retirement plan, an IRA, a 403(b) arrangement or a governmental 457(b) plan. These contributions to the Plan are called "Rollover Contributions." The Plan will not, however, accept after-tax employee contributions distributed from another qualified plan as Rollover Contributions.

You may make a Rollover Contribution at any time so long as you are an Employee, even if you are not an Eligible Employee. The Administrative Committee may ask you to provide any certifications it deems necessary to determine that the amounts you want to rollover into the Plan qualify for rollover treatment under the Code. If you make a Rollover Contribution to the Plan, you will be considered to be a Participant, but if you are not an Eligible Employee, you will not be permitted to make Employee Contributions or receive any Matching Contributions. Rollover Contributions will be credited to your Rollover Contribution Account.

For more information on making Rollover Contributions to the Plan, please contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

## C.     Transfer Contributions

Subject to the approval of the Administrative Committee, the Plan may accept a plan-to-plan transfer of your interest in another qualified defined contribution plan that is not an eligible rollover distribution. These contributions to the Plan are called "Transfer Contributions."

Subject to the approval of the Administrative Committee, you may make a Transfer Contribution at any time so long as you are an Employee, even if you are not an Eligible Employee. If you make a Transfer Contribution to the Plan, you will be considered to be a Participant, but if you are not an Eligible Employee, you will not be permitted to make Employee Contributions or receive any Matching Contributions. Transfer Contributions will be credited to your Transfer Contribution Account.

For more information on making Transfer Contributions to the Plan, please contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

## D.     Employer Contributions

### 1.     Matching Contributions

An additional benefit of making Pre-Tax Contributions to the Plan is that your Employer matches them with Nondiscretionary Matching Contributions, which are credited to your Matching Contribution Account. Each Plan Year, your Employer will make a Nondiscretionary Matching Contribution to your Matching Contribution Account in an amount equal to 50% of the first 6% of your Benefits Compensation that you contribute as Pre-Tax Contributions for the Plan Year. That is,

10

YRC Retirement Savings Plan SPD.DOC

- If you elect Pre-Tax Contributions of 6% of your Benefits Compensation, the Nondiscretionary Matching Contribution for the Plan Year will be 50% of 6%, or 3%, of your Benefits Compensation.

- If you elect Pre-Tax Contributions in excess of 6% of your Benefits Compensation, the Nondiscretionary Matching Contribution will still be 50% of 6%, or 3%, of your Benefits Compensation.

In addition, in any Plan Year, your Employer may, in its discretion, make a Discretionary Matching Contribution to your Matching Contribution Account in an amount equal to a percentage of your Pre-Tax Contributions for the Plan Year, as determined by the Board of Directors. In no event, however, will a Discretionary Matching Contribution exceed 6% of your Benefits Compensation for a Plan Year.

No Matching Contributions will be made on your After-Tax Contributions, Rollover Contributions or Transfer Contributions.

You pay no taxes on Matching Contributions made to your Matching Contribution Account until they are distributed to you from the Plan. Under some circumstances, Matching Contributions may be forfeited, if necessary, to comply with the requirements of the Code, including the limits on contributions to your Accounts as described in Section XIV below and certain rules designed to prevent the Plan from discriminating in favor of Highly Compensated Employees.

### 2.    Qualified Nonelective Contributions

For any Plan Year, the Employers may make a discretionary Qualified Nonelective Contribution on behalf of certain Eligible Employees in an amount determined by the Employers to comply with certain rules designed to prevent the Plan from discriminating in favor of Highly Compensated Employees. Qualified Nonelective Contributions, if any, will be credited to your Qualified Nonelective Contribution Account.

### 3.    Performance-Based Contributions

Prior to 2005, the Employers may have made discretionary Performance-Based Contributions to the Plan on behalf of eligible Participants. The Employers do not intend to make Performance-Based Contributions for years after 2004.

### E.    Maintenance of Accounts

The Administrative Committee will establish the following separate Accounts in your name under the Plan:

- a Pre-Tax Contribution Account (which will include your Catch-Up Contributions, if any, and pre-tax contributions under a Prior Plan, if any);

- an After-Tax Contribution Account (which will include your after-tax contributions under a Prior Plan, if any);

11

YRC Retirement Savings Plan SPD.DOC

- a Rollover Contribution Account (which will include your rollover contributions under a Prior Plan, if any);
- a Transfer Contribution Account;
- a Matching Contribution Account;
- a Qualified Nonelective Contribution Account; and
- a Performance-Based Contribution Account.

If you are a former participant in a Prior Plan, the Administrative Committee will establish the following accounts on your behalf:

- a Prior Matching Contribution Account;
- a Prior PAYSOP Account; and
- a Prior Profit Sharing "A" Account.

If you are a former participant in the Roadway Plan, the Administrative Committee will establish the following accounts (the "Roadway Accounts") on your behalf:

- a Roadway Pre-Tax Contribution Account;
- a Roadway After-Tax Contribution Account;
- a Roadway Rollover Contribution Account;
- a Roadway Matching Contribution Account;
- a Roadway Profit Sharing Contribution Account;
- a Roadway Stock Bonus Account; and
- a Roadway Qualified Nonelective Contribution Account.

If you are a former participant in the Meridian Plan, the Administrative Committee will establish the following accounts (the "Meridian Accounts") on your behalf:

- a Meridian Pre-Tax Contribution Account;
- a Meridian Matching Contribution Account; and
- a Meridian Rollover Contribution Account.

As of each "Valuation Date" (generally, each Business Day), your Accounts will be adjusted to reflect all contributions, withdrawals, distributions, income earned or accrued, and any increase or decrease in the value of investments since the immediately preceding Valuation Date.

You will be able to review the balances of, and activity in, your Accounts at any time by accessing the Fidelity web site at www.401k.com, and, unless you elect otherwise, Fidelity will send you quarterly written statements of your Accounts by mail.

YRC Retirement Savings Plan SPD.DOC

YRCW-000572

### F.    Vesting

Vesting is the technical term for gaining ownership of the money in your Accounts.  To the extent your Accounts are vested, they cannot be forfeited when you terminate employment with the Employers and the Affiliates.  You are 100% vested and have a nonforfeitable interest in all your Accounts at all times.

### G.    Military Service

Generally, if you take a leave of absence for qualified military service and timely return to employment with an Employer when your military service ends, you will have the right:

- To make additional Employee Contributions to the Plan to make up for the Employee Contributions you did not make during your military leave;

- To receive certain Matching Contributions on your additional Employee Contributions (excluding Catch-Up Contributions); and

- To share in the allocation of Qualified Nonelective Contributions to the extent you would have received an allocation had you not been on military leave.

The level of Employee Contributions, Matching Contributions and Qualified Nonelective Contributions made by you or on your behalf to the Plan when you return to employment with an Employer is subject to the limitations of the Plan and Code.  If you take a military leave of absence, please contact your corporate Human Resources Department for more information on your rights under the Plan.

## IV.   INVESTMENT OPTIONS

### A.    Investment Funds

Your Employer will forward Contributions made by you or on your behalf to Fidelity for investment in one or more of the Plan's investment funds (the "Investment Funds") as described in Section IV.B below.  The Investment Funds consist of at least three mutual funds (the "Discretionary Investment Funds") and the Company Stock Fund.  The Administrative Committee selects the Discretionary Investment Funds available under the Plan, and it may add one or more new Discretionary Investment Funds, or freeze or liquidate one or more existing Discretionary Investment Funds, at any time.

A brief description of the Investment Funds is set forth in Appendix A of this Prospectus. You will be provided more detailed information about the Investment Funds in the enrollment kit and the quarterly statements you receive from Fidelity.  In addition, for each of the Investment Funds, you may request the latest prospectus and annual report (other than for the Company Stock Fund), investment performance history, share value and the most recent annual operating expenses by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.  You should review these materials carefully before making any decisions about investing your Accounts under the Plan in any of the Investment Funds.

13

YRC Retirement Savings Plan SPD.DOC

## B.   Choosing Investments; Changes in Investment Allocation

You may invest future Contributions made by you or on your behalf, and amounts already in your Accounts, as follows:

### 1.   Future Contributions.

You may direct the investment of all future Contributions to the Plan made by you or on your behalf, other than 50% of the Nondiscretionary Matching Contributions made on your behalf, in one or more of the Discretionary Investment Funds.  Any Qualified Nonelective Contributions made by your Employer on your behalf will be invested in the same manner as your Pre-Tax Contributions.

Fifty percent (50%) of the Nondiscretionary Matching Contributions made on your behalf will automatically be invested in the Company Stock Fund, which primarily invests in Company Stock.

### 2.   Existing Account Balances.

You may allocate amounts in your existing Account balances (including your Account balances invested in the Company Stock Fund) among any of the Discretionary Investment Funds, but you cannot transfer amounts from the Discretionary Investment Funds into the Company Stock Fund.

The Account balances invested in the Company Stock Fund are as follows:

- Your Prior PAYSOP Account;

- Your Prior Profit Sharing "A" Account;

- Your Performance-Based Contribution Account;

- The portion of your Matching Contribution Account attributable to the 50% of your Nondiscretionary Matching Contributions invested in the Company Stock Fund; and

- The portion of your Roadway Matching Contribution Account and Roadway Stock Bonus Account invested in the Company Stock Fund.

If you elect to transfer amounts out of any Account invested in the company Stock Fund, you may not transfer such amounts back into the Company Stock Fund, except for certain amounts transferred out of your Prior PAYSOP Account and Performance-Based Contribution Account to the extent required by the Plan.  If you would like to transfer amounts in those Accounts back into the Company Stock Fund, please contact the Administrative Committee for more information on whether, under the terms of the Plan, you may do so.

### 3.   Making Your Investment Elections.

To the extent that you may direct the investment of future Contributions made by you or on your behalf and your existing Account balances, you must instruct Fidelity as to how you

14

YRC Retirement Savings Plan SPD.DOC

would like to invest those amounts.  You may do so by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com and directing that those future Contributions and existing Account balances be allocated among the Discretionary Investment Funds in 1% increments.  This means that you may allocate 1%, 2%, 5%, etc., up to 100% of those future Contributions or existing Account balances to the Discretionary Investment Fund(s) of your choice.  Your existing Account balances may be allocated among the Discretionary Investment Funds differently than future Contributions made by you and on your behalf.

To make an election to change the allocation of future Contributions made by you or on your behalf among the Discretionary Investment Funds, you may contact Fidelity at any time by telephone at 1-800-835-5098 or via the Internet at www.401k.com, and the change will become effective as soon as administratively practicable after your new investment election is received by Fidelity.

To change the allocation of your existing Account balances among the Discretionary Investment Funds, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, and the change will become effective as follows:

- If you contact Fidelity before 4 p.m. Eastern time (or, if the NASDAQ Stock Exchange closes at any earlier time, the earlier closing time) on any Business Day, your investment instruction will become effective by the close of business on that Business Day.

- If you contact Fidelity after 4 p.m. Eastern time on any Business Day (or any day that is not a Business Day), your investment instruction will become effective by the close of business of the next Business Day.  If the NASDAQ Stock Exchange closes at any earlier time on a Business Day (*i.e.*, before 4 p.m. Eastern time), then the earlier closing time will apply for providing investment instructions on that Business Day.

To change the allocation of your existing Account balances from the Company Stock Fund to any of the Discretionary Investment Funds, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, and the change will become effective as soon as administratively practicable after the receipt of your diversification election.  The amount transferred out of the Company Stock Fund will be based on the value of your Accounts under the Company Stock Fund as of the Valuation Date coincident with or immediately preceding the date on which Fidelity receives your election.  Generally, if Fidelity receives a request for a transfer or distribution from the Company Stock Fund before 4:00 pm Eastern Standard Time on a business day, the request can be processed the same day, and in that instance the transfer or distribution would be based on the value of your Accounts on that date.  However, this is not a guarantee that such a request will always be processed on the same day as circumstances may arise which would prevent processing the request on the same day received.

If you fail to provide investment instructions to Fidelity, all future Contributions made by you and on your behalf (other than Nondiscretionary Matching Contributions initially required to be invested in the Company Stock Fund), and all your existing Account balances (to the extent not already invested in the Company Stock Fund) will be invested in the Fidelity Freedom Fund

15

YRCW-000575

appropriate for your age. If you are enrolled in the Plan under the Plan's automatic enrollment feature, your 3% Pre-Tax Contributions will be invested in the Fidelity Freedom Fund appropriate for your age, unless you elect otherwise.

### C.    Self-Directed Brokerage Services

You have the option of opening a Fidelity BrokerageLink Account to invest your existing Account balances in mutual funds other than the Discretionary Investment Funds. The maximum amount that you may invest through a BrokerageLink Account is 25% of the total amount of your existing Account balances (including those Account balances invested in the Company Stock Fund). You may not invest future Contributions directly into your BrokerageLink Account.

You may not make any investment through your BrokerageLink Account unless the terms and conditions of the investment are satisfied.

To request an application to open a BrokerageLink Account, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. Once you have been approved, you may initially fund your BrokerageLink Account by contacting Fidelity at its 800 telephone number to request a transfer of funds from one or more of the Discretionary Investment Funds in which your existing Account balances are invested. Your initial transfer to your BrokerageLink Account must be at least $2,500, but not more than 25% of the total of your existing Account balances (including those Account balances invested in the Company Stock Fund) as of the date of transfer. After that, you may increase or decrease the balance in your BrokerageLink Account by contacting Fidelity at its 800 telephone number and requesting a transfer of funds (with a $1,000 transfer minimum), to your BrokerageLink Account from a Discretionary Investment Fund or vice-versa.

Your BrokerageLink Account will be charged with any brokerage or other fees relating to transactions involving your BrokerageLink Account.

If the value of your BrokerageLink Account ever exceeds 25% of the total of your existing Account balances (including those Account balances invested in the Company Stock Fund), you will not be permitted to transfer any amounts into your BrokerageLink Account until its value decreases to 25% or less of the total value of your existing Account balances.

To transfer funds to or from your BrokerageLink Account or to buy or sell investments within your BrokerageLink Account, you must contact Fidelity by telephone at 1-800-835-5098 for directions to carry out these transactions and information on the timing of these transactions.

### D.    ESOP Loans

Special rules apply when the ESOP portion of the Plan obtains a loan to purchase Company Stock. These rules do not apply to the Plan because no ESOP loan is outstanding as of the date of this Prospectus.

16

### E.  Pass-Through of Dividends

Generally, any dividends paid on Company Stock held in the Company Stock Fund will be allocated to those Accounts invested in the Company Stock Fund.  At the direction of the Board of Directors, however, any cash dividend payable on Company Stock allocable to your Prior PAYSOP Account and Performance-Based Contribution Account (your "ESOP Accounts") may be paid either (1) directly to you, or (2) to the Plan and distributed to you no later than 90 days after the end of the Plan Year in which the dividends are paid to the Plan.

If you have terminated employment with the Employers and Affiliates and requested, but have not received, a distribution of your Accounts, dividends paid on Company Stock allocable to your ESOP Accounts will be paid directly to you.  You may elect, at the time and in the manner prescribed by the Administrative Committee, to have the dividends paid in the form of cash or whole shares of Company Stock (with cash for fractional shares).  If you do not make this election, the dividend will be distributed to you in cash.  If you have terminated employment and not requested a distribution, cash dividends declared on Company Stock allocable to your ESOP Accounts will be paid in the same manner as described in the preceding paragraph.

## V.  STOCKHOLDER RIGHTS IN THE COMPANY STOCK FUND

You may exercise voting rights over shares of Company Stock held in the Company Stock Fund and allocable to your Accounts by directing the Trustee as to how to vote those shares.  Before each annual or special stockholders' meeting, the Trustee will furnish you with proxy solicitation materials that are generally sent to YRC stockholders, together with instructions as to how you may direct the Trustee to vote your shares.  Upon timely receipt of your properly made instructions, the Trustee will vote shares of Company Stock allocable to your Accounts in accordance with your voting instructions.  The Trustee will vote all shares of Company Stock held in the Company Stock Fund for which the Trustee has not received timely voting instructions from Participants, in the same proportion as it votes those shares of Company Stock for which it has received timely and properly made voting instructions from Participants.

In addition, you will have the same right, to the extent of shares of Company Stock allocable to your Accounts, to direct the Trustee as to how to respond to a tender or exchange offer made with respect to those shares.  The Trustee will use its best efforts to distribute or cause to be distributed to each Participant the information that will be distributed to YRC stockholders in connection with the tender or exchange offer.  Upon timely receipt of your properly made directions, the Trustee will respond to a tender or exchange offer as directed by you with respect to the shares of Company Stock allocable to your Accounts.  The Trustee will not tender any shares of Company Stock held in the Company Stock Fund, for which it does not receive timely and properly made directions.

Information relating to the purchase, holding, and sale of Company Stock, and the directions received by the Trustee from any individual Participant relating to the Participant's proxy voting and tender offer directions are held by the Trustee in strict confidence and will not be divulged to any person, including directors, officers or employees of YRC or related corporations or entities, except as may otherwise be required by law.

17

YRCW-000577

Generally, the Trustee will exercise all voting and tender rights with respect to all the other Investment Funds, and you have no voting or tender rights with respect to the investment of your Accounts in the other Investment Funds.

## VI.   LOANS

If you are an active employee of an Employer or an Affiliate, the Plan offers you the opportunity to borrow from certain of your Accounts, subject to certain limitations. When you borrow from your Accounts, you repay the loan, including principal and interest, back to your Accounts through regular after-tax payroll deductions. Your loan will be secured by up to 50% of the total of your vested Account balances. You may continue to make Employee Contributions to the Plan while you are repaying your loan. All loans under the Plan will be granted and administered in accordance with the requirements of ERISA, the Code and any procedures and rules established by the Administrative Committee and Trustee.

### A.   Loan Eligibility

You may have only one outstanding loan from the Plan at any time. You may borrow from the following Accounts in the following order:

- Your Meridian Rollover Contribution Account;
- Your Roadway Rollover Contribution Account;
- Your Rollover Contribution Account;
- Your Prior Profit Sharing "A" Account;
- Your Meridian Pre-Tax Contribution Account;
- Your Roadway Pre-Tax Contribution Account; and
- Your Pre-Tax Contribution Account.

Funds will be withdrawn *pro rata* from each of the Investment Funds in which the above Accounts are invested.

The maximum amount you may borrow from your Accounts equals the least of the following three amounts:

- 50% of the total of your vested Account balances;
- $50,000, reduced by (1) the highest outstanding balance of any loan to you from the Plan (or from any other plan maintained by an Employer or an Affiliate) during the 12-month period preceding the loan, minus (2) the outstanding balance of all loans from all other plans on the date the loan is made; or
- The sum of the amounts in your Meridian Rollover Contribution Account, Roadway Rollover Contribution Account, Rollover Contribution Account,

18

YRCW-000578

Prior Profit Sharing "A" Account, Meridian Pre-Tax Contribution Account, Roadway Pre-Tax Contribution Account, and Pre-Tax Contribution Account.

The minimum loan amount is $1,000.

Special loan rules may apply to you if, after you terminate service with the Employers and the Affiliates, you are a party-in-interest (as defined in ERISA) with respect to the Plan. Contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, or your corporate Human Resources Department to determine if these special rules apply to you.

### B.        Interest Rate

The interest rate charged by the Plan on a loan will be 1% plus the prime rate of interest published by The Wall Street Journal for the 15th day of the month immediately preceding the month in which your loan is disbursed (or if that day is not a Business Day, the next succeeding Business Day). To the extent funds for your loan are charged against your Meridian Pre-Tax Contribution Account, Roadway Pre-Tax Contribution Account, or Pre-Tax Contribution Account, interest on your loan is not deductible for federal income tax purposes.

### C.        Security

To obtain a loan from your Accounts, you must sign a promissory note evidencing the loan, and you must pledge 50% of your vested Account balances as security for the loan. The promissory note will be treated as one of your Account investments. Finally, when you apply for a loan from your Accounts, you must authorize your Employer to withhold your loan repayments from your pay.

### D.        Repayments

Loans may be for a minimum term of one year and a maximum term of five years. You must repay your loan through after-tax payroll deductions from your regular paychecks. Loan repayments will not be deducted from your bonus checks or any other special or irregular paychecks. Loan repayments are allocated on a *pro rata* basis to the Accounts from which the loan was disbursed. For example, if 1/3 of your loan amount came from your Pre-Tax Contribution Account and 2/3 of your loan amount came from your Rollover Contribution Account, then 1/3 of each loan repayment will be credited to your Pre-Tax Contribution Account and 2/3 of each loan repayment will be credited to your Rollover Contribution Account.

If, in any pay period, the amount of your pay is less than your required loan repayment, you must make up the difference by a certified or cashier's check payable to the Trustee.

You may prepay your loan in full at any time without penalty; partial prepayments are not permitted.

### E.        Loan Default

If you fail to make any required loan repayment, you file for bankruptcy or you terminate employment with the Employers and the Affiliates for any reason and do not remain a "party in

19

YRC Retirement Savings Plan SPD.DOC

interest" within the meaning of ERISA, your loan will be considered to be in default. Once your loan is in default, you must pay the entire amount of your loan balance within 90 days of the default event. If you do not repay your loan within the 90-day cure period, the outstanding balance of your loan will be treated as a taxable distribution to you, and you will be subject to all applicable taxes and penalties.

If you remain employed by an Employer or an Affiliate after the date of default, your defaulted loan will continue to be treated as an outstanding loan, interest will continue to accrue, and your outstanding loan balance (including the accrued interest) will count against any future loan request. You may repay your defaulted loan in one balloon payment, and this payment will increase your tax basis in your Accounts.

A summary of the tax consequences of a loan default accompanies all loan applications, and you should review this information carefully before applying for a loan.

### F.    Military Leaves of Absence

If you take a military leave of absence, you may elect to suspend your loan repayments and your suspension period may be as long as the entire period of your military leave. If you make this election, your loan will continue to accrue interest during the suspension period, and loan payments must resume when your military service ends and you return to work with an Employer or an Affiliate. When you resume making loan payments, you may either (1) extend your loan term for a period not exceeding the original term of your loan plus the period of your military leave, provided that the frequency and amount of your loan repayments are not less than the frequency and amount of your pre-military leave loan repayments, or (2) make one lump-sum payment equal to the missed loan repayments plus accrued interest and resume making regularly schedule loan repayments.

### G.    Applying for a Loan

You may apply for a loan from the Plan by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. An application fee of $50 will be deducted ratably from the Accounts from which your loan funds are withdrawn. Your loan application will be processed, and your loan will be disbursed, as soon as administratively practicable after Fidelity receives your loan application. Please note that if you are married, then your spouse must consent in writing to any loan from your Accounts within the 90-day period before the loan is made.

### H.    Loans under a Merged Plan

If you were a participant in a plan that merged into the Plan and you had an outstanding loan transferred from the merged plan to this Plan, the loan will be treated as a loan under this Plan and will be subject to this Plan's loan requirements to the extent required by the Administrative Committee.

YRC Retirement Savings Plan SPD.DOC

YRCW-000580

## VII.   IN-SERVICE WITHDRAWALS

### A.   Non-Hardship Withdrawals

#### 1.   General Rules for all Participants

By contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, you may request an in-service withdrawal of amounts from the following Accounts in the following order:

- Up to 100% of your After-Tax Contribution Account balance;

- Up to 100% of your Rollover Contribution Account balance;

- Up to 75% of your Prior Profit Sharing "A" Account balance; and

- Up to 100% of your Pre-Tax Contribution Account balance, if you have reached age 59½.

You may not make an in-service, non-hardship withdrawal from the above Accounts more frequently than once every two years.  If you are married, then your spouse must consent in writing to any non-hardship withdrawal from the above Accounts within the 90-day period before the non-hardship withdrawal is made.

If, however, you are a former Meridian Plan or Roadway Plan participant and you can make an in-service, non-hardship withdrawal from your Meridian Accounts or Roadway Accounts, respectively, as described in Section VII.A.2 or 3 below, you must make an in-service withdrawal of all available amounts from your Meridian Accounts or Roadway Accounts, respectively, before you may make an in-service withdrawal from the above Accounts.

#### 2.   Non-Hardship Withdrawals for Former Meridian Plan Participants

If you are a former Meridian Plan participant and you have reached age 59½, then by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, you may request an in-service withdrawal from the following Meridian Accounts in the following order:

- Up to 100% of your Meridian Rollover Contribution Account balance;

- Up to 100% of your Meridian Matching Contribution Account balance; and

- Up to 100% of your Meridian Pre-Tax Contribution Account balance.

There is no limit on the frequency of in-service, non-hardship withdrawals from your Meridian Accounts after you have reached age 59½.

YRC Retirement Savings Plan SPD.DOC

YRCW-000581

### 3.   Non-Hardship Withdrawals for Former Roadway Plan Participants

If you are a former Roadway Plan participant, then by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com, you may request an in-service withdrawal of amounts from the following Roadway Accounts in the following order:

- Up to 100% of your Roadway After-Tax Contribution Account balance;

- Up to 100% of your Roadway Rollover Contribution Account balance;

- Up to 100% of your Roadway Matching Contribution Account balance (excluding amounts attributable to Safe Harbor Matching Contributions made under the Roadway Plan), provided that the matching contributions have been held in this Account for at least two years or you have been a Participant in this Plan and the Roadway Plan combined for at least five years; and

- Up to 100% of your Roadway Pre-Tax Contribution Account balance, plus 100% of your Roadway Matching Contribution Account balance that is attributable to Safe Harbor Matching Contributions made under the Roadway Plan, if you have reached age 59½.

There is no limit on the frequency of in-service, non-hardship withdrawals from your Roadway Accounts after you have satisfied the applicable requirements for withdrawal.

### B.   Hardship Withdrawals

Pre-Tax Contributions held for you under the Plan generally stay in the Plan until you reach age 59½ or terminate employment with the Employers and the Affiliates. However, if you experience a financial hardship, as defined by federal tax laws and by the Plan, you may apply to Fidelity to make a cash withdrawal from the following Accounts (except for earnings on those Accounts that accrue after 1988) in the following order:

- Your Meridian Pre-Tax Contribution Account;

- Your Roadway Pre-Tax Contribution Account; and

- Your Pre-Tax Contribution Account.

Before you can obtain a hardship withdrawal, you must first make all of the in-service withdrawals available under the Plan as described in Section VII.A above, and you must first take the maximum loan from your Accounts and the maximum nontaxable loans currently available under all other plans maintained by the Employers and the Affiliates.

Under federal tax laws, a withdrawal is on account of "financial hardship" only if it is made because of an immediate and heavy financial need and is necessary to satisfy this financial need. The amount of a hardship withdrawal may not exceed the lesser of the following two numbers:

22

YRC Retirement Savings Plan SPD.DOC

YRCW-000582

- The amount necessary to satisfy your immediate and heavy financial need; and

- The total of the balances in your Meridian Pre-Tax Contribution Account or Roadway Pre-Tax Contribution Account and your Pre-Tax Contribution Account, as of the Valuation Date immediately preceding the date of your hardship withdrawal (excluding post-1988 earnings).

Funds for a hardship distribution will be withdrawn *pro rata* from each of the Investment Funds in which your Meridian Pre-Tax Contribution Account or Roadway Pre-Tax Contribution Account and your Pre-Tax Contribution Account are invested.

To apply for a hardship withdrawal, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. If you are married, then your spouse must consent in writing to any hardship withdrawal from your Accounts within the 90-day period before the hardship withdrawal is made.

As soon as administratively practicable after you submit your application for a hardship withdrawal to Fidelity, Fidelity will approve or deny your request for a hardship withdrawal. It will do so based on your application, which must show that your financial hardship arises from any of the following:

- Payment of certain tax deductible medical expenses incurred by you, your spouse, or any of your dependents, or expenses necessary to obtain this type of medical care;

- Payment of costs directly related to the purchase (excluding mortgage payments) by you of your principal residence;

- Payment of tuition, related educational fees and room and board expenses for the next 12 months of post-secondary education for you, your spouse or any of your dependents;

- The need to prevent eviction from your principal residence or foreclosure of the mortgage on your principal residence;

- Payment of burial or funeral expenses for your deceased parent, spouse or dependent; or

- Payment of expenses for the repair of damage to your principal residence that would qualify for the casualty deduction under Code Section 165 (determined without regard to whether the loss exceeds 10% of your adjusted gross income).

- Any other event or occurrence that the Internal Revenue Service ("IRS") may designate.

23

YRC Retirement Savings Plan SPD.DOC

YRCW-000583

Fidelity will treat a withdrawal as necessary to satisfy your financial need only if the following requirements are satisfied:

- The withdrawal is not in excess of the amount of your immediate and heavy financial need, including federal, state or local income taxes or penalties reasonably anticipated to result from the withdrawal;

- You have obtained all distributions, other than hardship distributions, and all nontaxable loans currently available under all plans maintained by the Employers and the Affiliates; and

- The Plan, and all other plans (other than welfare plans) maintained by the Employers and the Affiliates, provide that your pre-tax and after-tax contributions will be suspended for at least six months after receipt of the hardship withdrawal.

Hardship withdrawals will be paid as soon as administratively practicable following Fidelity's approval of your application for a hardship withdrawal. However, in no event will Fidelity approve a hardship withdrawal if granting the hardship withdrawal would have adverse tax consequences for the Plan.

### C.     Tax Consequences of Withdrawals

The tax consequences of any withdrawal from your Accounts are significant. You should make sure you understand the tax consequences before making any withdrawal decision. For a general description of federal income tax treatment of in-service withdrawals, see Section XV below.

## VIII.   SECTION 16 CONSIDERATIONS FOR DIRECTORS AND OFFICERS

Directors and officers of YRC should be aware that, under certain circumstances, transactions under the Plan involving the Company Stock Fund could result in liability to YRC for any profits realized under Section 16(b) of the Securities Exchange Act of 1934 (the "Exchange Act"). In particular, an officer's or director's election (1) to take a withdrawal funded in whole or in part by a reduction of his or her interest in the Company Stock Fund, or (2) to reallocate Contributions previously invested under the Plan into or out of the Company Stock Fund, may be deemed to be a discretionary transaction under the rules of the Securities and Exchange Commission (the "SEC"). Any discretionary transaction under the Plan that occurs within six months of a prior discretionary transaction under the Plan or any other YRC employee benefit plan constituting an opposite way transaction, would not be exempt from Section 16(b) liability. The rules in this area are complicated. Directors and executive officers are encouraged to consult with the General Counsel of YRC, before effecting transactions in Company Stock. You may contact the General Counsel by writing to him at 10990 Roe Avenue, Overland Park, KS 66211. Telephone inquires may be directed to (913) 696-6100.

The receipt of a distribution of Company Stock from the Plan by a YRC director or officer must be reported pursuant to Section 16(a) of the Exchange Act. A disposition of this

YRC Retirement Savings Plan SPD.DOC

YRCW-000584

Company Stock is not exempt from Section 16(b) and is subject both to reporting and to potential short swing profit liability to YRC.

## IX.   DISTRIBUTION OF ACCOUNTS

### A.   General Rules

If you retire, terminate employment due to a Permanent Disability or terminate employment for reasons other than death, you are eligible to receive a distribution of your Accounts.  For purposes of the Plan, you have a "Permanent Disability" if you are eligible for, and are receiving, disability insurance benefits under your Employer's long-term disability plan or the federal Social Security Act.  Normal retirement age under the Plan is age 65.

To request a distribution of your Accounts, you must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.  Fidelity will forward to your home instructions on how to request a distribution and provide you with the payment options available under the Plan, as well as certain tax information.  Your Accounts will be distributed to you as soon as administratively practicable after Fidelity receives your request for a distribution.

If the total value of your vested Accounts (excluding your Rollover Contribution Account and your Roadway Rollover Contribution Account or Meridian Rollover Contribution Account, if any) exceeds $5,000, you may defer distribution of your Accounts until the April 1 of the year following the year in which you reach age 70½.  If you terminate employment with the Employers and Affiliates after you reach 70½, you will receive a distribution of your vested Accounts as soon as administratively practicable after your termination of employment.

If you are still employed by an Employer or an Affiliate on the April 1 of the year following the year in which you reach age 70½, the following special rules may apply to you:

- If you are a 5% Owner, you must start distribution of your Accounts no later than the April 1 following the year in which you reach age 70½.

- If you are a former Meridian Plan participant or you are a former Roadway Plan participant who reached age 70½ before 1999, you may elect either (1) to start distribution of your Accounts on the April 1 of the year following the year in which you reach age 70½, or (2) defer distribution until you terminate employment.

- If you are not a former Meridian Plan or Roadway Plan participant and you reached age 70½ before 2002, you may elect either (1) to start distribution of your Accounts on the April 1 of the year following the year in which you reach age 70½, or (2) defer distribution until you terminate employment.

### B.   Forms of Distribution

The normal form of distribution from your Roadway Accounts or Meridian Accounts is one lump-sum cash payment.  The normal form of distribution from your other Accounts is a Qualified Joint and Survivor Annuity (a "QJSA").  A "QJSA" means:

25

YRC Retirement Savings Plan SPD.DOC

- If you have no spouse on the date on which your distribution is scheduled to start (your "<u>Annuity Starting Date</u>"), a single life annuity providing monthly payment to you for your life, which payments will stop upon your death; or

- If you have a spouse on your Annuity Starting Date, a joint and survivor annuity providing monthly payments to you for your life, and, upon your death, monthly payments to your surviving spouse for his or her life equal to 50% of the monthly amount paid to you.  Payments under this option will stop upon the later of your death or your spouse's death.

In lieu of the normal form of distribution described above, you may elect during the period beginning not more than 90, and not less than 30, days before your Annuity Starting Date (the "<u>QJSA Election Period</u>"), to receive a distribution of your Accounts in the following optional forms of payment:

- One lump sum cash payment;

- Substantially equal monthly, quarterly, semiannual or annual cash installments over a period not to exceed your life expectancy or the life expectancies of you and your Beneficiary; or

- An annuity that will provide monthly payments for your life or the joint lives of you and your Beneficiary.  For this purpose, your "<u>Beneficiary</u>" is limited to your spouse, brother, sister, or "dependent" (as defined in the Code).

In addition to the distribution options described above, if you are a former Meridian Plan participant, you may receive a distribution of your Meridian Accounts in any of the following forms:

- A single life annuity with a certain period of five, ten or 15 years;

- A single life annuity with an installment refund;

- A joint and survivor annuity with an installment refund and a survivor annuity of 50%, 66⅔% or 100%;

- A fixed period annuity for any period of whole months that is not less than 60 and does not exceed the life expectancy of you and your designated Beneficiary where life expectancy is not recalculated; or

- A series of installments chosen by you with a minimum payment each year beginning with the year in which you reach age 70½.  The amount of the minimum payment will be determined in accordance with the terms of the Plan.

## C.   Notice of Distribution Options

During the QJSA Election Period, the Administrative Committee will provide to you or your Beneficiary a notice(s) explaining:

26

YRCW-000586

- The normal and optional forms of distribution available under the Plan;
- The relative values of the various optional forms of distribution under the Plan;
- Your right, if any, to defer distribution of your vested Accounts until the April 1 of the year following the year in which you reach age 70½, as described above;
- Your right to waive the normal form of distribution and elect (with the consent of your spouse, if any) an optional form of distribution;
- The rights of your spouse, if any; and
- The tax treatment of the distribution if all or part of the distribution is an "eligible rollover distribution."

You may elect to receive or start receiving distribution of your Accounts less than 30 days after the Administrative Committee provides the above notice to you if:

- The Administrative Committee clearly informs you that you have a right to a period of at least 30 days after receiving the notice to consider your payment options and the tax treatment of those options;
- After receiving the notice, you affirmatively elect a distribution and waive the 30-day notice period; and
- The distribution does not commence before the expiration of the seven-day period that begins on the day after the date the notice is provided to you.

If the total value of all your vested Accounts is $5,000 or less (excluding your Rollover Contribution Account and your Roadway Rollover Contribution Account or Meridian Rollover Contribution Account, if any) as of the date you terminate employment with the Employers and the Affiliates, your Accounts will be distributed as follows:

- If the total of your vested Account balances (including your Rollover Contribution Account and your Roadway Rollover Contribution Account or Meridian Rollover Contribution Account, if any) is greater than or equal to $1,000, the total of your Account balances (including your rollover contribution accounts, if any) will automatically be transferred to an eligible retirement plan or an individual retirement account (collectively, an "IRA") *if* you do not timely elect a cash distribution or a direct rollover to an IRA. The Administrative Committee will select the IRA for the transfer. The funds transferred to the IRA will be invested in an investment product designed to preserve the principal and to provide a reasonable rate of return and liquidity. Fees and expenses associated with the IRA will be deducted from the balance in the IRA. For further information concerning this automatic rollover feature, contact the Administrative Committee.
- If the total of your vested Account balances (including your Rollover Contribution Account and your Roadway Rollover Contribution Account or

27

YRCW-000587

Meridian Rollover Contribution Account, if any) is less than $1,000, you will receive a lump sum cash payment of the total of your vested Account balances as soon as administratively practicable after you terminate employment, unless you elect to directly roll this amount over to an IRA.

You should contact the Administrative Committee if you have any questions about any of your distribution options.

### D.    Waiver of QJSA

If you elect to have your Accounts (other than your Roadway Accounts or Meridian Accounts, if any) paid in a form other than a QJSA (or an alternative joint and survivor annuity where your spouse's survivor benefit is greater than 50% but not greater than 100% of your monthly annuity payments), your spouse must irrevocably consent in writing to the specific form of payment and, if applicable, to any nonspouse Beneficiary. The consent must:

- Be obtained during the QJSA Election Period;
- Acknowledge the effect of the consent; and
- Be witnessed by a Plan representative or notary public.

You may revoke an election to waive the QJSA at any time prior to the later of your Annuity Starting Date or the expiration of the seven-day period that begins the day after the written explanation of distribution options is provided to you. After any revocation, you may make another election to waive the QJSA in the form and manner described in this paragraph. If you elect to have your Roadway Accounts or Meridian Accounts paid as an annuity, the spousal consent rules described in this paragraph will apply to you and your spouse.

### E.    Distribution of Company Stock

You will receive a distribution of your Accounts in cash. However, if your Accounts are paid to you in a single lump sum payment, you may elect to receive whole shares of Company Stock allocable to your Accounts at the time of the distribution in lieu of cash.

## X.    DEATH

### A.    General Rules

You will be asked to complete a beneficiary designation form when you begin participation in the Plan. You will designate on the form the person who will receive the distribution of your Accounts upon your death. This person is known as your "Beneficiary." By law, if you are married, your spouse is your Beneficiary, unless your spouse consents in writing to the designation of someone else as your Beneficiary. The consent must be witnessed by a notary public. You may change your Beneficiary designation at any time, although if you are married and change the designation of your Beneficiary to someone other than your spouse, your spouse must consent in writing to the change in your Beneficiary.

28

YRCW-000588

If your spouse is your Beneficiary and you and your spouse subsequently divorce, the Administrative Committee will treat your former spouse as having predeceased you unless (1) after the divorce, you file with the Administrative Committee another written instrument executed by you explicitly designating your former spouse as your Beneficiary, or (2) a "Qualified Domestic Relations Order" from a court explicitly requires you to maintain your former spouse as your Beneficiary.  In any case in which your former spouse is treated as having predeceased you, no heir or other beneficiary of your former spouse will receive any benefits from the Plan as a Beneficiary except as otherwise provided in your written Beneficiary designation.

**B.      Distribution to Non-Spouse Beneficiary**

If you have no spouse on the date of your death and you die before your Annuity Starting Date, then the total value of your vested Accounts will be paid (or begin to be paid) to your Beneficiary in a single lump sum cash payment or periodic cash installments, as elected by your Beneficiary, as soon as administratively practicable after your death.

**C.      Distribution to Spousal Beneficiary**

**1.      General Rule for Non-Roadway and Non-Meridian Accounts**

Unless you elect otherwise as described below, if you have a spouse on the date of your death and you die before your Annuity Starting Date, the total value of your vested Accounts (other than your Roadway Accounts or Meridian Accounts, if any) will be applied to the purchase of an annuity from an insurance company providing monthly payments to your surviving spouse for the spouse's life (a "Qualified Preretirement Survivor Annuity" or "QPSA").  Your surviving spouse may elect to start receiving the QPSA within a reasonable time after your death.  Your surviving spouse may, during the 90-day period before his or her Annuity Starting Date, waive the QPSA and elect a single lump sum cash payment or cash installment payments.

**2.      General Rule for Roadway Accounts and Meridian Accounts**

If you have a spouse on the date of your death and you die before your Annuity Starting Date, the total value of your Roadway Accounts or Meridian Accounts, if any, will be paid to your surviving spouse in a single lump sum cash payment or periodic cash installments, as elected by your surviving spouse.

**3.      Notice of Qualified Preretirement Survivor Annuity**

The Administrative Committee will provide you with a written notice explaining the QPSA within the QPSA Notice Period (as defined below).  This notice will contain information similar to the information in the explanation of distribution options described in Section IX.C above.  Your "QPSA Notice Period" is whichever of the following periods ends later:

YRCW-000589

- The period beginning with the first day of the Plan Year in which you reach age 32 and ending with the close of the Plan Year preceding the Plan Year in which you reach age 35; or

- The period beginning one year prior to the date you become a Participant and ending one year after that date.

If you terminate employment with the Employers and Affiliates before reaching age 35, your "QPSA Notice Period" is the period beginning one year before, and ending one year, after your termination of employment. If you return to employment, the Administrative Committee will provide a written QPSA notice when you return.

### 4.    Waiver of Qualified Preretirement Survivor Annuity.

After receiving a written explanation of the QPSA, you may elect to waive the QPSA in writing during the QPSA Election Period (as defined below) if you obtain your spouse's consent in the same manner as required for a QJSA under Section IX.D above. Your "QPSA Election Period" will begin on the first day of the Plan Year in which you reach age 35 and end on the date of your death. If your employment with the Employers and Affiliates terminates prior to the beginning of the QPSA Election Period, the QPSA Election Period will begin on the date of your termination of employment. If you waive the QPSA before the QPSA Election Period, your waiver will be valid only through the end of the year before the year in which you reach age 35, and you must file a new election to waive the QPSA after you reach age 35 (with your spouse's written consent).

### D.    Special Rule for Account Balances Not Exceeding $5,000

Notwithstanding the above description of the QPSA, if the total value of your vested Accounts (excluding your Rollover Contribution Account and your Roadway Rollover Contribution Account or Meridian Rollover Contribution Account, if any) does not exceed $5,000 as of the date of your death, the Plan will distribute your Accounts to your Beneficiary in a single lump sum cash payment as soon as administratively practicable after your death.

### E.    Distribution of Company Stock to Beneficiary

Your Beneficiary will receive his or her distributions in cash. However, if your Accounts are paid to your Beneficiary in a single lump sum payment, he or she may elect to receive whole shares of Company Stock allocable to your Accounts at the time of distribution in lieu of cash.

## XI.    ROLLOVER TO AN IRA OR TO ANOTHER ELIGIBLE PLAN

Certain distributions from the Plan can be rolled over to an IRA, another employer's qualified plan, a 403(b) arrangement or a governmental 457(b) plan. By rolling over the taxable portion of an eligible rollover distribution, you avoid paying current income taxes and possible tax penalties on your distribution.

30

YRC Retirement Savings Plan SPD.DOC

Federal tax law governing rollovers is detailed and complex. Before any distribution is made from your Accounts, you will receive a notice that describes your rights and options under federal tax law. For more information on rollover distributions, see Section XV below.

## XII.   APPEAL PROCEDURES

As noted above, to request a distribution of your Accounts, you (or your Beneficiary) must contact Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com.

### A.   Denial of Claim

If your request for benefits (your "claim for benefits") under the Plan is wholly or partially denied, the Administrative Committee will furnish you with a written notice, within a reasonable period of time (no later than 90 days) after Fidelity receives your claim for benefits, setting forth:

- The specific reasons for the denial;

- The Plan provisions on which the denial is based;

- Any additional materials or information necessary for your claim for benefits to be valid and an explanation of why this additional material or information is necessary; and

- A description of the Plan's review procedures and the time limits applicable to those procedures, including a statement of your right to bring a civil action under ERISA Section 502(a) following an adverse decision on review by the Administrative Committee.

If the Administrative Committee determines that special circumstances require an extension of time beyond the initial 90-day period, the Administrative Committee will provide to you, within the initial 90-day period, a written notice of the extension indicating the special circumstances requiring the extension and the date by which the Administrative Committee expects to make its determination (which date will not be later than 90 days from the end of the initial 90-day period).

### B.   Review of Denied Claim

Within 60 days after receipt of the notice of denial of your claim for benefits, you may request, upon written application to the Administrative Committee, a review by the Administrative Committee of its decision denying your claim. The Administrative Committee will provide you the opportunity to submit written comments, documents, records and other information relating to your claim for benefits, and will provide you, upon request and free of charge, reasonable access to and copies of pertinent documents. The Administrative Committee will make a full and fair review and make its decision by taking into account all comments, documents, records and other information submitted by you, regardless of whether these

31

YRC Retirement Savings Plan SPD.DOC

YRCW-000591

comments, documents, records and other information were considered by the Administrative Committee when it initially denied your claim for benefits.

The Administrative Committee will issue its decision with respect to your request for review of your denied claim for benefits within a reasonable period of time, but not later than 60 days after receipt of the review request.  This 60-day period may be extended for another 60 days if the Administrative Committee finds that special circumstances require an extension of time for processing and the Administrative Committee provides to you, within the initial 60-day period, a written notice of this extension indicating the special circumstances requiring the extension and the date by which the Administrative Committee expects to make its determination (which date will not be later than 60 days from the end of the initial 60-day period).  However, if the Administrative Committee grants an extension due to your failure to submit information necessary to decide your claim, the period for making the decision on review will be tolled from the date on which the Administrative Committee sends the notice of extension to you until the date on which you respond to the request for additional information.

The final decision of the Administrative Committee will be in writing, and if the decision is adverse, the notice of denial will:

- Give specific reasons for the decision;

- Make specific references to the pertinent Plan provisions on which the final decision is based;

- State that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents and other information relevant to your claim for benefits; and

- Contain a statement of your right to bring a civil action under ERISA Section 502(a).

Your authorized representative may represent you at any time during the claims process.

## XIII.  AMENDMENT AND TERMINATION

YRC intends to continue the Plan indefinitely; however, YRC has the right to amend, modify, suspend or terminate the Plan at any time.  No amendment or termination of the Plan can deprive you of benefits to which you are already entitled, and no portion of the assets held by the Trust pursuant to the Plan may be used for any purpose other than the exclusive benefit of you and your Beneficiaries, including paying the reasonable costs of Plan administration.

## XIV.  LIMITS ON CONTRIBUTIONS TO YOUR ACCOUNT

Federal tax law imposes the following limits on the amount of Contributions that may be made by you or on your behalf to the Plan during a Plan Year.

32

YRC Retirement Savings Plan SPD.DOC

A.    **Annual Pre-Tax Contributions**

Federal tax law limits the amount of Pre-Tax Contributions (excluding Catch-Up Contributions) that you may make to the Plan each year.  For 2007, the limit is $15,500, and it may be adjusted after 2007 for cost-of-living increases.  The dollar limit is reduced by the amount of any other pre-tax contributions you made under any other qualified retirement plan, whether or not maintained by the Employers.  The Administrative Committee will monitor your Pre-Tax Contributions throughout the Plan Year and may, as necessary, reduce your Pre-Tax Contributions if the annual dollar limit will be exceeded.

If the Administrative Committee determines that your Pre-Tax Contributions have exceeded the dollar limit for a Plan Year, the excess amount, and any income allocable to the excess amount, will be withdrawn from your Pre-Tax Contribution Account and distributed to you no later than April 15 following the Plan Year for which the excess Pre-Tax Contributions were made.  In addition, any Matching Contributions attributable to your excess Pre-Tax Contributions, including income allocable to the Matching Contributions, will be forfeited and used to reduce future Matching Contributions.  The return of your excess Pre-Tax Contributions (and income thereon), and the forfeiture of your Matching Contributions (and income thereon), will be accomplished by a proportionate reduction in the Investment Funds in which your Pre-Tax Contribution Account and Matching Contribution Account are invested.

If you are at least age 50 at any time during a Plan Year and you contribute the maximum amount of Pre-Tax Contributions permitted under the Plan during that Plan Year, you are entitled to make additional Pre-Tax Contributions in the form of Catch-Up Contributions during that Plan Year up to $5,000 for 2007.  This limit may be adjusted after 2007 for cost-of-living increases.

B.    **Compensation**

Federal tax law also limits the annual amount of Benefits Compensation upon which Contributions (other than Rollover Contributions) to the Plan are based.  For 2007, the limit on Benefits Compensation is $225,000.  The annual dollar limitation may be adjusted after 2007 for cost-of-living increases.

C.    **Limits on Annual Contributions to the Plan**

Federal tax law also limits the total amount of contributions (other than rollover, catch-up and transfer contributions) that may be made on your behalf each year to all qualified defined contribution plans maintained by the Employers and Affiliates.  For 2007, this limit is equal to the lesser of $45,000 or 100% of your Benefits Compensation (subject to the $225,000 annual compensation limit described above) during the year.  The $45,000 limit may be adjusted after 2007 for cost-of-living increases.  You will be notified if Contributions to the Plan made by your or on your behalf will be limited by this rule.

D.    **Other Limits**

The Administrative Committee has the right to refund amounts you have designated as Pre-Tax Contributions or After-Tax Contributions, and forfeit Matching Contributions

33

YRC Retirement Savings Plan SPD.DOC

attributable to refunded Pre-Tax Contributions (and earnings on any refunded or forfeited Contributions), as necessary to comply with certain rules that prevent the Plan from discriminating in favor of Highly Compensated Employees.

Other federal tax laws (which could require additional Employer Contributions to the Plan) apply if the value of benefits payable to certain "key employees" exceeds a certain percentage of the total benefits payable under the Employer's qualified retirement plans. In the unlikely event that these rules ever apply, you will be notified.

## XV.    FEDERAL TAX CONSEQUENCES OF PLAN PARTICIPATION

All distributions (including withdrawals) from the Plan (other than distributions of After-Tax Contributions) are taxable. How a distribution is taxed depends on when and why it is made.

### A.    Contributions to the Plan

Under federal income tax laws, your Pre-Tax Contributions, Catch-Up Contributions and Rollover Contributions to the Plan are not includible in your income for federal income tax purposes at the time they are contributed. Similarly, any Employer Contributions credited to your Accounts under the Plan are not included in your income for federal income tax purposes at the time they are made or credited.

### B.    Limitation on Contributions

Federal tax law limits the annual amount of Contributions to your Accounts as described in Section XIV above.

### C.    General Distribution Rules

A distribution you receive from the Plan is subject to tax as ordinary income in the year of receipt and, as described below, may be subject to an additional 10% penalty tax. However, to the extent that your distribution consists of After-Tax Contributions, that portion of your distribution is not included in your income and is not subject to tax. In addition, if all or a portion of your distribution qualifies as an "eligible rollover distribution," you may defer current taxes on all or a part of the taxable portion of the distribution by rolling it over to a traditional IRA or to another employer's plan, as described below. You also may roll over all or a portion of any After-Tax Contributions distributed from the Plan that qualify as an "eligible rollover distribution," as described below. A distribution that qualifies as a "lump sum distribution" or that includes Company Stock is subject to special tax rules, as described below.

### D.    Eligible Rollover Distributions

Certain distributions from the Plan may be <u>eligible rollover distributions,</u>" which means that they can be rolled over to a traditional IRA or an "eligible employer plan." A rollover is a payment by you or the Administrative Committee of all or part of your Accounts to a traditional IRA or another eligible employer plan that allows you to continue to postpone taxation of that distribution until it is paid to you. A traditional IRA does not include a Roth IRA, a Simple IRA

34

YRC Retirement Savings Plan SPD.DOC

YRCW-000594

or a Coverdell Education Savings Account (formerly known as an education IRA), and thus, you cannot roll over any portion of your distribution to one of these types of IRA. An "eligible employer plan" includes a plan qualified under Section 401(a) of the Code, including a 401(k) plan, a profit-sharing plan, a defined benefit plan, a stock bonus plan, or a money purchase plan; a Section 403(a) annuity plan; a Section 403(b) tax-sheltered annuity; and an eligible Section 457(b) plan maintained by a governmental employer (a "governmental 457 plan") that accepts rollovers. The Administrative Committee should be able to tell you what portion of your distribution from the Plan is an "eligible rollover distribution."

An eligible employer plan is not legally required to accept a rollover, so if you decide to roll over your distribution to another eligible employer plan, you should find out whether the plan accepts rollovers, and, if so, what types of distributions may be rolled over into the eligible employer plan. You should also find out about any documents you may be required to complete before the receiving plan will accept a rollover. Even if a plan accepts rollovers, it might not accept certain types of distributions, such as after-tax amounts. If this is the case, and your distribution includes After-Tax Contributions, you may wish to roll your distribution over into a traditional IRA or split your rollover amount between the eligible employer plan in which you will participate and a traditional IRA. You should also be aware that if an eligible employer plan accepts your rollover, the plan may restrict subsequent distributions of the rollover amount or may require your spouse's consent for any subsequent distribution. A subsequent distribution from the plan that accepts your rollover may also be subject to different tax treatment than distributions from this Plan. Check with the administrator of the eligible employer plan that is to receive your rollover prior to making the rollover.

### 1.    Distributions That Can and Cannot Be Rolled Over

Except as provided in (b) below, your distribution from the Plan, including any distribution of your After-Tax Contributions, is an eligible rollover distribution. Special rules apply to rollovers of After-Tax Contributions. These rules are described in (a) below.

(a)    **After-Tax Contributions**. Except as provided in (b) below, a distribution of your After-Tax Contributions may be rolled over to a traditional IRA or certain eligible employer plans that accept rollovers of After-Tax Contributions. The following rules apply to rollovers of After-Tax Contributions:

(i)    **Rollover of After-Tax Contributions into a Traditional IRA** – You can roll over your After-Tax Contributions distributed from the Plan to a traditional IRA either directly or indirectly. The Administrative Committee should be able to tell you how much of your distribution is the taxable portion and how much is the after-tax portion. If you roll over After-Tax Contributions to a traditional IRA, it is your responsibility to keep track of, and report to the IRS on the applicable forms, the amount of these After-Tax Contributions. This will enable the nontaxable amount of any future distributions from the traditional IRA to be determined. Once you roll over your After-Tax Contributions to a traditional IRA, those amounts CANNOT later be rolled over to an eligible employer plan.

(ii)    **Rollover of After-Tax Contributions into an Eligible Employer Plan** – You can roll over After-Tax Contributions distributed from the Plan to an

YRC Retirement Savings Plan SPD.DOC

YRCW-000595

eligible employer plan that is a Section 401(a) qualified plan, a Section 403(a) annuity plan, or a Section 403(b) tax sheltered annuity using a direct rollover if the eligible employer plan provides separate accounting for amounts rolled over, including separate accounting for the After-Tax Contributions and earnings on those contributions. You CANNOT roll over After-Tax Contributions distributed from the Plan to a governmental 457 plan.

If you want to roll over your After-Tax Contributions to an eligible employer plan that accepts these rollovers, you cannot have the After-Tax Contributions paid to you first. You must instruct the Administrative Committee to make a direct rollover on your behalf. Also, you cannot first roll over After-Tax Contributions to a traditional IRA and then roll over that amount into an eligible employer plan.

(b)      <b>Distributions that Cannot Be Rolled Over</b>.

The following types of distributions from the Plan cannot be rolled over:

(i)      <u>**Distributions Spread over Long Periods**</u> – You cannot roll over a distribution if it is part of a series of equal (or almost equal) distributions that are made at least once a year and that will last for the following periods:

- your lifetime (or a period measured by your life expectancy), or
- your lifetime and your Beneficiary's lifetime (or a period measured by your joint life expectancies), or
- a period of ten years or more.

(ii)      <u>**Required Minimum Distributions**</u> – Beginning when you retire or reach age 70½, whichever is later, a certain portion of your distribution cannot be rolled over because it is a "required minimum distribution" that must be paid to you. Special rules apply if you own 5% or more of any Employer.

(iii)      <u>**Hardship Distributions**</u> – A distribution made on account of financial hardship cannot be rolled over.

(iv)      <u>**Corrective Distributions**</u> – A distribution that is made to correct a failed nondiscrimination test or because legal limits on certain contributions were exceeded cannot be rolled over.

(v)      <u>**Loans Treated as Distributions**</u> – The amount of a Plan loan that becomes a taxable deemed distribution because of default cannot be rolled over. However, a loan-offset amount is eligible for rollover, as discussed below. Ask the Administrative Committee if distribution of your loan qualifies for rollover treatment.

The Administrative Committee should be able to tell you if your distribution from the Plan includes amounts which cannot be rolled over.

36

YRCW-000596

### 2.     Direct Rollovers

A direct rollover is a direct payment of the amount of your Plan distribution to a traditional IRA or an eligible employer plan that will accept it. You can choose a direct rollover of all or any portion of your distribution that is an eligible rollover distribution, as described in Section XV.D.1 above. You are not taxed on any taxable portion of your distribution for which you choose a direct rollover until you later take it out of the traditional IRA or eligible employer plan. In addition, no income tax withholding is required for any taxable portion of your Plan distribution for which you choose a direct rollover. The Plan might not let you choose a direct rollover if your distributions for the year are less than $200.

(a)     **Direct Rollover to an IRA.**  You can open a traditional IRA to receive your direct rollover. If you choose to have your distribution made directly to a traditional IRA, contact an IRA sponsor (usually a financial institution) to find out how to have your distribution made in a direct rollover to a traditional IRA at that institution. If you are unsure of how to invest your distribution, you can temporarily establish a traditional IRA to receive your distribution. However, in choosing a traditional IRA, you may wish to make sure that the traditional IRA you choose will allow you to move all or a part of your distribution to another traditional IRA at a later date without penalty or other limitations. See IRS Publication 590, "Individual Retirement Arrangements," for more information on traditional IRAs (including limits on how often you can roll over between IRAs).

(b)     **Direct Rollover to an Eligible Employer Plan.**  If you go to work for a new employer that has an eligible employer plan, and you want to make a direct rollover to that plan, ask the plan administrator of that plan whether it will accept your rollover. An eligible employer plan is not legally required to accept rollovers. If your new employer's plan does not accept rollovers, you can choose a direct rollover to a traditional IRA. If the eligible employer plan accepts your rollover, the plan may provide restrictions on the circumstances under which you may later receive a distribution of the rollover amount or may require spousal consent to any subsequent distribution. Check with the plan administrator of that plan before making your decision.

(c)     **Direct Rollover of a Series of Payments.**  If you receive a distribution that can be rolled over to a traditional IRA or an eligible employer plan that will accept it, and it is paid in a series of payments for less than 10 years, your choice to make or not make a direct rollover for one payment will apply to all later payments in the series until you change your election. You are free to change your election for any later payment in the series.

(d)     **Change in Tax Treatment Resulting from a Direct Rollover.** The tax treatment of any distribution from the traditional IRA or eligible employer plan receiving your direct rollover might be different than if you received your benefit in a taxable distribution directly from the Plan. For example, if you were born before January 1, 1936, you might be entitled to ten-year averaging or capital gain treatment, as explained in section XV.D.3(d) below. However, if you have your distribution rolled over to a Section 403(b) tax-sheltered annuity, a governmental 457 plan, or a traditional IRA in a direct rollover, your distribution will no longer be eligible for that special treatment. See Section XV.D.3(d), *"Special Tax Treatment if You Were Born Before January 1, 1936,"* below.

37

YRCW-000597

### 3.    Rollover of Distributions Made to You

If you choose to have an eligible rollover distribution from the Plan paid to you in cash, the taxable portion of the distribution is subject to 20% federal income tax withholding (state tax withholding may also apply). The distribution is taxed in the year you receive it unless, within 60 days, you roll it over to a traditional IRA or an eligible employer plan that accepts rollovers. If you do not roll it over, special tax rules may apply.

#### (a)    Income Tax Withholding

(i)    **Mandatory Withholding** - If any portion of your distribution is an eligible rollover distribution and you do not elect to make a direct rollover, the Plan is required by law to withhold 20% of the taxable amount of the eligible rollover distribution. This amount is sent to the IRS as federal income tax withholding. For example, if you receive a taxable eligible rollover distribution of $10,000, only $8,000 will be distributed to you because the Plan must withhold $2,000 as income tax. However, when you prepare your income tax return for the year, unless you make a rollover within 60 days (see "*60-Day Rollover Option*" below), you must report the full $10,000 as a taxable distribution from the Plan. You also must report the $2,000 as tax withheld, and it will be credited against any income tax you owe for the year. There will be no income tax withholding if your distributions for the year are less than $200.

(ii)    **Voluntary Withholding** – If any portion of your distribution is taxable, but is not an eligible rollover distribution, the mandatory withholding rules described above do not apply to that portion. In this case, you may elect not to have voluntary withholding apply to that portion. If you do nothing, 10% will be taken out of this portion of your distribution for federal income tax withholding. To elect out of withholding, ask the Administrative Committee for the election form and related information.

#### (b)    60-Day Rollover Option.

If you have an eligible rollover distribution paid to you, you can still decide to roll over all or part of it to a traditional IRA or an eligible employer plan that accepts rollovers. If you decide to roll over your distribution, you must contribute the amount of the distribution you received to a traditional IRA or eligible employer plan within 60 days after you receive the distribution. The taxable portion of the distribution that is rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

You can roll over up to 100% of your eligible rollover distribution, including an amount equal to the 20% of the taxable portion that was withheld. If you choose to roll over 100%, you must find other money within the 60-day period to contribute to the traditional IRA or the eligible employer plan to replace the 20% that was withheld. On the other hand, if you roll over only the 80% of the taxable portion that you received, you will be taxed on the 20% that was withheld.

> Example: The taxable portion of your eligible rollover distribution is $10,000, and you choose to have it paid to you. You will receive $8,000, and $2,000 will be sent to the IRS as federal income tax withholding.

38

YRCW-000598

Within 60 days after receiving the $8,000, you may roll over the entire $10,000, to a traditional IRA or an eligible employer plan. To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (your savings, a loan, etc.) In this case, the entire $10,000 is not taxed until you take it out of the traditional IRA or the eligible employer plan. If you roll over the entire $10,000, when you file your income tax return you may get a refund of all or part of the $2,000 withheld.

If, on the other hand, you roll over only the $8,000, the $2,000 you did not roll over is taxed as income to you in the year it was withheld, and you will have a $2,000 credit for the federal income tax withheld and submitted to the IRS. When you file your income tax return you may get a refund of part of the $2,000 withheld. (However, any refund is likely to be larger if you roll over the entire $10,000.)

(c)     **Additional 10% Tax If You Are under Age 59½.** If you receive a distribution before you reach age 59½ and you do not roll it over, then, in addition to the regular income tax, you may have to pay an extra tax equal to 10% of the taxable portion of the distribution. The additional 10% tax generally does not apply to (1) distributions that are paid after you separate from service with your employer during or after the year you reach age 55, (2) distributions that are paid because you retire due to disability, (3) distributions that are paid as equal (or almost equal) payments over your life or life expectancy (or your and your Beneficiary's lives or life expectancies), (4) distributions that are paid directly to the government to satisfy a federal tax levy, (5) distributions that are paid to an alternate payee under a qualified domestic relations order, or (6) distributions that do not exceed the amount of your deductible medical expenses. See IRS Form 5329 for more information on the additional 10% tax.

(d)     **Special Tax Treatment if You Were Born Before January 1, 1936.** If you receive an eligible rollover distribution from the Plan and you do not roll it over to a traditional IRA or an eligible employer plan, the taxable portion of the distribution will be taxed in the year you receive it. However, if the distribution qualifies as a "lump sum distribution," it may be eligible for special tax treatment. (See also "*Company Stock*" below.) A lump sum distribution is a distribution, within one year, of your entire Account balances under the Plan (and certain other similar plans of the Employers) that is payable to you after you have reached age 59½ or because you have separated from service with the Employers. For a distribution from the Plan to be treated as a lump sum distribution, you must have been a Participant for at least five years before the year in which you received the distribution. The special tax treatment for lump sum distributions that may be available to you is described below.

(i)     **Ten-Year Averaging**. If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to figure the tax on the distribution by using ten-year averaging (using 1986 tax rates). Ten-year averaging often reduces the tax you owe.

(ii)     **Capital Gain Treatment**. If you receive a lump sum distribution and you were born before January 1, 1936 and you were a Participant before 1974,

39

YRC Retirement Savings Plan SPD.DOC

you may elect to have the part of your distribution that is attributable to your pre-1974 participation in the Plan taxed as long-term capital gain at a rate of 20%.

There are other limits on the special tax treatment for lump sum distributions.  For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year.  You may not elect this special tax treatment if you rolled over amounts into the Plan from a Section 403(b) tax-sheltered annuity contract or from an IRA not originally attributable to a qualified employer plan.  If you have previously rolled over a distribution from the Plan (or certain other similar plans of the Employers), you cannot use this special tax treatment for later distributions from the Plan.  If you roll over your distribution to a traditional IRA, a governmental 457 plan, or a 403(b) tax-sheltered annuity, you will not be able to use this special tax treatment for later distributions from the traditional IRA, plan or annuity.  Also, if you roll over only a portion of your distribution to a traditional IRA, a governmental 457 plan, or a Section 403(b) tax-sheltered annuity, this special tax treatment is not available for the rest of the distribution.  See IRS Form 4972 for additional information on lump sum distributions and how you elect this special tax treatment.

> (e)     **Company Stock.**  Special rules apply to a distribution from the Plan that includes Company Stock (or other employer securities).

>> (i)     **Deferral of Tax on Net Unrealized Appreciation** – Under this special rule, you may have the option of not paying tax on the net unrealized appreciation of Company Stock until you sell the Company Stock.  "Net unrealized appreciation" generally is the increase in the value of the Company Stock while it was held by the Plan.  To use this special rule, (1) your distribution must qualify as a lump sum distribution, as described above, except that you do not need five years of Plan participation, or (2) the Company Stock included in your distribution must be attributable to After-Tax Contributions, if any.

>>> Example:  If Company Stock was contributed to your Accounts when the Company Stock was worth $1,000, but the Company Stock was worth $1,200 when you received it in a lump sum distribution, you would not have to pay tax on the $200 increase in value until you later sold the Company Stock.

You may instead elect not to have the special rule apply to the net unrealized appreciation in your Company Stock.  In this case, your net unrealized appreciation will be taxed in the year you receive the Company Stock, unless you roll over the Company Stock.  The Company Stock (including any net unrealized appreciation) can be rolled over to a traditional IRA or another eligible employer plan, either in a direct rollover or a rollover that you make yourself.  Generally, you will no longer be able to use this special rule for net unrealized appreciation if you roll the stock over into a traditional IRA or another eligible employer plan.

>> (ii)     **No Mandatory Withholding on Company Stock Received in Distribution** – If you receive only Company Stock (with cash for fractional shares) in an eligible rollover distribution, no amount will be withheld from the distribution.  If you receive cash or property other than Company Stock, as well as Company Stock, in an eligible

40

YRCW-000600

rollover distribution, the mandatory 20% withholding amount will be based on the entire taxable amount paid to you (including the value of the Company Stock, but excluding the net unrealized appreciation). However, the amount withheld will be limited to the cash or property (excluding Company Stock) paid to you.

(iii)   **Ten-Year Averaging/Capital Gain Treatment** – If you receive Company Stock in a distribution that qualifies as a lump sum distribution, the special tax treatment for lump sum distributions described above (*i.e.*, ten-year averaging or capital gain treatment) also may apply.  See IRS Form 4972 for additional information on these rules.

(iv)   **Rollover of Sale Proceeds of Company Stock** – If you receive Company Stock in an eligible rollover distribution paid to you, you may sell the Company Stock and still obtain tax-free rollover treatment by rolling over the sale proceeds (and the cash you received as part of your distribution) to a traditional IRA or another eligible employer plan within 60 days after you receive the distribution.  In this case, no gain or loss will be recognized on the sale of the Company Stock, and the entire amount of the sale proceeds will be treated as property received in your eligible rollover distribution from the Plan.  If you sell your Company Stock and roll over an amount less than the total amount of the sale proceeds and cash received in your distribution, you will be taxed on the amount that you do not rollover.

(f)   **Repayment of Plan Loans.**  If your employment ends and you have an outstanding loan from the Plan, your balance in the Plan may be reduced (or "offset") by the amount of the loan you have not repaid.  The amount of your loan offset is treated as a distribution to you at the time of the offset and will be taxed unless you roll over an amount equal to the amount of your loan offset to another qualified employer plan or traditional IRA within 60 days of the date of the offset.  If the amount of your loan offset is the only amount you receive or are treated as having received, no amount will be withheld from it.  If you receive other payments of cash or property from the Plan, the mandatory 20% withholding amount will be based on the entire amount paid to you, including the amount of the loan offset.  The amount withheld will be limited to the amount of other cash or property paid to you (other than Company Stock, if any).  The amount of a defaulted Plan loan that is a taxable deemed distribution cannot be rolled over.

### 4.   Surviving Spouses, Alternate Payees, and Other Beneficiaries

In general, the rules summarized above that apply to distributions to employees also apply to distributions to surviving spouses of employees and to spouses or former spouses who are "alternate payees."  You are an alternate payee if your interest in the Plan results from a "qualified domestic relations order," which is an order issued by a court, usually in connection with a divorce or legal separation.

If you are a surviving spouse or an alternate payee, you may choose to have an eligible rollover distribution paid in a direct rollover to a traditional IRA or an eligible employer plan or paid to you.  If you have the distribution paid to you, you can keep it or roll it over yourself to a traditional IRA or an eligible employer plan that accepts rollovers.  Thus, you have the same choices as the employee.

41

YRC Retirement Savings Plan SPD.DOC

If you are a designated Beneficiary other than a surviving spouse or an alternate payee, you cannot roll over the distribution yourself nor can you choose a direct rollover to an eligible retirement plan. However, to the extent that the distribution satisfies the requirements for an eligible rollover distribution (except for the fact that it is payable to a nonspouse Beneficiary), and you choose a direct trustee-to-trustee transfer of the distribution to an IRA established to receive the distribution on your behalf as a designated Beneficiary:

- The distribution will not be includable in your gross income in the year of the distribution;

- The IRA will be treated as an inherited IRA; and

- The rolled over distribution cannot be again rolled over.

Generally, the Plan provisions for determining when you, as a nonspouse Beneficiary, are required to start receiving distributions from the Plan apply to the timing of distributions to you from the IRA.

If you are a surviving spouse, an alternate payee or another Beneficiary, your distribution is generally not subject to the additional 10% tax described in Section XV.D.3(c) above, even if you are younger than age 59½.

If you are a surviving spouse, an alternate payee, or another Beneficiary, you may be able to use the special tax treatment for lump sum distributions and the special rule for distributions that include Company Stock, as described in Sections XV.D.3(d) and (e) above. If you receive a distribution because of the employee's death, you may be able to treat the distribution as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had 5 years of participation in the Plan.

### E.      Federal Estate Taxes

The balances in your Accounts must be included in your gross estate for federal estate tax purposes upon your death. If the distributee is your spouse, to the extent of the amount included in the Participant's gross estate, an unlimited marital deduction may be available.

### F.      Tax Consequences to the Employer

The Employer is entitled to a federal income tax deduction with respect to amounts it contributes to the Plan.

### G.      Employees Should Consult Their Tax Advisor

This discussion of federal tax consequences is only a summary, does not purport to be complete and, among other things, does not cover state and local tax treatment of participation in the Plan. In addition, the rules regarding taxation of distributions and withdrawals are complicated, change periodically and contain many conditions and exceptions that are not

42

YRC Retirement Savings Plan SPD.DOC

YRCW-000602

included in this discussion. Differences in Participants' financial situations may cause federal, state and local tax consequences of participation in the Plan to vary. Therefore, you should consult your own accountant, legal counsel or other financial advisor regarding the tax consequences of participation in the Plan.

## XVI.  U.S. TREASURY CIRCULAR 230 NOTICE

Any federal tax advice contained in this SPD/Prospectus (including any appendix) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax penalties. All discussion of federal taxes herein was written to support the promotion or marketing of the transactions or matters addressed in this SPD/Prospectus. Prospective investors should seek advice based on their particular circumstances from an independent tax advisor.

## XVII.  SECTION 404(c) OF ERISA

The Plan is subject to ERISA and is intended to meet the requirements of ERISA Section 404(c) and Section 2550.404(c)-1 of Title 29 of the Code of Federal Regulations to the extent that you may direct the investment of your Accounts. As a result, fiduciaries of the Plan may be relieved of liability for any losses which are the direct and necessary result of investment instructions given by you or your Beneficiary with respect to your Accounts.

## XVIII.  ASSIGNMENT OF BENEFITS

Your benefits under the Plan are solely for you (or your Beneficiary). Generally, they cannot be assigned, sold or transferred to anyone else, or otherwise encumbered in any way, except as provided by the Plan. However, the Plan will honor qualified domestic relations orders relating to provisions for child support, alimony payments or marital property rights. You may obtain a copy of the Plan's procedures for qualified domestic relations orders from the Administrative Committee. Your benefits may also be subject to certain federal tax or other statutory liens.

## XIX.  ADDITIONAL INFORMATION

The name of the Plan is:

Yellow Roadway Corporation Retirement Savings Plan

The type of Pension Benefit Plan is:

A defined contribution plan. The Plan is subject to the participation, vesting, funding and fiduciary provisions of ERISA.

The Plan Year is:

January 1-December 31

The Plan Number is:

002

43

YRC Retirement Savings Plan SPD.DOC

YRCW-000603

The name, address, zip code and business telephone number of the Plan Sponsor is:

> YRC Worldwide Inc.
> 10990 Roe Avenue
> Overland Park, KS  66211
> Telephone: 1-913-696-6100

The names of all the participating employers in the Plan will be provided upon written request to the Administrative Committee.

The Employer Identification Number (EIN) of the Plan Sponsor is:

> 48-0948788

The name, address, zip code and business telephone number of the Plan Administrator is:

> Administrative Committee
> Yellow Roadway Corporation Retirement Savings Plan
> 10990 Roe Avenue
> Overland Park, KS  66211
> Telephone: 1-913-696-6100

The name, address and zip code of the Agent for the Service of Legal Process is:

> Fidelity Management Trust Company
> 82 Devonshire Street
> Boston, MA  02109

> Service of legal process may also be made upon the Plan Administrator.

The name, address and zip code of the Trustee is:

> Fidelity Management Trust Company
> 82 Devonshire Street
> Boston, MA  02109

## XX.    PERIODIC REPORTS TO STOCKHOLDERS

YRC furnishes stockholders with annual reports containing audited financial statements and with quarterly reports containing unaudited financial statements for each quarter of each fiscal year.  Copies of these documents, and any other communications sent to YRC's stockholders generally, will also be furnished to all Participants.

## XXI.   CERTAIN OTHER INFORMATION

YRC has filed with the SEC a Registration Statement on Form S-8 under the Securities Act with respect to the interests in the Plan and the Company Stock offered hereunder.  The number of shares of Company Stock offered hereunder will be adjusted to reflect stock splits, stock dividends or similar transactions.  This Prospectus does not contain all the information set

YRC Retirement Savings Plan SPD.DOC

YRCW-000604

forth in the Registration Statement, certain portions of which have been omitted pursuant to the rules and regulations of the SEC.

The following documents filed by YRC or the Plan with the SEC under the Exchange Act are incorporated by reference in the Plan's Registration Statement and are incorporated in this Prospectus by reference:

(a)     YRC's Annual Report on Form 10-K for the year ended December 31, 2005.

(b)     YRC's Quarterly Reports on Form 10-Q, for the quarterly periods ended March 31, 2006 and June 30, 2006.

(c)     Current reports on Form 8-K filed on January 3, 2006, January 26, 2006, March 10, 2006, March 2, 2006, May 17, 2006, May 22, 2006 and July 25, 2006.

(d)     The description of the Company's common stock, $1.00 par value per share, contained in YRC's Registration Statement on Form 10 filed pursuant to Section 12 of the Securities Exchange Act of 1934, as amended, and any amendment or report filed for the purpose of updating such description.

YRC will provide without charge to any person, including a beneficial owner, to whom this Prospectus is delivered, upon written or oral request, a copy of any and all documents incorporated in this Prospectus by reference (other than certain exhibits to such documents), YRC's most recent annual report to stockholders and the Plan's most recent annual report filed pursuant to Section 15(d) of the Exchange Act. Written requests should be directed to the Investor Relations Department of YRC. Telephone requests may be directed to (913) 696-6100.

In addition, YRC's most recent annual report is available via the Internet at www.yrcw.com.

All documents filed by YRC and the Plan after the date of this Prospectus pursuant to Sections 13(a), 13(c), 14 and 15(d) of the Exchange Act, prior to the filing of a post-effective amendment which indicates that all securities offered hereby have been sold or which deregisters such securities then remaining unsold, will be deemed to be incorporated in this Prospectus by reference and to be a part of this Prospectus from the date of filing such documents. Any statement contained in a document incorporated or deemed to be incorporated by reference in this Prospectus will be deemed to be modified or superseded for purposes of this Prospectus to the extent that a statement contained in this Prospectus or in any other subsequently filed document which also is or is deemed to be incorporated by reference in this Prospectus modifies or supersedes such statement. Any such statement so modified or superseded will not be deemed, except as so modified or superseded, to constitute a part of this Prospectus.

This Prospectus does not constitute an offer to sell, or a solicitation of an offer to buy, any of the securities offered hereby in any jurisdiction to any person to whom it is unlawful to make such offer in such jurisdiction. No person has been authorized to give any information or to make any representation, other than as contained in this Prospectus, in connection with the offer contained in this Prospectus, and, if given or made, such information or representation must not be relied upon as having been authorized. Neither delivery of this Prospectus nor any sale

45

YRCW-000605

made pursuant hereto will, under any circumstances, create any implication that there has been no change in the information set forth herein.

This Prospectus will not be available for reoffers or resales of Company Stock acquired by affiliates of YRC upon distribution of such Company Stock held in their Accounts under the Plan. An "affiliate" is generally defined as a person that directly, or indirectly, through one or more intermediaries, controls, or is controlled by, or is under common control with, YRC. Such affiliates may reoffer or resell such Company Stock only pursuant to a separate prospectus filed in accordance with the applicable rules and regulations of the SEC or pursuant to appropriate exemptions from the registration requirements of the Securities Act of 1933, as amended ("Securities Act").

You should retain this Prospectus for future reference.

46

YRCW-000606

# APPENDIX A

## INVESTMENT FUNDS

THIS DOCUMENT CONSTITUTES PART OF A PROSPECTUS
COVERING SECURITIES THAT HAVE BEEN REGISTERED
UNDER THE SECURITIES ACT OF 1933.

YELLOW ROADWAY CORPORATION
RETIREMENT SAVINGS PLAN

Prospectus dated March 1, 2007

Appendix dated March 1, 2007

This Appendix provides certain current information regarding the Plan identified above, which is fully described in the Prospectus to which this Appendix relates, and the Investment Funds in which participants may invest pursuant to the Plan. Capitalized terms in this Appendix have the same meaning assigned to them in the Prospectus.

More detailed information about each of the Discretionary Investment Funds described below is contained in each Discretionary Investment Fund's prospectus and annual report. You may obtain a copy of the most recent prospectuses and annual reports for the Discretionary Investment Funds by contacting Fidelity by telephone at 1-800-835-5098 or via the Internet at www.401k.com. You should read these materials carefully before making a decision to invest in a particular Discretionary Investment Fund.

### Investment Funds

The following Investment Funds are offered under the Plan. The Investment Funds are listed in fund categories (as designated by the headings in bold type), and the fund categories are listed in order of categories that have potentially more inflation risk and less investment risk to categories that have potentially less inflation risk and more investment risk. For example, the Money Market category has potentially the most inflation risk and the least investment risk, while the Company Stock Fund category has potentially the least inflation risk and the most investment risk. Within each fund category, the listed Investment Funds are of similar risk.

### Money Market

Fidelity Managed Income Portfolio II (Class 2)

### Bond Intermediate-Term

PIMCO Total Return Fund (Institutional Class)

### Bond High Yield

PIMCO High Yield Fund (Administrative Class)

1

YRCW-000607

**Domestic Equities – Large Cap**

<u>Large Cap Value Equity</u>

American Beacon Large Cap Value Fund (PlanAhead Class)

<u>Large Cap Core/Blend Equity</u>

Spartan® U.S. Equity Index Fund (Investor Class)

<u>Large Cap Growth Equity</u>

American Funds® Growth Fund of America® (Class R5)
Fidelity Contrafund®

**Domestic Equities – Mid Cap (Value)**

Artisan Mid Cap Value Fund (Investor Class)

**Domestic Equities – Small Cap**

<u>Small Cap Value Equity</u>

Wells Fargo Advantage Small Company Value Fund (Administrator Class)

<u>Small Cap Blend Equity</u>

Neuberger Berman Genesis Fund® (Trust Class)
Fidelity Low Priced Stock Fund[1]

<u>Small Cap Growth Equity</u>

Baron Small Cap Fund

**International Equities**

American Funds® Euro Pacific Growth® Fund (Class A)
Fidelity Diversified International Fund

**Investment Fund Primarily Holding Employer Securities**

Company Stock Fund

**Fidelity Freedom Investment Funds**

In addition, the following Fidelity Freedom asset allocation mutual funds are offered as Investment Funds under the Plan. Generally, the assets in an asset allocation mutual fund are selected based on the fund's target date. The Fidelity Freedom Funds are listed in order of funds that have potentially more inflation risk and less investment risk to funds that have potentially less inflation risk and more investment risk.

Fidelity Freedom Income Fund®
Fidelity Freedom 2000 Fund®

------

[1] The Fidelity Low Priced Stock Fund is closed to new investments. This means that you may transfer amounts out of this Fund to other Discretionary Investment Funds, as described in Section IV.B of the SPD/Prospectus, but you may not transfer any amounts into this Fund.

2

YRC Retirement Savings Plan SPD.DOC

Fidelity Freedom 2005 Fund®
Fidelity Freedom 2010 Fund®
Fidelity Freedom 2015 Fund®
Fidelity Freedom 2020 Fund®
Fidelity Freedom 2025 Fund®
Fidelity Freedom 2030 Fund®
Fidelity Freedom 2035 Fund®
Fidelity Freedom 2040 Fund®
Fidelity Freedom 2045 Fund[SM]
Fidelity Freedom 2050 Fund[SM]

All of the Investment Funds, other than the Company Stock Fund, are mutual funds.  A mutual fund pools the money of various investors (individuals, savings plans, pension plans, etc.).  Professional managers use this money to buy investments for the mutual fund's portfolio according to the fund's specific objectives.

**Unlike bank deposits, investments in mutual funds and other investments are not insured by the Federal Deposit Insurance Corporation or otherwise protected by the U.S. government, and they are not bank deposits or other obligations of, or guaranteed by, YRC, Fidelity or the Trustee.  All mutual funds and other investments are subject to investment risks, including possible loss of the principal amount invested.**

Each Discretionary Investment Fund in which you may choose to invest and the Company Stock Fund are described briefly below.  You should carefully read the Prospectus, as supplemented by this Appendix, and the prospectuses for the Discretionary Investment Funds prior to determining the Discretionary Investment Funds in which you will invest future Contributions and amounts already in your Account (to the extent you are able to direct the investment of such amounts).  See Section IV of the Prospectus for a description of your right to direct the investment of future Contributions made by you and on your behalf and amounts already in your Accounts.

**Description of Investment Funds:**

**Money Market**

*Fidelity Managed Income Portfolio II (Class 2).*  The goal of this mutual fund is to preserve your principal investment while earning interest income.  The portfolio will try to maintain a stable $1 unit price.  However, the portfolio cannot guarantee this stable unit price, and its yield will fluctuate.  This mutual fund invests in investment contracts issued by insurance companies and other financial institutions, and in fixed income securities as further described below.  A portion of the portfolio is invested in a money market fund to provide daily liquidity.  Investment contracts provide for the payment of a specified rate of interest to the portfolio and for the repayment of principal when the contract matures.  Participant withdrawals and exchanges are paid at book value (principal and interest accrued to date) during the term of the contract.  Some investment contracts are structured solely as a general debt obligation of the issuer.  Other investment contracts ("wrap contracts") are purchased in conjunction with an

3

YRCW-000609

investment by the portfolio in fixed income securities, which may include U.S. Treasury bonds, corporate bonds, mortgage-backed securities, asset-backed securities, and bond funds. There is no immediate recognition of investment gains and losses on the fixed income securities. Instead, the gain or loss is recognized over time by adjusting the interest rate credited to the portfolio under the wrap contract. All investment contracts and fixed income securities purchased for the portfolio must satisfy the credit quality standards of the Trustee. The investment contract and fixed income security commitments are backed solely by the financial resources of the issuer. In addition, investment contract issuers may impose a contract penalty on withdrawals or exchanges from the portfolio caused by an extraordinary corporate event (layoff, sale of a line of business, etc.). Units of the portfolio are not guaranteed by the Trustee, YRC, or insured by the FDIC. You should consult the prospectus for the Fidelity Managed Income Portfolio II (Class 2) before making an investment in this Investment Fund.

### Bond Intermediate-Term

*PIMCO Total Return Fund (Institutional Class)*. The goal of this mutual fund is to provide maximum total return. This mutual fund invests in all types of bonds, including US Government, corporate, mortgage and foreign. The fund maintains an average portfolio duration of three to six years. Investments may include short- and long-term maturity bonds. **There is a short-term trading fee of 2% to fund shares held less than seven days**. Assets are allocated across different market sectors and ranges of maturity. In general, bond prices rise when interest rates fall, and vice versa. This effect is usually more pronounced for longer-term securities. Share price and return will vary. You should consult the prospectus for the PIMCO Total Return Fund (Institutional Class) before making an investment in this Investment Fund.

### Bond High Yield

*PIMCO High Yield Fund (Administrative Class)*. The goal of this mutual fund is to provide a combination of high current income and capital growth. This mutual fund invests primarily in U.S. dollar–denominated bonds of domestic and foreign issuers rated below investment grade, but at least Caa. PIMCO focuses its investments on the relatively higher-quality securities within the "junk bond" ratings. These investments may provide greater potential for higher earnings, but they may also have an increased risk of failure to repay principal or make interest payments. **There is a short-term trading fee of 2% for shares held 30 days or less.** Share price and return will vary. You should consult the prospectus for the PIMCO High Yield Fund (Administrative Class) before making an investment in this Investment Fund.

### Domestic Equities – Large Cap

Large Cap Value Equity

*American Beacon Large Cap Value Fund (PlanAhead Class)*. The goal of this mutual fund is to provide current income and long-term growth of capital. This mutual fund invests primarily in equity securities of US companies that have market capitalizations similar to the market capitalizations of the companies in the Russell 100 Index. These equity securities may include common and preferred stocks, convertible securities, US dollar denominated American Depository Receipts and US dollar denominated foreign stocks trading on US exchanges. Share

4

YRC Retirement Savings Plan SPD.DOC

YRCW-000610

price and return will vary.  You should consult the prospectus for the American Beacon Large Cap Value Fund (Plan Ahead Class) before making an investment in this Investment Fund.

### Large Cap Core/Blend Equity

*Spartan® U.S. Equity Index Fund (Investor Class).*  The goal of this mutual fund is to provide investment results that correspond to the total return (*i.e.*, the combination of capital changes and income) performance of common stocks publicly traded in the United States.  The fund normally invests at least 80% of its assets in common stocks included in the S&P 500® Index, which broadly represents the performance of common stocks publicly traded in the United States.  Share price and return will vary.  You should consult the prospectus for the Spartan® U.S. Equity Index Fund (Investor Class) before making an investment in this Investment Fund.

### Large Cap Growth Equity

*American Funds® Growth Fund of America® (Class R5).*  The goal of this mutual fund is to increase the value of your investment over the long term through capital growth.  This mutual fund invests in a diversified portfolio consisting primarily of common stocks.  The fund may also invest in convertible securities, nonconvertible preferred stocks, and stocks of issuers outside the United States.  The fund has the flexibility to invest wherever the best growth opportunities appear to be.  Share price and return will vary.  You should consult the prospectus for the American Funds® Growth Fund of America® (Class R4) before making an investment in this Investment Fund.

*Fidelity Contrafund®.*  The goal of this mutual fund is to provide capital appreciation.  This mutual fund invests primarily in common stocks, and may invest in securities of US and foreign issuers whose values the fund's manager believes are not fully recognized by the public.  The fund may invest in "growth" and/or "value" stocks.  Share price and return will vary.  You should consult the prospectus for the Fidelity Contrafund before making an investment in this Investment Fund.

### **Domestic Equities – Mid Cap Value Equity**

*Artisan Mid Cap Value Fund (Investor Class).*  The goal of this mutual fund is to provide maximum long-term capital appreciation.  This mutual fund invests in stocks of medium-sized US companies that Artisan believes are undervalued, in solid financial condition and provide a controlled level of risk.  The fund purchases a stock at a price that is below Artisan's estimate of the value of the business.  The focus is on the individual companies rather than on trends in the economy or securities markets.  Investments in medium-sized companies may involve greater risks than those in larger, more well known companies, but may be less than investments in smaller companies.  Share price and return will vary.  You should consult the prospectus for the Artisan Mid Cap Value Fund before making an investment in this Investment Fund.

### **Domestic Equities – Small Cap Value Equity**

*Wells Fargo Advantage Small Company Value Fund (Administrative Class).*  The goal of the mutual fund is to provide long-term capital appreciation.  This fund primarily invests under normal circumstances at least 80% of its assets in small capitalization securities, defined as those

5

with market capitalizations equal to or lower than the company with the largest market capitalization in the Russell 2000 Index. The fund will attempt to identify the least expensive small cap stocks across various sectors, looking to identify those securities that appear to be the most undervalued relative to their peer group. Investments in smaller companies may involve greater risks than those in larger, more well known companies. Share price and return will vary. You should consult the prospectus for the Wells Fargo Advantage Small Company Value Fund (Class A) before making an investment in this Investment Fund.

### Domestic Equities – Small Cap Blend Equity

*Neuberger Berman Genesis Fund*® *(Trust Class).* The goal of this mutual fund is to provide growth of capital. This mutual fund invests mainly in common stocks of small cap companies (those with market capitalizations of up to $1.5 billion at the time of investment), using the value-oriented investment approach. The portfolio looks for growth potential by investing in strong companies with solid performance histories and proven management. The portfolio diversifies among many companies and industries to help reduce risk. Investments in smaller companies may involve greater risk than those in larger, better-known companies. Past performance is no guarantee of future results. Share price and return will vary. You should consult the prospectus for the Neuberger Berman Genesis Fund (Advisor Class)® before making an investment in this Investment Fund.

### Fidelity Low Priced Stock Fund

The goal of this mutual fund is to provide capital appreciation. This fund primarily invests in low-priced stocks (those priced at or below $35 per share), which can lead to investments in small and medium-sized companies. The fund may potentially invest in stocks not considered low priced, in securities of domestic and foreign issuers and in "growth" or "value" stocks, or both. Investments in smaller companies may involve greater risk than those of larger, more well known companies. **If you sell any of your shares after holding them for less than 90 days, the fund will deduct a short-term trading fee from your account equal to 1.5% of the value of the shares sold**. Share price and return will vary. Effective July 30, 2004, the Fidelity Low-Priced Stock Fund is closed to new investments.

### Domestic Equities – Small Cap Growth Equity

*Baron Small Cap Fund.* The goal of this fund is to provide long-term capital appreciation. This fund primarily invests in common stocks selected for their capital appreciation potential. At least 80% of the fund's total assets are invested in the securities of smaller companies based on the market size of the investment at the time of purchase. A small sized company is defined as having a market value of under $2.5 billion. Investments in smaller companies may involve greater risk than those in larger, better-known companies. Share price and return will vary. You should consult the prospectus for the Baron Small Cap Fund before making an investment in this Investment Fund.

### International Equities

*American Funds*® *Euro Pacific Growth*® *Fund (Class A).* The goal of this mutual fund is to increase the value of your investment over the long term through capital growth. This mutual

6

YRC Retirement Savings Plan SPD.DOC

fund invests primarily in stocks of companies that do most of their business outside the United States. Normally, at least 80% of the fund's total assets will be invested in securities of companies from Europe or the Pacific Basin. The fund can invest in many types of companies, ranging from large multinational corporations located in major world markets, to smaller companies located in developing countries. Securities of companies in developing (or emerging market) countries may be subject to more frequent and greater price changes than securities of companies in more developed countries. Foreign investments, especially in developing countries, involve greater risk and may offer greater potential returns than U.S. investments. These risks include political and economic uncertainties of foreign countries, as well as the risk of currency fluctuations. There are additional risks associated with those funds that concentrate their investments in one geographic location. Share price and return will vary. You should consult the prospectus for the American Funds® Euro Pacific Growth® Fund (Class A) before making an investment in this Investment Fund.

*Fidelity Diversified International Fund.* The goal of this mutual fund is to provide capital growth. This mutual fund normally invests primarily in foreign securities. The fund normally invests primarily in common stocks. Foreign investments, especially those in emerging markets, involve greater risk and may offer greater potential returns than U.S. investments. This risk includes political and economic uncertainties of foreign countries, as well as the risk of currency fluctuation. **If you sell your shares after holding them for 30 days or less, the fund will deduct a short-term trading fee from your account equal to 1% of the value of the shares sold.** Share price and return will vary. You should consult the prospectus for the Fidelity Diversified International Investment Fund before making an investment in this Investment Fund.

### Investment Fund Holding Primarily Employer Securities

*Company Stock Fund.* This is a fund that pools your money with that of other participants to purchase shares of Company Stock and an amount of short-term investments designed to allow buying and selling without the usual trade settlement period for individual stock transactions. Its goal is to increase the value of your investments over the long term by investing in Company Stock .

The Trustee will acquire shares of Company Stock , either in the open market or in privately negotiated transactions with YRC or others, but will not do so at a cost greater than that of acquiring Company Stock at the then prevailing price in the open market. Company Stock purchased from YRC may be from YRC's treasury or from its authorized but unissued shares. As determined by the Administrative Committee, appropriate adjustments in Account balances will be made in the event of stock splits, combinations, reclassifications, recapitalizations, stock dividends, mergers, consolidations, reorganizations and similar events affecting the Company Stock .

### Fidelity Freedom Investment Funds

The percentages of investment allocations below represent the anticipated target asset allocation at September 30, 2006.

7

YRCW-000613

*Fidelity Freedom Income Fund.*® The goal of this mutual fund is to provide high current income and, as a secondary objective, some capital appreciation for those already in retirement. Primarily invests approximately 20% in domestic equity funds, 37% in investment grade fixed income funds, and 3% in high yield fixed income mutual funds. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom Income Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2000 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to have retired around the year 2000. Primarily invests approximately 27% in domestic equity funds, 1% in international equity funds, 3% in high yield fixed-income funds and 37% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2000 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2005 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2005. Primarily invests approximately 40% in domestic equity funds, 9% in international equity income funds, 5% in high yield fixed income funds and 11% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2005 Fund[SM] before making an investment in this Investment Fund.

*Fidelity Freedom 2010 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2010. Primarily invests approximately 40% in domestic equity funds, 10% in international equity funds, 5% in high yield fixed income funds and 10% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2010 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2015 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2015. Primarily invests approximately 47% in domestic equity funds, 12% in international equity funds, funds, 6% in high yield fixed income funds, and 5% in Fidelity short-term mutual funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2015 Fund[SM] before making an investment in this Investment Fund.

*Fidelity Freedom 2020 Fund.*® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2020. Primarily invests approximately 55% in domestic equity funds, 14% in international equity funds, and 7% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2020 Fund® before making an investment in this Investment Fund.

YRC Retirement Savings Plan SPD.DOC

YRCW-000614

*Fidelity Freedom 2025 Fund.* ® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2025. Primarily invests approximately 58% in domestic equity funds, 14% in international equity funds, and 8% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2025 Fund^SM before making an investment in this Investment Fund.

*Fidelity Freedom 2030 Fund.* ® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2030. Primarily invests approximately 66% in domestic equity funds, 16% in international equity funds, and 8% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2030 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2035 Fund.* ® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2035. Primarily invests approximately 66% in domestic equity funds, 17% in international equity funds, and 8% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2035 Fund^SM before making an investment in this Investment Fund.

*Fidelity Freedom 2040 Fund.* ® This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2040. Primarily invests approximately 68% in domestic equity funds, 17% in international equity funds, and 10% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2040 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2045 Fund.*^SM This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2045. Primarily invests approximately 69% in domestic equity funds, 19% in international equity funds, and 10% in high yield fixed income funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2045 Fund® before making an investment in this Investment Fund.

*Fidelity Freedom 2050 Fund.*^SM This is an asset allocation mutual fund that seeks to provide high total returns for investors expected to retire around 2050. Primarily invests approximately 70% in domestic equity funds, and 20% in international equity funds. The mix of underlying funds will gradually become more conservative over time. Share price and return will vary. You should consult the prospectus for the Fidelity Freedom 2050 Fund® before making an investment in this Investment Fund.

9

YRC Retirement Savings Plan SPD.DOC

YRCW-000615

### Historical Performance Data

The following chart sets forth the historical performance for each of the Investment Funds available under the Plan:[2]

| Investment Fund | Average Annual Total Returns | | | | | | Inception Date |
|---|---|---|---|---|---|---|---|
| | Year-To-Date Through 12/31/06 | 1 Year Period Ending 12/31/06 | 3 Year Period Ending 12/31/06 | 5 Year Period Ending 12/31/06 | 10 Year Period Ending 12/31/06 | Life of the Fund (LOF) Through 12/31/06 | |
| **Money Market** | | | | | | | |
| Fidelity Managed Income Portfolio II | 4.18% | 4.18% | 3.96% | 4.29% | 5.19% | 5.42% | 4/20/1993 |
| **Bond Intermediate Term** | | | | | | | |
| PIMCO Total Return Fund (Institutional Class) | 3.99% | 3.99% | 4.01% | 5.53% | 6.84% | 8.32% | 5/11/1987 |
| **Bond High Yield** | | | | | | | |
| PIMCO High Yield Fund (Administrative Class) | 9.17% | 9.17% | 7.54% | 8.71% | 6.82% | 8.26% | 1/16/1995 |
| **Domestic Equities – Large Cap** | | | | | | | |
| Large Cap Value Equity<br><br>American Beacon Large Cap Value Fund (PlanAhead Class) | 19.18% | 19.18% | 15.9% | 12.05% | 9.76% | 11.86% | 7/17/1987 |
| Large Cap Core/Blend Equity<br><br>Spartan® U.S. Equity Index Fund (Investor Class) | 15.72% | 15.72% | 10.34% | 6.07% | 8.26% | 11.68% | 2/17/1988 |
| Large Cap Growth Equity | | | | | | | |
| American Funds® Growth Fund of America® (Class R5) | 11.24% | 11.24% | 12.66% | n/a | n/a | 10.33% | 5/15/2002 |

---

[2] **Current performance information is available for each Investment Fund at www.401k.com.**

YRCW-000616

| Investment Fund | Average Annual Total Returns | | | | | | |
|---|---|---|---|---|---|---|---|
| | Year-To-Date Through 12/31/06 | 1 Year Period Ending 12/31/06 | 3 Year Period Ending 12/31/06 | 5 Year Period Ending 12/31/06 | 10 Year Period Ending 12/31/06 | Life of the Fund (LOF) Through 12/31/06 | Inception Date |
| Fidelity Contrafund® | 11.54% | 11.54% | 14.26% | 11.52% | 11.01% | 13.32% | 5/17/1967 |
| **Domestic Equities – Mid Cap Value** | | | | | | | |
| Artisan Mid Cap Value Fund (Investor Class) | 14.2% | 14.2% | 18.5% | 16.96% | n/a | 15.91% | 3/28/2001 |
| **Domestic Equities - Small Cap Value Equity** | | | | | | | |
| Fidelity Low-Priced Stock Fund | 17.76% | 17.76% | 16.08% | 15.63% | 15.34% | 17.47% | 12/27/1989 |
| Wells Fargo Advantage Small Company Value Fund (Administrative Class) | 13.25% | 13.25% | 15.34% | n/a | n/a | 15.59% | 1/31/2002 |
| **Domestic Equities – Small Cap Core/Blend Equity** | | | | | | | |
| Neuberger Berman Genesis Fund® (Trust Class) | 7.26% | 7.26% | 13.97% | 13.58% | 13.86% | 14.77% | 8/26/1993 |
| **Domestic Equities - Small Cap Growth Equity** | | | | | | | |
| Baron Small Cap Fund | 11.83% | 11.83% | 13.96% | 13.17% | n/a | 12.19% | 9/30/1997 |
| **International Equities** | | | | | | | |
| American Funds® Euro Pacific Growth® Fund (Class A) | 21.87% | 21.87% | 20.89% | 15.2% | 11.23% | 14.1% | 4/16/1984 |
| Fidelity Diversified International Fund | 22.52% | 22.52% | 19.78% | 17.27% | 13.16% | 12.46% | 12/21/1991 |
| **Investment Fund that Primarily Invest in Employer Securities** | | | | | | | |
| Company Stock Fund[3] | -15.26% | -15.26% | 1.46% | 11.68% | n/a | 11.82% | 1/2/1997 |

---

[3] The annual returns on investments in the Company Stock Fund listed above include dividends (and earnings thereon) paid on Company Stock held in the Company Stock Fund, which dividends are then reinvested in the Company Stock Fund. The Administrative Committee currently anticipates that dividends paid on Company Stock held in the Company Stock Fund will continue to be so reinvested. Returns for the Company Stock Fund prior to December 11, 2003, are with respect to Yellow Corporation.

2

YRC Retirement Savings Plan SPD.DOC

YRCW-000617

| Investment Fund | Average Annual Total Returns | | | | | | Inception Date |
|---|---|---|---|---|---|---|---|
| | Year-To-Date Through 12/31/06 | 1 Year Period Ending 12/31/06 | 3 Year Period Ending 12/31/06 | 5 Year Period Ending 12/31/06 | 10 Year Period Ending 12/31/06 | Life of the Fund (LOF) Through 12/31/06 | |
| **Fidelity Freedom Investment Funds** | | | | | | | |
| Fidelity Freedom Income Fund® | 6.37% | 6.37% | 4.67% | 4.19% | 5.83% | 5.89% | 10/17/1996 |
| Fidelity Freedom 2000 Fund® | 6.76% | 6.76% | 5.08% | 4.47% | 6.78% | 6.88% | 10/17/1996 |
| Fidelity Freedom 2005 Fund® | 9.23% | 9.23% | 7.28% | n/a | n/a | 7.92% | 11/6/2003 |
| Fidelity Freedom 2010 Fund® | 9.46% | 9.46% | 7.53% | 6.29% | 8.27% | 8.41% | 10/17/1996 |
| Fidelity Freedom 2015 Fund® | 10.36% | 10.36% | 8.61% | n/a | n/a | 9.43% | 11/6/2003 |
| Fidelity Freedom 2020 Fund® | 11.61% | 11.61% | 9.63% | 7.26% | 8.75% | 8.91% | 10/17/1996 |
| Fidelity Freedom 2025 Fund® | 11.84% | 11.84% | 9.97% | n/a | n/a | 10.97% | 11/6/2003 |
| Fidelity Freedom 2030 Fund® | 12.9% | 12.9% | 10.71% | 7.58% | 8.69% | 8.85% | 10/17/1996 |
| Fidelity Freedom 2035 Fund® | 12.94% | 12.94% | 10.95% | n/a | n/a | 12.05% | 11/6/2003 |
| Fidelity Freedom 2040 Fund® | 13.49% | 13.49% | 11.27% | 7.74% | n/a | 1.61% | 9/6/2000 |
| Fidelity Freedom 2045 Fund℠ | 7.07%[4] | n/a | n/a | n/a | n/a | n/a | 6/1/2006 |
| Fidelity Freedom 2050 Fund℠ | 7.17%[4] | n/a | n/a | n/a | n/a | n/a | 6/1/2006 |

[4] The returns for the Fidelity Freedom 2045 Fund℠ and the Fidelity Freedom 2050 Fund℠ are for the three-month period ended December 31, 2006.

3

YRC Retirement Savings Plan SPD.DOC

YRCW-000618

The historical performance information set forth above relating to the Investment Funds, other than the Company Stock Fund, has been provided by Fidelity.  In each of these cases, YRC has not made any independent review of the accuracy of this information and, accordingly, makes no warranty or representation concerning this information.  Performance information for the Investment Funds will be updated periodically.  Current performance information is available at www.401k.com (Fidelity Management Trust Company's, the Plan Trustee's, web site).

The performance data provided above represents past performance, which is no guarantee of future results.  Any investment involves a degree of risk.  The market value of mutual fund shares, stock and other securities can be volatile based on factors such as the performance of companies, general economic and business conditions and political events.  There can be no assurance that the market value of the securities in any Investment Funds will, at any time subsequent, equal or exceed the purchase price of the securities in Investment Funds or that the total amount distributable to or subject to withdrawal by you from the Investment Funds will be equal to or greater than the amount of Contributions to the Investment Funds by you or on your behalf.  You assume the risk of any decrease in the market value of the Investment Funds you select for investing the amounts in your accounts.

YRC Retirement Savings Plan SPD.DOC

YRCW-000619