**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION**

**Master File: 09-cv-02593-JWL-JPO**

**DEFENDANTS' MOTION TO DISMISS OR,**
**IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants YRC Worldwide, Inc., the Benefits Administrative Committee, William Zollars, Michael Byrnes, Cassandra Carr, Dennis Foster, Phillip Meek, Harold Marshall, James Kissinger, Daniel Churay, Sheila Taylor, Timothy Wicks, Phil Gaines, James Staley, and Paul Liljegren, by and through their attorneys and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move the Court to dismiss Plaintiffs' claims or, in the alternative, to grant summary judgment in favor of Defendants.

In support of their Motion, Defendants concurrently submit a supporting memorandum of law and following exhibits:

- Exhibit A: Separation Agreement entered by plaintiff Patrick M. Couch and dated February 18, 2009;
- Exhibit B: Separation Agreement entered by plaintiff Shelley F. Whitson and dated April 3, 2009;
- Exhibit C: Separation Agreement entered by plaintiff Daniel J. Cambra and dated May 4, 2009;
- Exhibit D: Separation Agreement entered by plaintiff Eva L. Hanna and dated July 15, 2009; and
- Exhibit E: Declaration of Harold Marshall, Vice President, Compensation and Benefits, YRC Worldwide, Inc. ("YRCW"), including Exhibit 1 (Enrollment Kit) and Exhibit 2 (Notice of Investment Option Changes).

For the reasons set forth in the accompanying memorandum of law, as well as the submissions and arguments of the parties and counsel, Defendants respectfully request that the Court dismiss Plaintiffs' Consolidated Complaint or, in the alternative, grant summary judgment to the Defendants.

Dated: June 1, 2010

Respectfully submitted,

/s/ James D. Griffin

James D. Griffin, Kansas Bar #12545
**HUSCH BLACKWELL SANDERS LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8199
Email: james.griffin@huschblackwell.com

Charles C. Jackson
**MORGAN, LEWIS & BOCKIUS LLP**
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Email: charles.jackson@morganlewis.com

Christopher A. Weals
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Email: cweals@morganlewis.com

Ellen L. Perlioni
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4000
Email: ellen.perlioni@morganlewis.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that on the 1st day of June, 2010, a true and accurate copy of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

Don R. Lolli
Patrick J. Kaine
Email: dlolli@dysarttaylor.com
pkaine@dysarttaylor.com

Gregory M. Egleston
Email: greg.egleston@gmail.com

Seth D. Rigrodsky
Brian D. Long
Email: sdr@rigrodskylong.com
bdl@rigrodskylong.com

Timothy J. MacFall
Email: tjm@rigrodskylong.com

Robert A. Izard
William Bernarduci
Email: rizard@izardnobel.com
wbernarduci@izardnobel.com

Edward W. Ciolko
Peter Muhic
Mark K. Gyandoh
Email: eciolko@btkmc.com
pmuchic@btkmc.com
mgyandoh@btkmc.com

Stephen J. Fedfon, Jr.
Gary T. Stephens, Jr.
Email: stephen@sfclasslaw.com
garry@sfclasslaw.com

/s/ James D. Griffin