**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | : | |
|---|---|---|
| IN RE: YRC WORLDWIDE, INC. | : | Case No. 09-cv-02593 JWL/JPO |
| ERISA LITIGATION | : | |
| | : | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that **Peter A. Muhic** be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

    /s/ Don R. Lolli
Don R. Lolli                              KS #22538
Patrick J. Kaine                     KS #15594
**DYSART TAYLOR LAY COTTER &
MCMONIGLE P.C.**
4420 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 931-2700
Facsimile: (816) 931-7377
Email: dlolli@dysarttaylor.com
Email: pkaine@dysarttaylor.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished by the CM/ECF system.

                                          /s/ Don R. Lolli