# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION | Case No. 09-cv-02593 JWL/JPO |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2011, Defendants' Answers and Objections to the ERISA Plaintiffs' Second Set of Requests for Production of Documents were served upon counsel for Plaintiffs, via electronic mail addressed to:

Don R. Lolli
Patrick J. Kaine
DYSART, TAYLOR, LAY, COTTER & MCMONIGLE, P.C.
4420 Madison Avenue - 2nd Floor
Kansas City, MO 64111
Email: dlolli@dysarttaylor.com
Email: pkaine@dysarttaylor.com

Gregory M. Egleston
EGLESTON LAW FIRM
360 Furman Street, Suite 443
Brooklyn, NY 11201
Email: greg.egleston@gmail.com

Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Joseph H. Meltzer
Julie Siebert-Johnson
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Email: eciolko@btkmc.com
Email: pmuhic@btkmc.com
Email: mgyandoh@btkmc.com
Email: jmeltzer@btkmc.com
Email: jsjohnson@btkmc.com

KCP-4116213-1

Robert A. Izard, Jr.
IZARD NOBEL LLP
29 South Main Street, Suite 215
West Hartford, CT 06107
Email: rizard@izardnobel.com

        Respectfully submitted,

        **HUSCH BLACKWELL LLP**

        By: /s/ *David M. Buffo*
        James D. Griffin      KsBar#12545
        David M. Buffo       KsBar#21399
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        Telephone: 816.983.8199
        Facsimile: (816) 983.8080
        Email: james.griffin@huschblackwell.com
        Email: david.buffo@huschblackwell.com


        Charles C. Jackson
        MORGAN, LEWIS & BOCKIUS LLP
        77 West Wacker Drive
        Chicago, IL 60601
        Telephone: (312) 324-1000
        Facsimile: (312) 324.1001
        Email: charles.jackson@morganlewis.com

        Christopher A. Weals
        MORGAN, LEWIS & BOCKIUS LLP
        1111 Pennsylvania Avenue, NW
        Washington, DC 20004
        Telephone: (202) 739-3000
        Facsimile: (202) 739-3001
        Email: cweals@morganlewis.com

        Ellen L. Perlioni
        MORGAN, LEWIS & BOCKIUS LLP
        1717 Main Street, Suite 3200
        Dallas, TX 75201
        Telephone: (214) 466-4000
        Facsimile: (214) 466.4001
        Email: ellen.perlioni@morganlewis.com
        ***Attorneys for Defendants***

KCP-4116213-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Don R. Lolli
Patrick J. Kaine
DYSART, TAYLOR, LAY, COTTER & MCMONIGLE, P.C.
4420 Madison Avenue - 2nd Floor
Kansas City, MO 64111
Email: dlolli@dysarttaylor.com
Email: pkaine@dysarttaylor.com

Gregory M. Egleston
EGLESTON LAW FIRM
360 Furman Street, Suite 443
Brooklyn, NY 11201
Email: greg.egleston@gmail.com

Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Joseph H. Meltzer
Julie Siebert-Johnson
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Email: eciolko@btkmc.com
Email: pmuhic@btkmc.com
Email: mgyandoh@btkmc.com
Email: jmeltzer@btkmc.com
Email: jsjohnson@btkmc.com

Robert A. Izard, Jr.
IZARD NOBEL LLP
29 South Main Street, Suite 215
West Hartford, CT 06107
Email: rizard@izardnobel.com
Email: wbernarduci@izardnobel.com

/s/ David M. Buffo
***Attorneys for Defendants***