UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION | : : : : | Case No. 09-cv-02593 JWL/JPO |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, AMENDMENT OF THE CLASS DEFINITION, APPROVAL OF CLASS ACTION NOTICE, AND SCHEDULING OF A FINAL FAIRNESS HEARING**

Robert A. Izard
William Bernarduci
**IZARD NOBEL LLP**
29 So. Main Street, Suite 215
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Co-Lead Class Counsel*

Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
**KESSLER TOPAZ
MELTZER & CHECK, LLP**
280 King of Prussia Rd
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Co-Lead Class Counsel*

Don R. Lolli
Patrick J. Kaine
**DYSART TAYLOR LAY COTTER &
McMONIGLE P.C.**
4420 Madison Ave
Kansas City, MO 64111
Telephone: (816) 931-2700
Email: dlolli@dysarttaylor.com
Email: pkaine@dysarttaylor.com

*Liaison Class Counsel*

Plaintiffs Eva L. Hanna, Daniel J. Cambra, and Patrick M. Couch ("Named Plaintiffs" or "Plaintiffs"), participants in the Yellow Roadway Corporation Retirement Savings Plan, the New Penn Motor Express, Inc. 401(k) Retirement Plan, the YRC Regional Transportation, Inc. 401(k) Plan and/or the YRC Worldwide Inc. 401(k) Plan, respectfully submit this Motion for Preliminary Approval of the Proposed Settlement with Defendants and for a limited modification of the Class definition pursuant to FED. R. CIV. P. 23 to provide for a June 8, 2011 end date to the Class Period.  Plaintiffs seek an Order (1) granting preliminary approval of the Settlement, (2) amending the Class definition, (3) approving the manner of giving notice of the Settlement to the proposed Settlement Class (the "Notice Plan") and (4) setting a date for a Final Fairness Hearing.

DATED:  November 11, 2011                    Respectfully submitted,

**DYSART TAYLOR LAY COTTER & MCMONIGLE P.C.**

By:      */s/ Don R. Lolli*

Don R. Lolli          KsBar#22538
Patrick J. Kaine      KsBar#15594
4420 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 931-2700
Facsimile: (610) 667-7056
dlolli@dysarttaylor.com
pkaine@dysarttaylor.com

*Liaison Class Counsel*

**IZARD NOBEL LLP**
Robert A. Izard
William Bernarduci
29 South Main Street, Suite 215
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@izardnobel.com
wbernarduci@izardnobel.com

*Co-Lead Class Counsel*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
eciolko@btkmc.com
pmuhic@btkmc.com
mgyandoh@btkmc.com

*Co-Lead Class Counsel*

**THE EGLESTON LAW FIRM**
Gregory M. Egleston
360 Furman Street, Suite 443
Brooklyn, NY 11201
Telephone: (646) 227-1700
Facsimile: (646) 227-1701
Email: greg.egleston@gmail.com

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
919 North Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
sdr@rigrodskylong.com
bdl@rigrodksylong.com

Timothy J. MacFall
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rigrodskylong.com

*Attorneys for Plaintiff Couch*

**Major Khan LLC**
Major Khan
20 Bellevue Street
Weehawken, NJ 07086
Telephone: (646) 546-5664
Facsimile: (646) 546-5755
mk@mk-llc.com

*Attorney for Plaintiff Hanna*

**CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that on this 11th day of November, 2011, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

David Michael Buffo
James D. Griffin
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Email:  david.buffo@huschblackwell.com
            james.griffin@huschblackwell.com

Charles C. Jackson
Morgan, Lewis & Bockius, LLP -- Chicago
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Email:  charles.jackson@morganlewis.com

Christopher A. Weals
Morgan, Lewis & Bockius, LLP -- DC
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email:  cweals@morganlewis.com

Ellen L. Perlioni
Morgan, Lewis & Bockius, LLP -- Dallas
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Email:  ellen.perlioni@morganlewis.com

/s/ Don R. Lolli
Don R. Lolli            KsBar#22538
4420 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 931-2700
Facsimile: (610) 667-7056
dlolli@dysarttaylor.com