**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | : | |
|---|---|---|
| IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION | : | Case No. 09-cv-02593 JWL/JPO |
| | : | |
| | : | |

## INDEX OF EXHIBITS

| Exhibit | | Description |
|---|---|---|
| 1 | | Settlement Agreement and Release |
| | A | Class Notice |
| | B | Plan of Allocation |
| | C | Preliminary Approval Order |
| | D | Final Order and Judgment |
| 2 | | Kessler Topaz Meltzer & Check, LLP Firm Resume |
| 3 | | Izard Nobel, LLP Firm Resume |