UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION | : : : : | Case No. 09-cv-02593 JWL/JPO |

**ORDER RESCHEDULING HEARING ON FINAL APPROVAL OF SETTLEMENT**

This Court previously scheduled the Settlement Fairness Hearing in this case for February 28, 2012 at 10:30 a.m. pursuant to its ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, MODIFYING CLASS CERTIFICATION FOR SETTLEMENT PURPOSES, APPROVING FORM AND MANNER OF CLASS NOTICE, AND SETTING DATE FOR HEARING ON FINAL APPROVAL OF SETTLEMENT [Dckt. No. 173]. It is hereby Ordered that the Settlement Fairness Hearing is rescheduled for **March 6, 2012 at 9 a.m.**

SO ORDERED this 28th day of November, 2011.

s/ John W. Lungstrum
HON. JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE

1