UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
|  | : |  |
| IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION | : : : | Case No. 09-cv-02593 JWL/JPO |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT, AMENDMENT OF THE CLASS DEFINITION, AND <u>APPROVAL OF PLAN OF ALLOCATION</u>**

Robert A. Izard
Mark P. Kindall
**IZARD NOBEL LLP**
29 So. Main Street, Suite 215
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Co-Lead Class Counsel*

Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Rd
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Co-Lead Class Counsel*

Don R. Lolli
Patrick J. Kaine
**DYSART TAYLOR LAY COTTER & McMONIGLE P.C.**
4420 Madison Ave
Kansas City, MO 64111
Telephone: (816) 931-2700
Email:  dlolli@dysarttaylor.com
Email:  pkaine@dysarttaylor.com

*Liaison Class Counsel*

Plaintiffs Eva L. Hanna, Daniel J. Cambra, and Patrick M. Couch ("Named Plaintiffs" or "Plaintiffs"), participants in the Yellow Roadway Corporation Retirement Savings Plan, the New Penn Motor Express, Inc. 401(k) Retirement Plan, the YRC Regional Transportation, Inc. 401(k) Plan, and the YRC Worldwide Inc. 401(k) Plan (collectively, the "Plan" or "Plans"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting final approval of the Settlement in this Action on the terms of the Settlement Agreement And Release ("Settlement Agreement"), filed with the Court on November 11, 2011 (Docket No. 172-2), and for final approval of the modification of the previously certified Class; and

2. For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

A. Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Amendment of the Class Definition and Approval of Plan of Allocation;

B. Declaration of Mark K. Gyandoh in Support of Motions for Final Approval of Settlement, Amendment of the Class Definition and Approval of Plan of Allocation and For An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards and exhibits thereto; and

C. Declaration of Robert A. Izard in Support of Motion for Final Approval of Settlement, Amendment of the Class Definition and Approval of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards and exhibits thereto.

Attached hereto as Exhibit A is the proposed Final Order and Judgment in the form agreed to by the parties and attached to the Settlement Agreement as Exhibit D.

DATED:  January 31, 2012			Respectfully submitted,

**DYSART TAYLOR LAY COTTER & MCMONIGLE P.C.**

By:     */s/ Don R. Lolli*

Don R. Lolli		KsBar#22538
Patrick J. Kaine	KsBar#15594
4420 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 931-2700
Facsimile: (610) 667-7056
dlolli@dysarttaylor.com
pkaine@dysarttaylor.com

*Liaison Class Counsel*

**IZARD NOBEL LLP**
Robert A. Izard
Mark P. Kindall
29 South Main Street, Suite 215
West Hartford, CT 06107
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290
rizard@izardnobel.com
mkindall@izardnobel.com

*Co-Lead Class Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056
eciolko@ktmc.com
pmuhic@ktmc.com
mgyandoh@ktmc.com
jsjohnson@ktmc.com

*Co-Lead Class Counsel*

3

**THE EGLESTON LAW FIRM**
Gregory M. Egleston
360 Furman Street, Suite 443
Brooklyn, NY 11201
Telephone: (646) 227-1700
Facsimile: (646) 227-1701
Email: greg.egleston@gmail.com

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
919 North Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
sdr@rigrodskylong.com
bdl@rigrodksylong.com

Timothy J. MacFall
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rigrodskylong.com

*Attorneys for Plaintiff Couch*

**Major Khan LLC**
Major Khan
20 Bellevue Street
Weehawken, NJ 07086
Telephone: (646) 546-5664
Facsimile: (646) 546-5755
mk@mk-llc.com

*Attorney for Plaintiff Hanna*

4

**CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that on this 31st day of January, 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

David Michael Buffo
James D. Griffin
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Email:  david.buffo@huschblackwell.com
         james.griffin@huschblackwell.com

Charles C. Jackson
Morgan, Lewis & Bockius, LLP -- Chicago
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Email:  charles.jackson@morganlewis.com

Christopher A. Weals
Morgan, Lewis & Bockius, LLP -- DC
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email:  cweals@morganlewis.com

Ellen L. Perlioni
Morgan, Lewis & Bockius, LLP -- Dallas
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Email:  ellen.perlioni@morganlewis.com

/s/ Don R. Lolli
Don R. Lolli          KsBar#22538
4420 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 931-2700
dlolli@dysarttaylor.com