UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN RE: YRC WORLDWIDE, INC. : Case No. 09-cv-02593 JWL/JPO
ERISA LITIGATION :

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS**

Robert A. Izard
Mark P. Kindall
**IZARD NOBEL LLP**
29 So. Main Street, Suite 215
West Hartford, CT 06107
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290

*Co-Lead Class Counsel*

Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
**KESSLER TOPAZ
MELTZER & CHECK, LLP**
280 King of Prussia Rd
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Co-Lead Class Counsel*

Don R. Lolli
Patrick J. Kaine
**DYSART TAYLOR LAY COTTER &
McMONIGLE P.C.**
4420 Madison Ave
Kansas City, MO 64111
Telephone:  (816) 931-2700
Email:  dlolli@dysarttaylor.com
Email:  pkaine@dysarttaylor.com

*Liaison Class Counsel*

Plaintiffs Eva L. Hanna, Daniel J. Cambra, and Patrick M. Couch hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 23, for entry of an Order:

1. Granting Class Counsel attorneys' fees in the amount of $1,950,000.00, which represents 30% of the Settlement Amount;

2. Directing reimbursement to Class Counsel in the amount of $94,708.97 for expenses incurred in the prosecution of this Action;

3. Awarding Case Contribution Awards of $5,000.00 to each of the three Named Plaintiffs in this Action, Eva L. Hanna, Daniel J. Cambra and Patrick M. Couch; and

4. For such other relief as the Court may deem just and proper.

A proposed form of Order is attached hereto as Exhibit A.

The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

A. Memorandum of Law in Support of Plaintiffs' Motion For Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards;

B. Declaration of Robert A. Izard in Support of Motions for Final Approval of Settlement, Amendment of the Class Definition and Approval of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards and exhibits thereto;

C. Declaration of Mark K. Gyandoh in Support of Motions for Final Approval of Settlement, Amendment of the Class Definition and Approval of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards and exhibits thereto;

1

        D.      Declaration of Don R. Lolli in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards.

DATED:  January 31, 2012         Respectfully submitted,

**DYSART TAYLOR LAY COTTER & MCMONIGLE P.C.**

By:   */s/ Don R. Lolli*

Don R. Lolli    KsBar#22538
Patrick J. Kaine    KsBar#15594
4420 Madison Avenue
Kansas City, MO 64111
Telephone: (816) 931-2700
dlolli@dysarttaylor.com
pkaine@dysarttaylor.com

*Liaison Class Counsel*

**IZARD NOBEL LLP**
Robert A. Izard
Mark P. Kindall
29 South Main Street, Suite 215
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@izardnobel.com
mkindall@izardnobel.com

*Co-Lead Class Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
eciolko@ktmc.com
pmuhic@ktmc.com
mgyandoh@ktmc.com
jsjohnson@ktmc.com

*Co-Lead Class Counsel*

**THE EGLESTON LAW FIRM**
Gregory M. Egleston
360 Furman Street, Suite 443
Brooklyn, NY 11201
Telephone: (646) 227-1700
Facsimile: (646) 227-1701
Email: greg.egleston@gmail.com

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
919 North Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
sdr@rigrodskylong.com
bdl@rigrodksylong.com

Timothy J. MacFall
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Telephone: (516) 683-3516
tjm@rigrodskylong.com

*Attorneys for Plaintiff Couch*

**Major Khan LLC**
Major Khan
20 Bellevue Street
Weehawken, NJ 07086
Telephone: (646) 546-5664
Facsimile: (646) 546-5755
mk@mk-llc.com

*Attorney for Plaintiff Hanna*

**CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that on this 31st day of January, 2012, a true and accurate copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification to the following:

David Michael Buffo
James D. Griffin
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Email:  david.buffo@huschblackwell.com
           james.griffin@huschblackwell.com

Charles C. Jackson
Morgan, Lewis & Bockius, LLP -- Chicago
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Email:  charles.jackson@morganlewis.com

Christopher A. Weals
Morgan, Lewis & Bockius, LLP -- DC
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Email:  cweals@morganlewis.com

Ellen L. Perlioni
Morgan, Lewis & Bockius, LLP -- Dallas
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Email:  ellen.perlioni@morganlewis.com

/s/ Don R. Lolli
Don R. Lolli          KsBar#22538
4420 Madison Avenue
Kansas City, MO 64111
Telephone:  (816) 931-2700
dlolli@dysarttaylor.com