CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

IN RE: YRC WORLDWIDE, INC.,
ERISA LITIGATION

Case No:  09-2593-JWL

**Attorney for Plaintiff: Robert A. Izard, Don R. Lolli and Julie Siebert-Johnson**
**Attorney for Defendant: Christopher A. Weals**

| JUDGE: | John W. Lungstrum | DATE: | 3/6/2012 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Becky Ryder |

## FAIRNESS HEARING

**Counsel appear.  The court hears presentation from counsel regarding the proposed settlement and attorneys fees.**

**The court finds that the proposed settlement and attorney fees are fair, just and reasonable and are hereby approved.  Proposed Order to follow.**