# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | : | |
|---|---|---|
| IN RE: YRC WORLDWIDE, INC. ERISA LITIGATION | : : : | Case No. 09-cv-02593 JWL/JPO |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT
## OF EXPENSES AND CASE CONTRIBUTION AWARDS

The matter having come before the Court on March 6, 2012, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs, having considered all submissions filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore:

IT IS HEREBY ORDERED AND ADJUDGED:

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Settlement Agreement and Release ("Settlement Agreement") dated as of October 31, 2011, and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3. Class Counsel are hereby awarded attorneys' fees of $1,950,000.00 and reimbursement of expenses in the sum of $94,708.97 ("Attorneys' Fees/Expenses"), to be paid from the Settlement Amount. The Court finds that the amount of fees awarded is appropriate, fair, and reasonable given the substantial risks of non-recovery, the time and effort involved, and

the result obtained for the Settlement Class.  No other fees, costs, or expenses may be awarded to Class Counsel in connection with this Settlement.  Co-Lead Counsel shall allocate these fees among other Plaintiffs' counsel in accordance with their respective contributions to the prosecution and settlement of this case.

4. Each of the three Named Plaintiffs is awarded $5000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his or her contributions to this Action.

5. The court has considered the objection to the fee award that was filed and, for the reasons set forth in full on the record, overrules that objection.

SO ORDERED this 6th day of March, 2012.

s/ John W. Lungstrum
HON. JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE